IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARY DOE and NANCY ROE, ) | |
| ) | |
|    Plaintiffs ) | |
| ) | |
|                v. ) | Cause No. 4:18-cv-00089-JEM |
| ) | |
| PURDUE UNIVERSITY and ALYSSA ROLLOCK ) | |
| and KATIE SERMERSHEIM, in their official and ) | |
| individual capacities ) | |
| ) | |
|    Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE
TO PROCEED USING PSEUDONYMS**

Plaintiffs Mary Doe and Nancy Roe request an Order permitting them to proceed using pseudonyms and to limit disclosure of their true identities pursuant to a forthcoming protective order that appropriately protects disclosure of the Plaintiffs' identities from the public, the terms of which will be negotiated with Defendants. In support of their Motion, the Plaintiffs state the following:

1. Plaintiff Mary Doe was a freshman student at Purdue University from August 2017 until she was suspended on February 22, 2018.

2. Plaintiff Nancy Roe was a junior student at Purdue University until she was suspended on October 17, 2017.

3. Both Plaintiffs have filed a Complaint in this Court requesting damages and other appropriate relief as a result of the Defendants' response to internal complaints each made regarding assault.

1

4. The Plaintiffs incorporate by reference the accompanying Memorandum of Law and the Declarations attached to this Motion as Exhibits 1–2.

5. The Plaintiffs' litigation concerns sensitive and highly personal matters—namely intimate partner assault and sexual assault that occurred when both were under twenty-one years old. These issues are the paradigmatic examples of private issues that warrant a grant of anonymity.

6. As students and young adults, the Plaintiffs are at risk of, and highly susceptible to, harassment and other harms from their peers, the University community, future employers, and the public at large if their identities and the details of their assaults and/or their allegations are made public.

7. Rather than requesting complete anonymity, the Plaintiffs are prepared to stipulate to a protective order with Defendants that would appropriately protect disclosure of their identities from the public.

8. In sum, neither Defendants nor the public will be prejudiced if the Plaintiffs are permitted to proceed pseudonymously, but disclosure of the Plaintiffs' identities constitutes an extreme intrusion on the Plaintiffs' privacy and places them at risk of harassment.

Respectfully submitted,

**MACEY SWANSON LLP**

　　　/s/Jeffrey A. Macey
Jeffrey A. Macey, Atty No. 28378-49
Attorney for Plaintiffs

**MACEY SWANSON LLP**
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800
Telephone: (317)637-2345
Facsimile: (317)637-2369
E-Mail: jmacey@maceylaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on March 14, 2019, a copy of the foregoing was served via operation of the Court's electronic filing system on all Counsel of Record.

                                                    Respectfully submitted,

                                                    __/s/ Jeffrey A. Macey_____
                                                    Jeffrey A. Macey, Atty No. 28378-49
                                                    Attorney for Plaintiffs

**MACEY SWANSON LLP**
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800
Telephone: (317)637-2345
Facsimile: (317)637-2369
E-Mail: jmacey@maceylaw.com