UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARY DOE and NANCY ROE,                ) | |
| )| |
| Plaintiffs,            ) | |
| ) | |
| v.             ) | Cause No. 4:18-cv-00089 |
| ) | |
| PURDUE UNIVERSITY and ALYSSA  ) | |
| ROLLOCK and KATIE                               ) | |
| SERMERSHEIM, in their official and       ) | |
| individual capacities,                               ) | |
| ) | |
| Defendants.            ) | |
| ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF NANCY ROE

Pursuant to Federal Rule of Civil Procedure 56, Defendants The Trustees of Purdue University, Alysa Rollock and Katie Sermersheim ("Defendants"), respectfully move the Court for an Order granting summary judgment in their favor on Plaintiff Nancy Roe's Complaint.

Defendants' designated evidence in support of their Motion for Summary Judgment as to Plaintiff Nancy Roe is more fully set forth in their Index to Exhibits to Brief in Support of Defendants' Motion for Summary Judgment as to Plaintiff Nancy Roe that is filed with this Motion.

Defendants' position is more fully set forth in their Brief in Support of Motion for Summary Judgment as to Plaintiff Nancy Roe that is filed with this Motion.

Because there is no genuine dispute as to any material fact, and Defendants are entitled to judgment as a matter of law to all claims in Plaintiff Nancy Roe's Complaint, Defendants

respectfully request that the Court grant summary judgment in their favor and enter a judgment of dismissal of Plaintiff Nancy Roe's Complaint.

March 4, 2021.                                    Respectfully submitted,

/s/ William P. Kealey
William P. Kealey (Attorney No. 18973-79)
Joseph H. Harrison III (Attorney No. 35248-53)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN  47902-1010
Telephone:  765-423-1561
Facsimile: 765-742-8175
E-Mail:  wpk@stuartlaw.com
***Attorneys for Defendants***

#1356113