UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARY DOE and NANCY ROE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 4:18-cv-00089-JEM |
| ) | |
| PURDUE UNIVERSITY and ALYSSA ) | |
| ROLLOCK and KATIE ) | |
| SERMERSHEIM, in their official and ) | |
| individual capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**INDEX TO EXHIBITS TO BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF NANCY ROE**

Defendants The Trustees of Purdue University, Alysa Rollock, and Katie Sermersheim ("Defendants"), by counsel, pursuant to N.D. L.R. 5-4(a)(8), file their Index to Exhibits in support of Defendants' Motion for Summary Judgment as to Plaintiff Nancy Roe:

- Exhibit A- Sexual Violence, Relationship Violence and Stalking Report submitted on April 22, 2017

- Exhibit B- Sexual Violence, Relationship Violence and Stalking Report submitted on April 25, 2017

- Exhibit C- Outreach to Roe from Karen Meyers

- Exhibit D- Second Outreach to Roe from Karen Meyers

- Exhibit E- Declaration Katherine L. Sermersheim

    o Exhibit E-1 – Audio Recording (filed manually)

- Exhibit F- Deposition of Christie Wright, February 3, 2020:  pp. 15-16, 39-41, 45, 49, 62-

1

63

- Exhibit G- May 17, 2017 Letter from Dr. Sermersheim to Roe
- Exhibit H- Purdue's Anti-Harassment Policy (III.C.1) (Revised July 1, 2016)[1]
- Exhibit I- Purdue's Procedures for Resolving Complaints of Discrimination and Harassment (Revised August 15, 2016)[2]
- Exhibit J- May 30, 2017 Letter from Dr. Sermersheim to Roe
- Exhibit K- Excerpts from University Investigators' Report
- Exhibit L- Deposition of Plaintiff Nancy Roe, January 10, 2020:  pp. 58, 74, 83-86, 94, 97-98, 100-104, 109, 111-112, 144-145
- Exhibit M- July 3, 2017 Letter from Karen Meyers to Roe
- Exhibit N- July 26, 2017 Letter from Dr. Sermersheim to Roe
- Exhibit O- Final Determination Letter
- Exhibit P- Amended Final Determination Letter
- Exhibit Q- Deposition of Dr. Katherine Sermersheim, February 4, 2020:  pp. 29, 33, 36, 71, 74
- Exhibit R- Appeal Determination
- Exhibit S- Deposition of Alysa Rollock, February 3, 2020:  pp. 37-38, 40-43, 45

---

[1] Subsequently updated on August 1, 2017. The update to the Anti-Harassment Policy did not modify the language at issue in this case or cited in Defendants' brief in support of its motion for summary judgment.

[2] Subsequently updated on August 1, 2017. The update to the Procedures did not modify the language at issue in this case or cited in Defendants' brief in support of its motion for summary judgment.

2

March 4, 2021.                                       Respectfully submitted,

                                                  /s/ William P. Kealey  
                                                  William P. Kealey (Attorney No. 18973-79)  
                                                  Joseph H. Harrison III (Attorney No. 35248-53)  
                                                  STUART & BRANIGIN LLP  
                                                  300 Main Street, Suite 900  
                                                  P.O. Box 1010  
                                                  Lafayette, IN  47902-1010  
                                                  Telephone:  765-423-1561  
                                                  Facsimile: 765-742-8175  
                                                  E-Mail:  wpk@stuartlaw.com  
                                                  ***Attorneys for Defendants***

1359161

3