

Sexual Violence, Relationship Violence and Stalking Report
Submitted on April 22, 2017 at 9:48:55 pm EDT

| | |
|---|---|
| Type: | **Sexual assault – students involved** |
| Urgency: | **Normal** |
| Incident Date: | **2017-04-18** |
| Incident Time: | **2:00 AM** |
| Incident Location: | **Harrison Hall** |

**Reported by**

| | |
|---|---|
| Name: | **Benjamin Shepard** |
| Title: | **Assistant Director of Residential Life** |
| Email: | **shepardb@purdue.edu** |
| Phone: | **859-697-8892** |
| Address: | **23-5 Hilltop Drive** |
| | **[Authenticated as shepardb]** |

### Involved Parties

| PL | | |
|---|---|---|
| Complainant | Female | HARR 873 |

### Incident Details

Has any law enforcement agency already been notified?
**No**

If you answered "Yes" to the previous questions, please indicate which agency:

Has this been reported to any other Purdue University office or official:
**Yes**

If you answered "Yes" to the above question, please identify the office or official:
**UR Title IX**

Detailed description of the incident:
PL (resident) texted Megan Skiba (RA), late Friday night (4/21) and asked if they could talk sometime soon. Skiba agreed, and they decided to meet Saturday (4/22). Skiba texted PL on Saturday and told her to come talk whenever she was available. She replied and explained that she was on her way home to Carmel, Indiana. However, PL told Skiba that she went out to a party Monday night (4/17) and drank. After the party, she walked back to Harrison Hall with a few people. When she arrived back to Harrison Hall 8S (around 2am, early Tuesday Morning), she realized that she did not have her room key with her and the door was locked. PL came to RA Skiba's room to see if Skiba could unlock the door. Skiba told her that she could not do that, and that she had to go to the office to get a spare key. She agreed and headed downstairs alone. From this point on, she said that she does not remember what happened, probably due to the alcohol she had consumed at the party earlier that night. But, she said after she got her spare key from the office, one of the boys that walked back to Harrison with her after the party that night raped her. She said that she woke up the next day with bruises on her body, and she got a rape kit at some point after Monday night. Megan Skiba has not gotten a chance to actually talk with PL in person yet. Attached is a screenshot of the initial text that Skiba received from PL.

### Attachments

00017410text.jpg

Pending IR #00017418
Submitted from 69.174.155.206 and routed to Erin N. Oliver (Director, Office of Institutional Equity)
Copies to: bloom@purdue.edu,ksermer@purdue.edu,givensc@purdue.edu,meyers42@purdue.edu,lmorriso@purdue.edu

12:41 PM


**Megan Skiba**
I'm in my room if you wanna talk!



PL

Sorry I left to go home. I'm not sure when I'll be able to see you so I can kind of give you the general story. So Monday night, after I knocked on your door I was sexually assaulted by the guy who walked me back from a party. I'm planning on asking on an investigation through the university and will probably need you to be interviewed by them since you saw me right before it happened. I know you're a mandatory reporter but yeah I thought you should know. Sorry for dropping this via text basically but like I said I kinda needed you to know

1:03 PM

CONFIDENTIAL