**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| MARY DOE and NANCY ROE, | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | **Case No. 4:18-cv-00089-JEM** |
| | ) | |
| PURDUE UNIVERSITY and ALYSA | ) | |
| ROLLOCK and KATIE | ) | |
| SERMERSHEIM, in their official and | ) | |
| individual capacities, | ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Mary Doe, by counsel, pursuant to N.D. L.R. 5-4(a)(8), files her Appendix of

Exhibits in Opposition to Defendants' Motion for Summary Judgment:

- Exhibit S – Declaration of Mary Doe

- Exhibit T – E-mail Correspondence between University Investigators and Mary Doe

- Exhibit U – December 14, 2017 Letter from Investigator Jacob Amberger to Mary Doe

- Exhibit V - January 17, 2018 Letter from Kelly Stier to Mary Doe

- Exhibit W – Appeal of Mary Doe

- Exhibit X – Excerpts from the Deposition of Vice President Alysa Rollock, pp. 6-33

- Exhibit Y – Excerpts from the Deposition of Mary Doe, pp. 10-25, 50-77

- Exhibit Z – Excerpts from the Deposition of Melinda Manning, pp. 22-33

- Exhibit AA – Resume of Melinda Manning

- Exhibit BB – Excerpts from the Purdue University Investigators' Report

- Exhibit CC - Texts from Male Student A to Mary Doe

1

- Exhibit DD – Purdue University Police Department Report of Conversation with Doe

  Roommate

Respectfully submitted,

**MACEY SWANSON LLP**


     /s/Jeffrey A. Macey
Jeffrey A. Macey, Atty No. 28378-49
Attorney for Plaintiffs
**MACEY SWANSON LLP**
445 North Pennsylvania Street Suite 401
Indianapolis, IN 46204-1800
Telephone: (317)637-2345
Facsimile: (317)637-2369


## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on April 23, 2021, a copy of the foregoing was served via

operation of the Court's electronic filing system on all Counsel of Record.


Respectfully submitted,

  /s/ Jeffrey A. Macey_____
Jeffrey A. Macey, Atty No. 28378-49
Attorney for Plaintiffs


**MACEY SWANSON LLP**
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800
Telephone: (317)637-2345
Facsimile: (317)637-2369
E-Mail: jmacey@maceylaw.com

2