## Wright, Christina A

| | |
|---|---|
| **From:** | Wright, Christina A |
| **Sent:** | Monday, November 20, 2017 2:17 PM |
| **To:** |  |
| **Cc:** | Richardson, Kasey R; Amberger, Jacob L |
| **Subject:** | Re: University/ ▮▮▮ - Request for Follow Up Meeting |

I am very sorry to hear about your grandfather. We of course understand that you will be away from campus with him.

The things we want to discuss and text messages to review are not something that we can do over email, but would require an in-person meeting. Please let me know when you are back on campus so that we can set up a time to meet then.

Thank you,
Christie

Christina A. Wright
wrigh438@purdue.edu
317-626-7420

*NOTICE: I have been engaged by Purdue University only as an independent fact-finder. Any information presented is not legal advice and is not to be acted on as such. This message and any attachments are only for the named recipient(s). If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any applicable privilege. Thank you.*

**From:** ▮▮▮
**Sent:** Monday, November 20, 2017 2:00 PM
**To:** Wright, Christina A
**Subject:** Re: University ▮▮▮ - Request for Follow Up Meeting

Christie,

My grandfather is in the hospital and is not doing well. So I'm going to be off campus for a while. Is it something I could email you responses for?

V/R,



On Nov 20, 2017 12:01, "Wright, Christina A" <wrigh438@purdue.edu> wrote:
Hello ▮▮▮

1

PU-DOE 1455

Jake Amberger and I would like to set up a time to meet with you regarding ███████ ████ has provided us with a series of text messages that we would like to discuss with you, and we would like to talk to you about other inconsistencies in your story versus ██████ story. Are you available to meet with me and Jake in the morning or afternoon on Tuesday 11/21 or at 9:00 a.m. on Wednesday 11/22?

Thank you,
Christie

Christina A. Wright
wrigh438@purdue.edu
317-626-7420

*NOTICE: I have been engaged by Purdue University only as an independent fact-finder. Any information presented is not legal advice and is not to be acted on as such. This message and any attachments are only for the named recipient(s). If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any applicable privilege. Thank you.*

2

PU-DOE 1456

## Wright, Christina A

| | |
|---|---|
| **From:** | Wright, Christina A |
| **Sent:** | Tuesday, November 28, 2017 8:41 PM |
| **To:** | |
| **Cc:** | Richardson, Kasey R; Amberger, Jacob L |
| **Subject:** | Re: University/ ▬ - Request for Follow Up Meeting |



We are writing to see about scheduling a follow-up interview with you to go over the text messages provided by ▬. What is your availability on Monday or Tuesday next week?

Thank you,
Christie

Christina A. Wright
wrigh438@purdue.edu
317-626-7420

*NOTICE: I have been engaged by Purdue University only as an independent fact-finder. Any information presented is not legal advice and is not to be acted on as such. This message and any attachments are only for the named recipient(s). If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any applicable privilege. Thank you.*

**From:** Wright, Christina A
**Sent:** Monday, November 20, 2017 2:16 PM
**To:** ▬
**Cc:** Richardson, Kasey R; Amberger, Jacob L
**Subject:** Re: University/ ▬ Request for Follow Up Meeting



I am very sorry to hear about your grandfather. We of course understand that you will be away from campus with him.

The things we want to discuss and text messages to review are not something that we can do over email, but would require an in-person meeting. Please let me know when you are back on campus so that we can set up a time to meet then.

Thank you,
Christie

Christina A. Wright
wrigh438@purdue.edu

1

PU-DOE 1457

317-626-7420

*NOTICE: I have been engaged by Purdue University only as an independent fact-finder. Any information presented is not legal advice and is not to be acted on as such. This message and any attachments are only for the named recipient(s). If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any applicable privilege. Thank you.*

**From:** ████████████████████████████
**Sent:** Monday, November 20, 2017 2:00 PM
**To:** Wright, Christina A
**Subject:** Re: University,████████- Request for Follow Up Meeting

Christie,

My grandfather is in the hospital and is not doing well. So I'm going to be off campus for a while. Is it something I could email you responses for?

V/R,

████████████

On Nov 20, 2017 12:01, "Wright, Christina A" <wrigh438@purdue.edu> wrote:
Hello ████

Jake Amberger and I would like to set up a time to meet with you regarding ████████ ████ has provided us with a series of text messages that we would like to discuss with you, and we would like to talk to you about other inconsistencies in your story versus ████ story. Are you available to meet with me and Jake in the morning or afternoon on Tuesday 11/21 or at 9:00 a.m. on Wednesday 11/22?

