

UNIVERSITY                                          OFFICE OF INSTITUTIONAL EQUITY

December 14, 2017



Sent electronically to

**PERSONAL AND CONFIDENTIAL**

Ms

The Investigator's Preliminary report will be ready to review **Monday, December 18, 2017**. You will have 7 calendar days to review the report and submit any feedback, in writing, to the investigators. Any review and feedback would need to be completed by the end of the day on **Sunday, December 24, 2017.**

The review will take place on the 10th floor of Young Hall at a reasonable time. You will be provided with a paper copy of the report that must be turned back in when you are finished. Recording devices, cell phones, tablets, or any other devices are not permitted. Any devices you bring with you must be provided to an investigator prior to the review or not brought to the review. You may take handwritten notes. Notepaper and pen can be provided upon request. If a reasonable accommodation is needed for the review, you are responsible for notifying an investigator as soon as possible so that arrangements can be made prior to review.

If you are no longer in the campus area, we can attempt to make other arrangements if you wish to review the report.

Attached is a Preliminary Report Review Agreement. Please review the agreement. A signed copy will need to be provided to an OIE representative prior to the review. You may print out the attached copy and bring it with you, or sign a copy when you meet with someone on the day of your review.

You may bring a support person with you to the report review. A support person may not be a party or witness involved in the investigation. They are bound by the same guidelines mentioned above and will need to sign the Review agreement as well.

Could you let me know when you would like to review the report? I am typically in the office Monday through Friday, from 9am to 5pm, but I can modify that time frame within reasonable hours. Someone will be available to provide the report and collect it from you once you are finished, but no one from our office will not be sitting in the room with you. Please respond to **jamberge@purdue.edu** to schedule a time for your review.

Ernest C. Young Hall, 10th Floor ◌ 155 S. Grant Street ◌ West Lafayette, IN 47907-2114
(765) 494-7253 ◌ TTY: (765) 496-1343 ◌ Fax: (765) 496-1295
An Equal Access/Equal Opportunity University

**PU-DOE 1549**

Sincerely,

Jacob Amberger
Investigator, Office of Institutional Equity

CC:    Christina Wright, Investigator

PU-DOE 1550