

OFFICE OF THE DEAN OF STUDENTS

January 17, 2018

████████████

Sent Via Electronic Mail

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2017178201

Dear ████████

Pursuant to Purdue University's _Procedures for Resolving Complaints of Discrimination and Harassment_ (Revised July 1, 2015) (the "Procedures"), you are hereby notified that a panel from the University's Advisory Committee on Equity has been appointed to advise me regarding the University's investigation of possible violation(s) of the University's _Anti-Harassment Policy_ by ██████████. A meeting of the panel has been scheduled for Thursday, January 25, 2018 from 9:00 am - 12:00 pm in Schleman Hall Room 207.

The Procedures provide that, upon request, you will be afforded the opportunity to meet with the panel and me. Please inform me by no later than Monday, January 22, 2018 if you wish to exercise such right. If you choose to attend, I will send a confirmatory e-mail with a specific time for your appearance as well as additional information on what to expect at the meeting.

Please contact me if you have any questions or concerns. I can be reached at kstier@purdue.edu or by calling 765-494-1257.

Sincerely,

_Kelley Stier_

Kelley A. Stier
Associate Dean of Students

CC:    Christie Wright, Senior Associate Director
       Jacob Amberger, Investigator, Office of Institutional Equity

PU-DOE 1517