Page 10

Q You were enrolled at Purdue in the first semester of the 2017-2018 school year?

A Yes.

Q Did you enroll for the second semester?

A Yes.

Q And then you did not return for a second year?

A No. I was not permitted to return.

Q So did you enroll somewhere else in the fall of 2018?

A That would have been last fall?

Q The fall previous to last fall. So last fall was fall of 2019.

A Yeah. Yes, I enrolled in University of Colorado Boulder.

Q In the fall of 2018?

A Yes, sir.

Q As a full-time student?

A Yes.

Q And have you been full time there ever since?

A Yep.

Q Had you applied to the University of Colorado when you were coming out of high school?

A No.

Q How did you decide on the University of Colorado when you left Purdue?

Page 11

A I applied to three schools, and I picked that one. I don't remember my process of picking.

Q Which schools did you apply to?

A Oregon, University of Central Florida, and University of Colorado.

Q How did you settle on those three choices?

A I am not aware of my thought process; just kind of guessed.

Q You didn't consider going back to Ohio State?

A No. I live 40 minutes away from Ohio State, and I did not want to ...

Q Did you consider going to any other Ohio schools?

A I considered playing golf at Ohio Wesleyan, but I did not consider going there.

Q You say you considered playing golf there. You had an opportunity to go there on a scholarship of some kind?

A They're Division 3, so you don't get scholarships for Division 3. But I was familiar with the coach from high school, and I considered playing there.

Q What caused you to turn down the Ohio Wesleyan option?

A It was really close to home, and it's kind of

Page 12

what my parents wanted me to do, and they didn't have engineering.

Q Did you look at any other Ohio schools?

A No.

Q So you enrolled at the University of Colorado as an out-of-state student?

A Yes.

Q Paying out-of-state tuition?

A I'm on an ROTC scholarship, so that is a scholarship for tuition.

Q Were you able to continue as an ROTC scholarship student without interruption when you enrolled at Colorado in the fall of 2018?

A Yes.

Q So you were on ROTC at Purdue and remained on ROTC without interruption when you went to Colorado?

A Yes. I have a service commitment.

Q So you have been on a full ROTC scholarship throughout your higher education career?

A Yes, for spring and fall terms. If I take summer classes or anything that I had to retake because of my withdraws, then I had to pay for it.

Q Did that occur?

Page 13

A Yes.

Q What were those summer classes that you took self-funded?

A I took abnormal psychology, biology, and that's it.

Q Two courses?

A Uh-huh.

Q In the summer of 2019?

A This last summer, so yes, 2019.

Q How many did you pay in tuition for those?

A It was like $1,500, but don't quote me on that exact number.

Q Total for the two courses?

A Yes, sir.

Q What are you studying at the University of Colorado?

A Neuroscience and psychology.

Q So you moved away from engineering?

A I kind of had to move away from engineering because you can't really get into any engineering with that many withdraws.

Q You are on track when you graduate, then, to be commissioned in the military?

A Yes, sir.

Q In which branch?

4 (Pages 10 - 13)

Page 14

A  Army.

Q  You were Army ROTC at Purdue as well?

A  Yep.

Q  Did you at any point make a disclosure to ROTC and to the military of your disciplinary experience at Purdue?

A  Yes.

Q  How did that come about, the disclosure?

A  I mean, you have to be up front about it, and you just tell them and provide them information, and they accept it.

Q  So tell me what you disclosed and when you disclosed it.

A  Can you elaborate on that?

Q  You had a disciplinary experience at Purdue, ultimately a suspension?

A  Uh-huh.

Q  Yes?

A  Yes.

Q  Did you make a disclosure to ROTC, prior to your suspension, that you were in the midst of a disciplinary process?

A  Yes. They were well aware.

Q  So when did you first make them aware?

A  They were aware the same day that I reported to

Page 15

the police, so October 10th.

Q  Did you make ongoing disclosures to ROTC about the process that you were in the midst of?

A  Yes. And then the police officer also was updating them and communicating with them.

Q  Were all of your disclosures verbal?

A  Yes.

Q  Did you make any written disclosures?

A  No.

Q  Did there come a time when you made a disclosure to ROTC that your status at Purdue was a disciplinary suspension?

A  Yes.

Q  Tell me how and when you made that disclosure.

