**Melinda Manning**
102 Gateridge Place
Carrboro, NC 27510
**manning91@gmail.com**

## Education

**The University of North Carolina at Chapel Hill, School of Social Work**
Master of Social Work, 2015
**The University of North Carolina at Chapel Hill, School of Law**
Juris Doctor, 2001
**The University of North Carolina at Chapel Hill**
Bachelor of Arts, Political Science and History, 1994

## Professional Experience

**Director, UNC Health Beacon Program, Jan. 2016-Present**

**Planning and Administration**
- Create, facilitate and grow collaborations with varied UNC Health and School of Medicine Departments
- Created new mission and vision for program serving patients, employees, and family members across UNC Health
- Created new educational initiatives and programming to improve response to family violence and mandated reporting
- Implemented new database system to track cases and to make anonymous data available for research efforts
- Consults on hospital policy issues around violence and general safety issues
- Revamped procedure for responding to employee domestic violence cases

**Operations**
- Manages day-to-day operations of hospital-based violence intervention program, coordinates the efforts of 14 staff members, including six hospital direct reports
- Oversees budget of approximately $1.5 million
- Serves as UNC Health Care system representative for community initiatives
- Implements policies and procedures and supervises database systems that track program effectiveness
- Recruit, select and train new staff for Beacon and affiliated programs
- Increased number of consults by 29%

**Organizational Service**
- Serve on Critical Incident Stress Management team and Workplace Safety committee
- Guest lectures in Nursing, Dental, and Medical School classes
- Consult with SOM departments on student concerns
- Support providers and staff in working with survivors of violence and managing personal responses
- Created new lecture series to increase outreach to greater community

**Temporary Social Worker, Counseling and Psychological Services September-December 2015**
- Provided individual psychotherapy services to students including assessment, diagnosis and treatment
- Assisted UNC students in enhancing their emotional health and wellness.
- Provided referral coordination services for students referred to community treatment
- Provided triage services for walk-in clients

**Division of Student Affairs**                              **University of North Carolina at Chapel Hill**
Assistant Dean of Students                                  October 2002-December 2012
Interim Assistant Dean of Students                          August 2001 - October 2002

▪Coordinator of Student Grievance Policy. Advised students filing grievances and provided policy guidance
▪Served as case manager for students experiencing a variety of personal challenges
▪Advised, trained and supervised the graduate and professional student judicial system leaders. Served as case manager for all graduate/professional students on probation.
▪Created and implemented the HAVEN program to train faculty, staff and students to work with student survivors of sexual and relationship violence. Created new options for survivors of interpersonal violence including no-contact orders and blind reporting.
▪Provided ongoing training, assistance, and consultation to graduate/professional school administrators on student issues and university policies.
▪Served in emergency on-call rotation. Worked with police and university departments to assist students in crisis.
▪Chaired Emergency Evaluation and Action Committee. Investigated cases involving students with significant behavioral concerns and/or criminal charges and presented to full committee
▪Created the Student Emergency Fund and Fields Fund (assistance for single parents) and served as a coordinator for both funds.
▪Served as university representative for local initiatives to improve response to victims of intimate partner violence

**Adjunct Lecturer**                                        **University of North Carolina at Chapel Hill**

School of Education: *Navigating the Research University*                Summer 2011, 2012
Department of Public Policy: *Higher Education Policy*                   Fall 2011-Spring 2015
School of Social Work: *Human Development in Context II: Adulthood*      Spring 2018-Present

**Housing and Residential Education**                       **University of North Carolina at Chapel Hill**

Interim Area Director                                       November 1999 - May 2000
Assistant Area Director                            July 1997 - October 1999, August 2000 - May 2001

▪Managed operations of several residence halls and supervised student staff while completing law degree.
▪Served as part of 24-hour emergency crisis rotation.
▪Helped staff and residents develop solutions to crisis and conflict situations.
▪Held student conduct meetings and designed creative educational sanctions.
▪Provided counseling and advice for a diverse population of graduate, international, and transfer students.
▪Created new "recycling" program that resulted in discarded items donated to local charities
▪Managed community budgets