Thank you,
Christie

Christina A. Wright
wrigh438@purdue.edu
317-626-7420

*NOTICE: I have been engaged by Purdue University only as an independent fact-finder. Any information presented is not legal advice and is not to be acted on as such. This message and any attachments are only for the named recipient(s). If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any applicable privilege. Thank you.*

2

**PU-DOE 1458**

## Wright, Christina A

**From:**
**Sent:** Wednesday, November 29, 2017 7:28 PM
**To:** Wright, Christina A; Amberger, Jacob L
**Subject:** Regarding University,

Good Evening Ms.Wright and Mr.Amberger,

I hope you are doing well. I wanted to write this email because I have something important I want to share. This entire endeavor has taken up a lot of my time and energy. Additionally, my grandfather is seriously sick and this has also consumed the majority of my energy. At the moment, I am trying to devote what little energy remains to studying for finals. When this incident occurred earlier on in the semester it took a lot out of me as well as a lot of time for studying—therefore, I need to capitalize on these last three weeks to salvage my GPA. For example, I got a 38% on that chemistry test that I had rescheduling issues with.

As a result, I would like to remove myself from participating in the concluding actions and activities of this case. I didn't want to participate in the beginning; I shared my experience only because I thought it would help the case. I feel as if, regardless of my case or the other woman's, that ████ is a threat to campus and other individuals. His threat to shoot up the school should not be taken lightly. I do believe people can change- but not that significantly, even with psychological help, which clearly did not help his case because I've been informed he was receiving help after the first incident with the other woman, and he obviously did not change his actions.

This email was not written with the intent to sound aggressive or convince you to take action. It was written with honesty and with the intent of sharing my current state and thoughts about removing myself from participating in the case. Thank you for the effort you have made thus far and for keeping campus a safe environment. If you have any questions please don't hesitate to contact me. Also, if from a legality standpoint you need me to participate, even though I've been told my participation is all voluntary, let me know and I'll find time to come in and share my experience again.

Very Respectfully,

████████
Army ROTC Cadet
Purdue University
Biomedical Engineering

 Virus-free. www.avast.com

1

**Wright, Christina A**

| | |
|---|---|
| **From:** | Wright, Christina A |
| **Sent:** | Thursday, November 30, 2017 1:15 PM |
| **To:** | ▓▓▓▓▓▓Amberger, Jacob L |
| **Cc:** | Richardson, Kasey R |
| **Subject:** | RE: Regarding University/▓▓▓▓ |



Thank you for the email you sent last night. We understand that this process had been time consuming and difficult for you. Your participation in the process is voluntary, and you can participate as much or as little as you choose. We will proceed with the investigation on the information that we have. We will notify you when the preliminary report is ready for review; if you choose, you can review that report or decide not to review it. We will also notify you of the date of the equity panel meeting and, again, you can participate in the panel or not participate.

We hope that your grandfather's health improves.
Take care,
Christie

Christina A. Wright
Title IX Specialist
wrigh438@purdue.edu
317-626-7420

*NOTICE: I have been engaged by Purdue University only as an independent fact-finder. Any information presented is not legal advice and is not to be acted on as such. This message and any attachments are only for the named recipient(s). If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any applicable privilege. Thank you.*

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Wednesday, November 29, 2017 7:28 PM
**To:** Wright, Christina A <wrigh438@purdue.edu>; Amberger, Jacob L <jamberge@purdue.edu>
**Subject:** Regarding University/▓▓▓▓

Good Evening Ms.Wright and Mr.Amberger,

I hope you are doing well. I wanted to write this email because I have something important I want to share. This entire endeavor has taken up a lot of my time and energy. Additionally, my grandfather is seriously sick and this has also consumed the majority of my energy. At the moment, I am trying to devote what little energy remains to studying for finals. When this incident occurred earlier on in the semester it took a lot out of me as well as a lot of time for studying—therefore, I need to capitalize on these last three weeks to salvage my GPA. For example, I got a 38% on that chemistry test that I had rescheduling issues with.

As a result, I would like to remove myself from participating in the concluding actions and activities of this case. I didn't want to participate in the beginning; I shared my experience only because I thought it would help the case. I feel as if, regardless of my case or the other woman's, that ▓▓▓▓ is a threat to campus and other individuals. His threat to shoot up the school should not be taken lightly. I do believe people can change- but not that significantly, even with psychological help, which clearly did not help his case because

1

PU-DOE 1460

I've been informed he was receiving help after the first incident with the other woman, and he obviously did not change his actions.

This email was not written with the intent to sound aggressive or convince you to take action. It was written with honesty and with the intent of sharing my current state and thoughts about removing myself from participating in the case. Thank you for the effort you have made thus far and for keeping campus a safe environment. If you have any questions please don't hesitate to contact me. Also, if from a legality standpoint you need me to participate, even though I've been told my participation is all voluntary, let me know and I'll find time to come in and share my experience again.

Very Respectfully,

Army ROTC Cadet
Purdue University
Biomedical Engineering

Virus-free. www.avast.com

2