A  When?  It was within the grace period of when I got my official letter, which I think was February 2nd, I'm not 100 percent sure.  And then between that and the appeal time period, you got ten days for your appeal.  So I had to attend to that.  I showed them the stuff.

Q  You had a meeting?

A  Yeah.  I kind of had to because I was being disenrolled.  But that was the expulsion letter, not the suspension letter.

Q  So let's stay with the expulsion letter for a

Page 16

moment.  You took that letter to a meeting with somebody at ROTC?

A  Yes.

Q  Who was that at ROTC?

A  Master Sergeant McCormick.

Q  Showed the letter to Sergeant McCormick?

A  Master Sergeant McCormick, yes.  And I think he showed the colonel, which would make the most sense, given the chain of command.

Q  So what was the upshot of that meeting?  Was there a step that occurred at ROTC as a result of the expulsion letter?

A  I went out on LOA, which is leave of absence.

Q  So while you were undergoing the appeal at Purdue, you were on a leave of absence from ROTC?

A  So the expulsion letter had that I couldn't participate in events.  So ROTC was an event.

Q  So did you remain on LOA for the remainder of your Purdue career?

A  Yeah.

Q  And then when you went back to school at Colorado, you were reinstated to ROTC?

A  So really wasn't like a Purdue LOA; it was an LOA from ROTC.  And then I went back to -- I got

Page 17

off the leave of absence when I went back to -- when I went to Boulder.

Q  Was there a formal step at ROTC to reinstate you to ROTC, or how did your -- how did ROTC's processing of your Purdue disciplinary situation evolve such that you were able to resume ROTC at Colorado?

A  Yeah.  I had to resubmit forms for the transfer through their brigade which is, I think, fifth brigade, 'cause they're in different brigades.  So then brigade read over everything and they were fine with it.  I got reinstated.

Q  So when you gave notice to Purdue ROTC to Master Sergeant McCormick in February of 2018 that you'd received an expulsion letter, your spring semester of your freshman year was already underway; correct?

A  Yes.

Q  So you already had received ROTC tuition support for that spring?

A  No.  So I don't know how the bursar office works, but they -- I don't know how the whole paying thing works, but I did end up paying for that semester.

Q  You did end up paying for your spring semester

5 (Pages 14 - 17)

Page 18

at Purdue?

A  Yes, sir, including fines.

Q  What's your best recollection of how much you paid for the spring semester?

A  I can guess.

Q  Just your best recollection.

A  Like $15,000, because I was out of state.

Q  While you were on ROTC at Purdue, ROTC paid your fall tuition; correct?

A  Yes.

Q  Did they pay your room and board?

A  No.

Q  Just the tuition?

A  Yep.

Q  Do you have an anticipated graduation date from the University of Colorado?

A  Uh-huh. May 2021.

Q  Had you remained at Purdue with your one year of Ohio State credit, would your anticipated graduation date have been May of '21?

A  I had two years of Ohio State credit, and yes.

Q  So as far as you can determine, your suspension from Purdue and transfer to Colorado has not caused you delay in your anticipated graduation date?

Page 19

A  Not in the date, but I had to switch from a STEM major to an arts and sciences major, and that's a big career change.

Q  For the moment I'm just asking about your anticipated graduation date.

A  Yes, sir.

Q  What are your plans for your military career?

A  Like what do I want to do in the military?

Q  Yes.

A  I want to be an Army infantry officer and hopefully be one of the first women in the Ranger regimen.

Q  Was that your career goal when you were at Purdue?

A  Yes.

Q  And that remains your career goal at Colorado?

A  Yes.

Q  So to be an Army Ranger, you're aspiring to a longer-term Army career beyond your ROTC commitment?

A  I mean, that depends on your first duty station, on how long you stay in.

Q  I mean, if you're successful in obtaining Army Ranger status, are you seeking a longer-term Army career?

Page 20

A  Yes.

Q  In ROTC, you go through some promotion and review processes; correct?

A  Uh-huh.

Q  Yes?

A  Yes.

Q  So what is your current ROTC status at Colorado?

A  So they do the review process at the end of this year. Purdue did it a little differently. I don't really know where I'm ranked right now, but I'm, like -- I have a leadership position and have held one.