## Additional Higher Education Experience

School of Social Work Advisory Committee                    2018
Co-Chair, Honor System Review Committee                     2011 - 2012
Chair, Emergency Evaluation and Action Committee            2008 - 2012

| | |
|---|---|
| Advisor, Student Supreme Court | 2008 - 2012 |
| Harassment Advisory Board | 2007 - 2012 |
| Advisor, Project Dinah (Student IPV prevention group) | 2006 - 2012 |
| University Sexual Assault and Relationship Violence Task Force | 2006 - 2012 |
| Advisor, Frank Porter Graham Graduate Honor Society | 2005 - 2012 |
| Orange County Sexual Assault Response Team | 2004 - Present |
| Women's Week Planning Committee | 2004 - 2011 |
| Chancellor's Appointee, Committee on Student Conduct | 2002 - 2012 |
| Academic Plan Implementation Committee | 2011 - 2012 |
| Academic Plan Steering Committee | 2010 - 2011 |
| Residence Status Committee | 2003 - 2011 |
| Chair, Chancellor's Awards Selection Committee | 2008 - 2010 |
| Carolina Covenant Mentor | 2005 - 2010 |
| Women's Center Strategic Planning Committee | 2009 |
| University Hearings Board | 1998 – 2005 |
| Coordinator of HAVEN program | 2005-2012 |
| Coordinator of Safe Zone, LGBTQ Ally Training Program | 2001 – 2003 |

## Other Professional Experience

| | |
|---|---|
| Grant Reviewer: North Carolina Coalition Against Sexual Assault | 2011-Present |
| Grant Reviewer: Office of Women's Health (DHHS) | 2016-2018 |

## Select Presentations

•Graduate Students Cheat Too! Preventing Academic Dishonesty in Graduate Programs, American College Personnel Association annual conference, 2006

•Academic Achievement Through Prescription Medications? (with Kala Bullett, N.C. State) American College Personnel Association annual conference, 2007

• (Re)claiming Power: The Transformation from Victim to Survivor (with Renee Kashawlic, Virginia Tech and Annie Clark, U. of Oregon) National Association of Student Personnel Administrators annual conference, 2013

•Atonement: Strategies for Righting the Wrongs of Professional Misconduct (with Kim Strom, UNC) European Social Work Research Association annual conference, 2015

•What's the Right Thing to Do? The Ethics of Working with College IPV Survivors, Solving the Campus Sexual Assault and Dating Violence Puzzle annual conference, 2015

•Real Victim Rights: Uncovering Common Legal Rape Myths Among Grassroots, Campus and Criminal Justice Advocates (with Jennifer Brobst, Southern Illinois Law), End Violence Against Women International conference, 2016

•It Happens on Campus Too: Helping Domestic Violence Agencies Serve College Students, National Coalition Against Domestic Violence annual conference, 2016

•Domestic Violence in Later Life North Carolina Partnership to Address Adult Abuse annual conference, 2017

•Is Breast Always Best? Breastfeeding Initiatives and Survivors of IPV (poster) National Conference on Health and Domestic Violence, 2017

•360 Degree Involvement: Addressing Domestic and Sexual Violence Across Academic Health Centers (poster) (with Joslyn Fisher, Baylor Medical School and Amy Weil, UNC Medicine) National Conference on Health and Domestic Violence, 2017

• Interpersonal Violence/Domestic Violence and Its Effects on Kids North Carolina Child Health conference, 2018

•Title IX, Still Necessary in 2018 (keynote) North Carolina Chapter of International Association of Forensic Nurses Retreat, 2018

•It's Not Always Easy Being Ethical: Ethical Dilemmas in College Intimate Partner Domestic Violence Work Association of Title IX Administrators annual conference, 2018

## Publications

•The Dear Colleague Revolution, *University of Venus: Inside Higher Ed*, 2013

•The Opportunity of SaVE: Changing Campus Culture, *University of Venus: Inside Higher Ed*, 2014

• What if a Resident or Medical Student is Raped? Hospitals' and Academic Medical Centers' Title IX Obligations. *American Medical Association Journal of Ethics*, January 2018.

•American Crime: Ignorance is Not an Option. *Journal of Human Trafficking*, January 2018.

## Awards and Recognitions

| | |
|---|---|
| The Order of the Golden Fleece, UNC-Chapel Hill | 2011 |
| University Award for the Advancement of Women, UNC-Chapel Hill | 2010 |
| Mary Anne Chapman Award for Community Service (Orange County Rape Crisis Center) | 2007 |
| Frank Porter Graham Honor Society, UNC-Chapel Hill | 2001 |
| The Order of the Grail-Valkyries, UNC-Chapel Hill | 2001 |

## Community Service

Board President, North Carolina Coalition Against Sexual Assault
Board Member, Friday Fellowship
Board Member, UNC Wesley Foundation
Judge, North Carolina High School Ethics Bowl
Judge, National High School Ethics Bowl
Volunteer, Compass Center
Volunteer, Orange County Rape Crisis Center
Volunteer, TABLE
Duke Homecare & Hospice: Camp ReLEAF volunteer