Q  What's your current leadership position?

A  I'm human performance officer, so I'm in charge of all the PT.

Q  Did you have a summer deployment through ROTC in the summer of 2019?

A  Not in summer '19.

Q  You will have one in summer '20?

A  It's not a deployment, it's a commitment to advance camp.

Q  So you will be at an Army location in the summer of 2020?

A  Yes.

Q  For most of the summer?

Page 21

A  For 45 days is what the number is right now; it got changed.

Q  Did you have any such commitment in the summer '19?

A  Last summer?

Q  Yes.

A  No.

Q  How did you spend the summer of 2019?

A  I worked for the City of Westminster at a golf course.

Q  Westminster, Ohio?

A  Colorado.

(Deposition Exhibit 1 marked for identification.)

Q  ███████ I'm handing you a document marked as Deposition Exhibit 1. Do you recognize this document?

A  Yes, sir.

Q  Have you seen it before today?

A  Yep.

Q  When did you first see it?

A  I am not aware the date that I first saw it.

Q  Did you see it before or after the case was filed?

A  Before.

6 (Pages 18 - 21)

Page 22

Q  Did you see more than one draft?

A  Yes.

Q  Did you see the final version as filed?

A  Yes.

Q  Did you give input to the complaint?

A  Yes.

Q  Who is aware that you filed this lawsuit?

A  Can you elaborate, like what detail?

Q  Well, let's just start with the general question. Who is aware that you have filed a lawsuit, that you are the plaintiff in this lawsuit?

A  My parents, my brother knows, my cousins know, I guess like family. My boyfriend at the time this was filed knows, ▓▓▓ knows, Jeff knows. People were able to piece it together and reached out to me and asked me if it was me from Purdue, that I went to Purdue with, that were interviewed. The residential staff probably knows, that were involved in this, the whole thing. I think that's it.

Q  Who is Jeff?

A  (Indicating.) Sorry.

Q  So this complaint is dated November 13, 2018. Do you see that on the top line?

Page 23

A  Yes.

Q  The first paragraph says, "Plaintiffs are female students at Purdue University."

A  Yes.

Q  As of November 2018, you were not a student at Purdue University, were you?

A  No.

Q  So that statement is not accurate?

A  Yes.

Q  Please turn to the second page of Exhibit 1. Paragraph 3 on the second page states, quote, "Purdue University has implemented a policy, either written or unwritten, wherein women who cannot prove their claims to the satisfaction of Purdue decision-makers face discipline up to expulsion at Purdue." Do you see that?

A  Yes.

Q  When did you form that view?

A  Shortly after I got my suspension letter and found out I wasn't the only one.

Q  Shortly after you received the suspension letter or the expulsion letter?

A  The expulsion letter, sorry. My bad.

Q  And what do you mean, found out you weren't the

Page 24

only one?

A  Kasey Richardson had been involved with me from CARE, and she informed me that this has happened to other people.

Q  What exactly did Ms. Richardson tell you?

A  What do you mean?

Q  You said she told you this has happened to other people. I'm asking if she said something more precise to you than that.

A  That she -- I don't remember her exact quote, but it was something along the lines of she is aware that this has happened to other people as well.

Q  "This" meaning what to you? What did you understand her --

A  Receiving a disciplinary -- like a disciplinary action for reporting.

Q  Did she tell you what she meant that this has happened to other people?

A  What do you mean?

Q  Did she elaborate on who those other people were or what she was meaning to suggest was comparable between their experience and your experience?

A  I do not remember exact details of our

Page 25

conversation, but I was made aware that this has happened to other people, and I was sitting there with an expulsion notice.

Q  Was this an email conversation with Ms. Richardson or face to face?

A  It was verbal.

Q  A meeting or a phone call?

A  A meeting.

Q  Had you asked for the meeting after you had received the expulsion notice?

A  I didn't really ask; I just walked there.

Q  So you went to the meeting, you showed Ms. Richardson the expulsion notice, and she said something to you about other people?

A  Yes.

Q  Were there names exchanged?

A  Not at that time.

Q  Later?

A  Later I was put in touch with ▓▓▓ through her, and then that's a name.

Q  Did she suggest to you that there was some person other than ▓▓▓

A  Yes.

Q  Did she give you any other name?

A  No names.

www.veritext.com

Connor Reporting
A Veritext Company

800-554-3376

Page 50

Purdue to have a policy stated in this paragraph on page 8 of Deposition Exhibit 2, and you said "yes."

Is that what you meant to say?

A  Yes, I think this policy is fair.

Q  So the paragraph on page 8 of Deposition Exhibit 2 stating a policy regarding an expectation to provide truthful information and so forth is a fair policy?

A  Yes.

Q  Including the provision in that paragraph that a person who knowingly makes a false statement may be subject to appropriate discipline?

A  Knowingly, yes.

Q  So having such a policy in writing is not what you were complaining about in this lawsuit; correct?

A  (No response.)

Q  You're not faulting Purdue for having this policy? That's not what you're --

A  Not this policy, no.

Q  And if Purdue were applying this policy in this paragraph on page 8 of Deposition Exhibit 2 to you, you would not fault Purdue for applying this policy by its terms?

Page 51

A  By its terms, no.

Q  You don't contend in this lawsuit that you are exempt from this policy, do you?

A  Exempt, no.

Q  I want now to turn your attention to Tuesday, October 10, 2017, which you may recall was a date you were returning to Purdue campus at the end of your fall break. Do you recall that date?

A  Yes.

Q  You were coming from your home in Ohio back to Purdue; right?

A  Yes.

Q  You had driven from your home in Ohio back to Purdue with two passengers, one named Garrett, and then ▇▇▇▇▇

A  Yes.

Q  What is Garrett's last name?

A  Multti.

Q  How is that spelled?

A  M-U-L-T-T-I, I don't know, maybe.

Q  And ▇▇▇▇▇ had spent the fall break as a guest in your family home; right?

A  Yes.

Q  And the people in your family home during that

Page 52

fall break were you and your mother and who else?

A  Me and my mother.

Q  Anybody else?

A  No.

Q  What dorm were you living in?

A  Owen.

Q  And you had two roommates?

A  One.

Q  Who was that?

A  Caroline.

Q  What was her last name?

A  Pomeroy.

Q  When you arrived back at the dorm that day, did Ms. Pomeroy have somebody else in the dorm with her?

A  I do not recall.

Q  What was the layout of the room?

A  Like how was it set up?

Q  Yes.

A  So the door -- once you went in the door, there were dorm beds on the left side and right side that were lofted. Like directly, like, 90 degrees from the door were two closets, one on each side. I had a desk against my bed,

Page 53

which was on the right side of the room, which was against the lofted bed. The there was a couch underneath my bed with a fridge. And then underneath Caroline's side, which was the left side, was the desk and a chair.

Q  So it was a single room?

A  Like only one room?

Q  Yes.

A  Yes.

Q  The beds were on each side?

A  Uh-huh.

Q  Yes?

A  Yes.

Q  On the wall opposite the door was a window?

A  Yes.

Q  And both beds were lofts?

A  Yes.

Q  On each side between the bed and the door was a closet?

A  Between, like -- sorry.

Q  So coming in the door, there were beds on each side?

A  Uh-huh, yes.

Q  But before getting to the beds on each side, there was a closet on each side?

14 (Pages 50 - 53)

Page 54

A  Well, the closets were like 90 degrees to the door. So they were, like, on the same face as the door room faced.

Q  What was the approximate distance between the door and the window?

A  I don't know. Fifteen feet, 13 feet.

Q  What was the approximate width between the beds?

A  Five feet.

Q  So you arrived back at Owen, having dropped off Garrett?

A  Uh-huh, yes.

Q  And you had some things to move into Owen Hall?

A  Oh, yes.

Q  What did you have to move in?

A  So I brought home a bunch of stuff over fall break, so I had to move all that back in.

Q  Suitcases or something else?

A  It was more like awkwardly shaped stuff, because I brought, like, my laundry basket home, like clothes, things like that. Whatever I accrued from my house from fall break, like winter clothes, food.

Q  When you were bringing ▮▮▮ back to campus in your car, what was your intention in having him on campus? Were you expecting to

Page 55

spend the day with him, or why --

A  No. I was just going to move my stuff back in and then drive him home.

Q  Back home to Avon?

A  Back to where I picked him up from.

Q  In Avon?

A  Yes.

Q  So when you had gone on fall break, you had driven from Purdue to Avon?

A  Yes.

Q  Picked him up?

A  Yes.

Q  And driven him to Ohio?

A  Yes.

Q  And then when you came back, you stopped at Purdue first and then were going to take him back to Avon second?

A  Yes.

Q  So you knew that he was not coming back to Purdue from Ohio; right?

A  So I had Garrett in the car. And the way you drive from my house, you don't go through ...

Q  Maybe rephrase it, I'm asking a slightly different question.
      You were coming back from fall break to go

Page 56

to school; right?

A  Yes.

Q  ▮▮▮ was not coming back from fall break to go to school; right?

A  I don't know.

Q  Well, you weren't bringing him back to Purdue?

A  No.

Q  You weren't bringing him back to anywhere in Tippecanoe County?

A  No.

Q  You were bringing him back to Avon, which is over an hour from Purdue; right?

A  Yes.

Q  And that's also where you had picked him up at the start of the fall break; right?

A  Yes.

Q  You never visited ▮▮▮ in any residence at or near Purdue?

A  No.

Q  So you knew that his residence was in Avon?

A  Yes. But he also told me that he lived in the cottages, which is off-campus housing.

Q  That's not where you picked him up ever, is it?

A  No.

Q  That's not where you dropped him off ever?

Page 57

A  No.

Q  The two of you had at one time a sexual relationship; correct?

A  Yes.

Q  You never met with ▮▮▮ at the cottages near campus for any such encounter, did you?

A  No.

Q  Did you ever have an address for ▮▮▮ in Tippecanoe County?

A  No.

Q  But you had an address for him in Avon?

A  Yes.

Q  Where did you have your sexual encounters?

A  Like, my dorm and his house.

Q  His house in Avon?

A  When I went there once, yes.

Q  On how many occasions did you have sexual encounters with him at your Owen Hall dorm room?

A  I don't know.

Q  More than three?

A  Yes.

Q  More than five?

A  No.

Q  Did you know a student with the last name of Stites?

15 (Pages 54 - 57)

Page 58

A No.

Q When you took [redacted] home to Avon on October 10th, 2017, you dropped him off without going into his house; correct?

A Yes.

Q And then you immediately called your mother?

A Yes.

Q So the duration of time between when you arrived at his home and when you called your mother was a matter of minutes; right?

A Yes. Versus hours, yes.

Q The whole process of dropping him off was just getting him unloaded from your car?

A Yes.

Q That was it; right?

A Yes.

Q And when you drove from Purdue to Avon to drop him off on that day, you drove straight through; correct?

A Yes.

Q So the time between when you called your mother and when you left Purdue was just the driving time plus a few minutes to unload him from your car?

A Yes.

Page 59

Q How long would you estimate the drive is from Purdue University to [redacted] home in Avon?

A Maybe like an hour.

Q You had done it more than once?

A Yes. I picked him up.

Q When you called your mother after dropping him off, you spoke to her for quite a long time; right?

A I'm not aware of the time period.

Q It was not a short call, let's just put it that way.

A Yes.

Q Did you call her from his driveway, or from where did you place the call?

A I have no clue. I probably started driving first.

Q Your phone number at the time was [redacted]

A Yes.

Q And does your mother live in [redacted]?

A We live in [redacted] but that's like the closest town.

Q [redacted]

A Yeah, yes.

Q Did you call your mother at about 5:15 p.m. that day?

Page 60

A I'm not aware of the time period that I would have called her.

Q You didn't call her while you were driving [redacted] home, did you?

A No.

Q You called her after you had dropped him off?

A Yes.

Q Did your call with your mother occur while you were driving back to the Purdue campus?

A Yes.

Q Was the whole call while you were on the road?

A I believe so, yes.

Q So it took you about an hour to return to the Purdue campus?

A Yes.

Q About how long, when you and [redacted] arrived at Owen Hall, did it take for you to unload your car?

A I don't know.

Q More than 15 minutes?

A Oh, yes.

Q More than an hour?

A I don't know.

Q Did you spend the whole time unloading things?

A Yes.

Page 61

Q So the sole activity that you had in mind when you stopped at Owen Hall was to unload your things after having dropped off Garrett?

A Yes.

Q Did you intend to just get back in the car and promptly drive [redacted] home?

A Yes.

Q You weren't planning for him to spend any time with you on campus that day?

A Not that I can remember, no.

Q So did he help you move things from your car into your room?

A Yes.

Q And that took something between 15 and 60 minutes?

A I'm not sure.

Q You've described moving in some laundry and a laundry basket. Had you been able to park near Owen Hall?

A Yes.

Q You said that the only activities that you had in mind were moving things in. I'm just trying to reconstruct the amount of time spent moving things in.

A Yes. That I can recall, yes.

16 (Pages 58 - 61)

Page 62

Q  Between 15 and 60 minutes?
A  I do not know.
Q  What's your best recollection?
A  I don't remember. I don't know.
Q  You don't remember whether it was 15 minutes or two hours?
A  No.
Q  Did ███████ help carry things in?
A  Yes.
Q  So there were two of you carrying things in from your car?
A  Yes.
Q  And all you can remember carrying in is laundry and a laundry basket?
A  I mean, I had all of my Army stuff, too, which is a bit of equipment. I brought more stuff back from my house, 'cause my winter clothes. Mom probably gave me snacks, she usually did that at break, so I had snacks to bring in.
Q  So did the two of you go up to your room together?
A  Yes.
Q  Who was there when you got there?
A  Initially, Caroline, but she left.
Q  Just asking for now, who was there when you got

Page 63

there?
A  Caroline.
Q  Anybody else?
A  I do not recall.
Q  Where was she in the room?
A  Kind of, like, underneath the couch -- or underneath the bed on the couch.
Q  What was she doing?
A  Watching TV.
Q  Did you make more than one trip to the room?
A  Yes.
Q  How many trips did you make?
A  Probably three to four.
Q  How long did each trip take?
A  I do not recall.
Q  Maybe ten minutes?
A  Probably more than that, 'cause I dawdle.
Q  Fifteen minutes?
A  I don't know.
Q  Twenty minutes?
A  I don't know.
Q  So you made three to four trips from your car to your dorm room with ███████ carrying things each time; yes?
A  Yes.

Page 64

Q  And each time you got to the room, you'd put the things in the room and then just go back to the car?
A  Yes.
Q  Did there come a point where you'd finished carrying everything into the room?
A  Yes. I started unpacking shirts.
Q  So you decided to start unpacking things with ███████ still there?
A  Yes.
Q  Rather than take him home to Avon?
A  Yes.
Q  Why did you do that?
A  Why would I leave a bunch of stuff on the floor?
Q  I had understood you earlier to say that your intention was just to unload the car and then take ███████ back to Avon.
A  I think unloading encompasses, like, unpacking and making sure it wasn't blocking the room.
Q  So you did the three to four trips, and then you did some unpacking, and then you got in the car to go to Avon?
A  Yes.
Q  While you were unpacking, where was ███████
A  Just standing there.

Page 65

Q  In the room?
A  Yes.
Q  Did he understand that the plan was that once you finished unpacking, that you were going to take him back to Avon?
A  Yes.
Q  That was a plan that the two of you had agreed upon?
A  Yes.
Q  So after you had finished the last trip carrying things to the room and you had finished unpacking, maybe more than an hour had gone by?
A  I never said I finished unpacking.
Q  Okay. Did you not finish unpacking?
A  Probably not completely.
Q  After you'd finished the unpacking that you intended to do, was that span of time between when you arrived with ███████ at Owen Hall and had completed unloading your car and doing whatever unpacking you intended, was that period more than an hour?
A  I don't know. The unpacking was kind of interrupted by his actions.
Q  So while you were unpacking, he did something other than just stand there?

17 (Pages 62 - 65)

Page 66

A   Yes.
Q   What did he do?
A   He shut my door and then told me that we should be dating. And when I said "no," he grabbed my arm.
Q   Anything else?
A   And then he told me he could hurt me. And so I tried to get him -- like, I pushed him off a little bit and then he hit me in the ribs, and then I hit him in the ear.
Q   Is he left-handed or right-handed?
A   I have no clue. Right-handed -- I have no clue.
Q   Are you left-handed or right-handed?
A   I am right-handed.
Q   Which arm did he grab?
A   My right arm.
Q   And where were you standing in the room?
A   By my closet.
Q   By the door?
A   To the right of the door. If you're looking -- if you're inside the room and you're looking at the door, to the left of the door. If you're outside the room and you're looking at the door, to the right of the door.
Q   So you were doing something at your closet when

Page 67

he grabbed your arm?
A   Yeah. I was putting stuff away.
Q   So did he grab your right arm from behind?
A   No. I was turned around and frequently grabbing things.
Q   So his back was to the window?
A   Yes.
Q   Your back was to the closet?
A   Yes.
Q   And the door was behind you?
A   No. It was to the left, then behind me. 'Cause there's like a hole for the door.
Q   Even if not directly behind you, it was in back of you?
A   Yes.
Q   The door was in back of you?
A   Yeah.
Q   So you were the person closest to the door?
A   Yes.
Q   He was the person closest to the window?
A   Yes.
Q   So he grabbed your arm. Had he ever grabbed your arm before?
A   No.
Q   He grabbed your arm, your right arm, with his

Page 68

left hand?
A   Yes.
Q   After he grabbed your right arm with his left hand, he said something?
A   Yes.
Q   What did he say?
A   "We should be dating."
Q   Did he say anything else?
A   Then when I said "no," he squeezed my arm a little harder and said, "I could scare you" -- or "I could hurt you. Does that scare you?"
Q   Anything else?
A   No.
Q   Who was in the room besides you?
A   ▬▬
Q   Anybody else?
A   No.
Q   Where was Caroline?
A   She had left.
Q   So he said something to you about scaring you. What happened next?
A   I kind of like pushed him off of me and got his arm off of me.
Q   Pushed him with your right arm or your left arm?
A   Kind of like body weight, because you can move

Page 69

if someone's --
Q   He was holding your arm in the upper half or the lower half?
A   The lower half.
Q   Between the elbow and the wrist?
A   Yeah.
Q   So you pushed him away hard?
A   I mean, I didn't push him down. That would be what I would say hard was. I pushed him off with a force that I thought he would get off of me.
Q   That he would let go of your forearm?
A   Yeah.
Q   Did he let go of your forearm?
A   Yes.
Q   What happened next?
A   He hit me in the ribs.
Q   With which hand?
A   The left hand, the hand closest to me.
Q   Where did he hit you in the ribs?
A   The -- like, which rib side? He hit me in the -- my right.
Q   Lower ribs?
A   Well, like-
Q   Upper ribs, lower ribs?

18 (Pages 66 - 69)

Page 70

A   Lower, like mid rib, I guess.
Q   With his left hand?
A   Yes.
Q   With a fist or an open hand?
A   It was kind of like halfway. It was like a flailing hit.
Q   Flailing because you had pushed him away --
A   Uh-huh.
Q   -- and he was back on his heels?
A   Yes.
Q   What happened next?
A   I hit him in the ear and that knocked him to the ground.
Q   You hit him with your right arm?
A   Yeah.
Q   With a closed fist?
A   Yeah.
Q   To his left ear?
A   Yes.
Q   What happened next?
A   Well, he was down, so then I moved to more by the door, like, by the door move, and went to the bathroom.
Q   You moved toward the door and went to the bathroom?

Page 71

A   Yeah. Like, I was -- I went to the -- like, I was going to go to the bathroom.
Q   So you made a move to the door to leave the room?
A   Yes.
Q   The bathroom was out in the hall?
A   Yes.
Q   And you did actually exit the room?
A   Yes.
Q   At the time you exited the room, he was on the floor?
A   I am not aware of where he was at. I'm guessing the floor.
Q   After the statement when he said, "Does that scare you," did either of you say anything else before you left the room?
A   No. When I hit him in the ear he made a noise, but that's about it.
Q   So you went to the bathroom. Did you actually go to the bathroom or did you just leave the room?
A   Like, I walked to the bathroom, yes.
Q   Did you walk anywhere else after that?
A   No.
Q   So you walked to the bathroom. Then did you

Page 72

come back to the room?
A   Yes.
Q   And when you came back to the room, who was in the room?
A   ▇▇▇
Q   Anybody else?
A   No.
Q   Where was he in the room?
A   Kind of still in the right closest-to-the-door quadrant.
Q   Was he still on the floor?
A   No.
Q   Was he standing up?
A   Yep.
Q   Did either of you say anything?
A   No.
Q   Did either of you contact each other?
A   Physical contact?
Q   Yes.
A   No.
Q   What happened next?
A   We -- I grabbed my keys and we went to the car and I drove him home.
Q   Did you say, "We're going home now" or something like that?

Page 73

A   Yeah. 'Cause I was initially going to make him just go home, and then I realized that I drove him.
Q   Did you notify anybody in the dorm of what had just happened?
A   At that moment, no.
Q   Did you notify anybody at all, call anybody, call family members, call police --
A   No.
Q   -- anybody?
A   No.
Q   So there were no communications between you and anybody else between the time you came back from the bathroom and go ▇▇▇ into the car?
A   No.
Q   Did anything happen, in the physical encounter that we've just been proceeding through, that I haven't asked you about? Did I miss anything?
A   No.
Q   When he said to you that he could -- "does that scare you," what was your reaction to that statement?
A   I stood there.
Q   What was your mental reaction?
A   My mental reaction?

19 (Pages 70 - 73)

Page 74

Q  Yes.

A  Probably like, "Oh," four-letter word.

Q  You were kind of contemptuous of that statement? I mean, you weren't impressed with that statement? Is that what you're saying?

A  Impressed as in, like, outwardly reacted?

Q  No. As in you were dismissive of it as a threat?

A  I was not dismissive of it, no.

Q  So the whole four-letter word, that was the emotion that went with that?

A  "Oh, fuck." Like, that's scary.

Q  What were you scared of?

A  I mean, I have a six-foot male who just grabbed my arm and told me he could hurt me. That's what I was scared of.

Q  Did you think that something was about to happen?

A  Yes, at the time.

Q  Why didn't you just leave the room when he said that?

A  What do you mean, why didn't I just leave the room?

Q  Leave the room and go tell somebody in the dorm you were in, nearest to the dorm.

Page 75

A  Well, the way the room is set up, I'm not really the closest to the door. We were kind of equidistant to the door, and he's taller than me. So I'm not fastest to the door.

MR. KEALEY:  Let's go off the record for a minute.

(A recess was taken between 11:24 a.m. and 11:55 a.m.)

(Deposition Exhibit 3 marked for identification.)

BY MR. KEALEY:

Q  ████████  I've handed you Deposition Exhibit 3. This is a document produced in this case as evidence. You'll see in the upper right on the first page dated October 10, 2017, and it refers to an incident time of 8 p.m., and indicates that the document was submitted initially at 11:03 p.m. on that same day, October 10. Do you see that?

A  Yes.

Q  Do you remember Sabrina Sutton?

A  Yes.

Q  Do you remember communicating with her on October 10th, 2017?

A  Yes.

Page 76

Q  What do you remember about that?

A  I told her because I had contacted the ROTC and the police, and I figured she'd get involved.

Q  So you had dropped off ████████, in Avon, you had spoken to your mother for about an hour, you had come back to campus, you had had dinner with a friend on campus; right?

A  It was off campus, but yes.

Q  After you came back from dinner, you made contact with Ms. Sutton?

A  Yes.

Q  Stating that you needed to tell her something?

A  Yes.

Q  Had you ever spoken to Ms. Sutton previously about ████████?

A  No.

Q  Had you ever had reason previous to the evening of October 10, 2017, to speak with Ms. Sutton about ████████?

A  No.

Q  So you had never felt any concern about ████████ behavior before October 10, 2017?

A  No.

Q  When you spoke with your mother after you dropped off ████████ did you discuss with

Page 77

your mother making contact with people when you got back to campus?

A  Yes.

Q  What did you discuss with your mother?

A  That I should contact the police and let them know.

Q  Let them know what?

A  That I was scared, and what happened. Because she looked him up and found his restraining order or protection order.

Q  When you say let them know that you were scared and what happened, what did you mean, "What happened"?

A  Like, let them know that I was -- like, I felt scared, and that I had seen him on campus and stuff like that.

Q  Did you discuss with your mother whether you'd had any physical contact with ████████ that day in your dorm room?

A  No.

Q  You did not?

A  No.

Q  You did not tell your mother that?

A  No.

Q  You did not tell your mother that there was an

20 (Pages 74 - 77)