In text messages dated September 15, 2017, ███████ asked ███████ if she would be meeting ███████ mom.[9] Instead of telling his parents that they met on Tinder, ███████ and ███████ agreed in those text messages to tell ███████ parents that they met during Boiler Gold Rush (BGR).[10] In those messages, ███████ asked ███████ if she would have to drive down herself, and ███████ offered to pick her up. ███████ accepted ███████ offer. ███████ also reported that he texted ███████ and asked, "[y]ou're staying the night, right?" ███████ agreed to stay the night at ███████ house. ███████ also provided text messages between ███████ and ███████ dated September 16, 2017, in which ███████ asked ███████ if she would be sleeping with ███████ and asking if ███████ parents would allow them to "fuck." ███████ told ███████ that she would have to sleep in his brother's empty room or on a couch in the basement. He told her that they could "accidently" fall asleep together. ███████ asked if ███████ had condoms, and they agreed to go together to purchase condoms, and she stated that it would be "romantic."

███████ reported that, while ███████ had planned to stay the night in his brother's old room, he ended up driving ███████ back to campus at 1:00 a.m. because she was allergic to ███████ cat. Text messages between the two, dated around 1:59 a.m. on September 17, 2017 show that ███████ told ███████ that he left Purdue, and that he had a "marvelous time." ███████ responded that she had a great time as well.

When asked by Investigators whether he recalled ███████ receiving a call from her boyfriend while in his parents' living room with him and his parents, ███████ stated that the call from ███████ boyfriend never happened. He stated that he was with ███████ the entire time at his parents' house and that this call from Doubikin never occurred.

*Fall Break 2017*

███████ reported that ███████ told her that he had no place to go over Fall Break 2017.[11] He told her that his parents were going out of town for a wedding.[12] When ███████ told ███████ that she was going home to Ohio, it seemed as though ███████ was "fishing" for an invitation; she stated that she invited him to go home with her. ███████ shared that, before Fall Break 2017, everything between ███████ and ███████ was fine, except that, according to ███████ ███████ texted ███████ all the time and thought they were in a relationship when they definitely were not. ███████ shared that the reason ███████ took ███████ home with her over Fall Break was that

---

[9] Another text message provided by ███████ indicates that ███████ knew that ███████ lived not on campus but in Avon. On September 27, 2017, around 12:52 p.m., ███████ and ███████ texted about ███████ visiting ███████ on campus to go to dinner. When ███████ told ███████ that she had a lab that ended at 5:30 p.m. ███████ responded by telling her that he would be getting off of work [in Avon] around 4:30 p.m. and could arrive at her residence hall just in time as her lab ended.

███████ RA, Sutton, also reported that ███████ told her that she met ███████ during BGR.

[11] Fall Break was Monday, October 9, to Tuesday, October 10, 2017.

███████ stated that, when ███████ picked him up at his house on Friday, October 7, 2017, ███████ talked to ███████ mother for approximately 45 minutes. Thus, ███████ stated that ███████ obviously knew that his parents were not out of town.

11

▓▓▓ told ▓▓▓ that his family would not be home, and he did not want to be alone. ▓▓▓ stated that ▓▓▓ has a difficult time telling people "no," so she invited him to join her.

▓▓▓ reported that he and ▓▓▓ planned the trip to Ohio over Fall Break and that they discussed ▓▓▓ meeting ▓▓▓ family and what she thought her family would think about him. Text messages provided by ▓▓▓ show that as early as September 10, 2017, ▓▓▓ and ▓▓▓ discussed ▓▓▓ visiting Ohio with ▓▓▓. In those messages, ▓▓▓ and ▓▓▓ discussed family, and ▓▓▓ asked ▓▓▓ what there is to do where she lives in Ohio because ▓▓▓ was thinking about going to visit over Fall Break. In another text message, dated September 20, 2017 at 1:49 p.m., ▓▓▓ stated that he cannot wait for Fall Break and asked if ▓▓▓ had told her parents that he would be visiting home with her. On September 24, 2017, ▓▓▓ told ▓▓▓ that he could not wait until Fall Break and asked her if the two would be allowed to sleep together at ▓▓▓ parents' house. ▓▓▓ responded, "I don't think so...lol." Then, on September 25, 2017, ▓▓▓ checked the dates of Fall Break with ▓▓▓ to make sure that he took the correct days off work. At around 10:01 p.m. on September 25, 2017, ▓▓▓ told ▓▓▓ that he could not imagine how happy he would be to spend four days with ▓▓▓ over Fall Break. On September 28, 2017, ▓▓▓ told ▓▓▓ that he had decided to go to Ohio with her over Fall Break. ▓▓▓ responded, "That sounds great! (kissing face emoji)". ▓▓▓ and ▓▓▓ continued to talk about Fall Break in texts on October 5 and 6. They discussed what they planned to do on his visit.

▓▓▓ reported that she left campus for Ohio on Friday, October 6, 2017. She stated that, at that time, she still did not know that ▓▓▓ lived off campus in Avon.[13] She stated that he told her that he did not have class that day,[14] so he went home to his parents' house in Avon. ▓▓▓ stated that she picked up ▓▓▓ in Avon and then drove him to her parents' home in Ohio, where ▓▓▓ met her friends and family. ▓▓▓ stated that she went out with her boyfriend while she was home on Fall Break, but she stated that ▓▓▓ did not meet her boyfriend. She also shared that, prior to leaving for Fall Break, she told ▓▓▓ that she already had plans to go out with her friends to celebrate her birthday, which is October 8th. She stated that, though she is not 21, she has a fake identification card that she used to go out to the bars with her friends on October 7 and 8, 2017. ▓▓▓ stated that, because ▓▓▓ is not 21 and does not have a fake identification card, he did not go out with ▓▓▓ on those occasions; she stated that she did not know what ▓▓▓ did in Ohio when they were not together. ▓▓▓ shared that around October 10, 2017 while still in Ohio ▓▓▓ told her that he had previously thought about wanting to

---

[13] After reviewing the preliminary report, ▓▓▓ questioned how ▓▓▓ could not have known – on October 7, 2017, that he lived in Avon, Indiana when she had already been to his house in September 2017.

[14] ▓▓▓ reported that ▓▓▓ was very convincing that he was a student at Purdue; as an example, she stated that he even told her the grades he received on math tests.

12

"shoot up a school" and told her that he was taking anti-psychotic and anti-depressant medications. ██████ stated that this information concerned her.

██████ reported that he went to Ohio with ██████ over Fall Break, that he stayed at her house in Ohio for 4 days, and that he met her mom, dad, brother, and a couple of her friends. ██████ stated that he and ██████ were together the entire time that they were in Ohio. He stated that ██████ was celebrating her birthday on the Sunday of Fall Break, but he denied that ██████ ever went out without him while in Ohio.

██████ told Investigators that ██████ told him that she witnessed the death of her best friend in a school shooting.[15] ██████ stated that, the night before they left Ohio, October 9, 2017, he told ██████ that during his junior year of high school, he thought about "shooting up" his school. According to ██████, ██████ told him that it was okay and in his past; she stated that she would not judge him.

*Return to Campus from Fall Break – October 10, 2017*

According to ██████, the trip to Ohio was fine until she and ██████ came back to campus, at which point things went downhill. She stated that, even though they drove through Indianapolis on the way back from Ohio (and approximately ten minutes from ██████ parents' house), ██████ did not say anything to remind ██████ that he did not have a car on campus.

While ██████ reported having been frustrated that ██████ did not remind her to drop him off at his parents' house when they drove through Indianapolis that day, ██████ stated that the route they took from Ohio to West Lafayette went north of Indianapolis. ██████ stated that when he and ██████ drove back from Ohio on October 10, 2017, they also drove a guy from Ohio named Brock back to campus. ██████ stated that he and ██████ dropped Brock off at Earhart Hall before going to ██████ dorm room at Owen Hall.

██████ reported that she and ██████ arrived on campus at her dorm room at Owen Hall around 3:00 p.m. on Tuesday, October 10, 2017. She stated that they carried her things up to her room and unpacked. ██████ stated that ██████ went out of his way to close the door to her room, which she thought was weird because she never shuts her door. ██████ reported that ██████ then told her, "I think we should be dating." ██████ stated that she made it clear that she did not want a relationship with him and only wanted to be friends. ██████ stated that ██████ then grabbed her by the arm, which caused her pain. She stated that she tried to get away but could not and that she pushed his arm to get away. ██████ stated that, while still grabbing ██████ arm, ██████ said, "I could hurt you, does that scare you?" ██████ reported that she

---

[15] Online research into ██████ high school, ██████ High School in ██████ did not show a school shooting there. A Purdue University Police Department report references a shooting in the area in 2012, but no more information was provided. Hartman reported that in a later interview, ██████ shared that her friend was shot somewhere near Cincinnati, Ohio.

13

pushed ███████ off her and that ███████ then punched ███████ very hard in the ribs on her right side; this resulted in bruising on ███████ ribs. ███████ reported that, after ███████ hit her, she hit ███████ in the left ear, knocking him down.

███████ reported that this incident made her have to go to the bathroom, so she left the room; after she used the bathroom, ███████ returned to her room and told ███████ to "fucking leave." She stated that she then realized that she had driven ███████, so she had to drive him back to his house in Avon. She shared that, during this ride home, ███████ was silent, but his body was twitching. ███████ stated that she was a little worried during the drive, but not too worried because she had a knife and pepper spray. She also stated that ███████ is not too coordinated. ███████ reportedly told ███████ to "get out of my fucking car," and she drove away. ███████ reported that, after being dropped off at his home, ███████ sent ███████ 8-10 text messages and called her a few times. She stated that ███████ called her from his unrestricted number and that she then received several "restricted calls" and that the calls were repeated, which makes her think that they were from ███████. ███████ stated that because she did not respond to ███████ calls or texts, he called ███████ mother and told her that he needed to get in contact with ███████ and that he was worried.[16] ███████ stated that ███████ continued to call and text her without response. ███████ stated that she has had no contact with ███████ since she dropped him at his house on October 10, 2017.

███████ version of the events on October 10, 2017 is much different than ███████ version; he stated that ███████ account of events could not have happened because ███████ roommate and a friend were in the room with them. ███████ stated that when he and ███████ arrived on campus, sometime between 1:00 p.m. and 4:00 p.m., they carried ███████ things up to her dorm room. ███████ stated that ███████ roommate ███████ and her friend ███████ were present in ███████ room. ███████ reported that, after they unpacked ███████ things, he and ███████ left, and she drove him home to Avon. ███████ stated that when ███████ dropped him at his house in Avon, she only gave him a peck on the lips, so he was worried about their relationship. He stated that he sent her a text message to see how her dinner with ███████ went that evening and that she responded that it was "fine" and that she was going to bed. Text messages provided by ███████ – dated October 10, 2017 at 8:36 p.m. state:

> How was dinner with ███████
> Good, I'm going to bed. Night!

███████ stated that, later that night at 11:42 p.m., he sent ███████ a text message regarding their relationship. In text messages provided by ███████, he stated:

---

[16] ███████ stated that, while she was driving back to campus from Avon, she called her mother and told her that ███████ "weird." She stated that she has told her mother some, but not all, of the details of what happened between her and ███████

14

PU-DOE 1240

 I know you're asleep, but I need you to know something. I don't know if I can love you. I'm afraid my heart might be broken beyond repair. I haven't felt emotion in so long, and the last time I did, I was beaten down for it. I'm sorry for getting you into this with me, but I don't know if I can go on. You're an amazing person, and I do like spending time with you, but I haven't really felt anything for you, and that's the truth. I still want to continue with you, because there's still a chance that I'm not broken, and I can love again. I just need you to know what you're getting into.

███ reported that the next morning, October 11, 2017, ███ blocked him on everything.

According to ███, there was no physical altercation between ███ and ███ in her dorm room. He stated that nothing in that paragraph of the notice of allegations happened at all. He stated that he thought that the paragraph was "funny." ███ stated that he would not have tried anything physical with ███ because she is in the Army, she would "kick his butt." He stated that he is "100% not guilty," that the physical altercation did not happen, and that he did not hit ███

███ stated that he did not know why ███ blocked him, so he called ███ mother. He stated that it was a matter of life and death for ███ to call him and that he attempted suicide that day. Specifically, ███ stated that he said "it is a matter of life or death" because he wanted to commit suicide. ███ stated that his anti-psychotic and anti-depressant medications were not working.

Investigators met with ███ roommate, ███ as well as ███ friend, ███ ███ shared that, on Tuesday, October 10, 2017, she and ███ was doing homework in ███ and ███ dorm room at Owen Hall when ███ returned around noon from having been home in Ohio over Fall Break. ███ reported that ███ helped ███ carry her things into the room. She stated that, at one point, ███ had to go to the bathroom, which left ███ alone in the room with ███ and ███ described ███ as "awkward" and stated that, the entire time, ███ did not say a word to ███ or ███ stated, though, that ███ and ███ seemed to be getting along "quite decently." ███ stated that, shortly after ███ returned from the bathroom, ███ and ███ left the room. ███ stated that she and ███ remained in the room for about one-to-two hours before they left to hang out in ███ dorm room. ███ stated that she has not seen ███ since he left her room that day.

███ also shared that she was doing homework with ███ in ███ room at Owen Hall on Tuesday, October 10, 2017, when ███ and ███ returned from Fall Break. ███ estimated that ███ returned around "late afternoon." She reported that ███ and ███ unloaded a bunch of ███ stuff. She stated that ███ and ███ seemed cordial and "fine" in their interactions. She

15

described �manumit as "awkward," but stated that she did not witness any altercations between ▬▬ and ▬▬. ▬▬ estimated that ▬▬ and ▬▬ were the room a total of 25-30 minutes before ▬▬ and ▬▬ left the room together. ▬▬ shared that she and ▬▬ remained in the room doing homework.

▬▬ stated that she, herself, did not return to the room until after 10:00 p.m. ▬▬ shared that, when she returned to the room, ▬▬ was in the room with her best friend from ROTC, ▬▬. ▬▬ stated that ▬▬ asked her if ▬▬ could spend the night for safety reasons. She reported that ▬▬ told her, in basic terms, about an incident that occurred that afternoon/evening between ▬▬ and ▬▬. ▬▬ told ▬▬ that ▬▬ and ▬▬ had returned to ▬▬ dorm room later that day.[17] ▬▬ "best guess" on time is that the ▬▬ and ▬▬ would have returned sometime between 5:00 p.m. and 10:00 p.m. ▬▬ shared that ▬▬ told her that ▬▬ asked ▬▬ out again and that when ▬▬ told ▬▬ that she did not want to date him, he got "angry" and "physical" with ▬▬. ▬▬ stated that ▬▬ told her in detail what ▬▬ did to her physically, but ▬▬ could not remember what ▬▬ had said.

▬▬ however, told Investigators that she did not spend the night at ▬▬ room after Fall Break and stated that ▬▬ did not tell her that there was a physical altercation between ▬▬ and ▬▬ until "much after." Rather, ▬▬ stated that ▬▬ called her the day that she returned to campus from Fall Break – October 10, 2017 – and told her that she had to tell her something about ▬▬, though ▬▬ would not share details over the phone. ▬▬ told ▬▬ that she would tell her over dinner.

▬▬ shared that she had dinner with ▬▬ around 6:00 p.m. that night. ▬▬ reported that ▬▬ told her, while she and ▬▬ were in Ohio, they drove past a memorial at her high school for a school shooting that occurred while ▬▬ was a student.[18] When they arrived back to the driveway of ▬▬ parents' house in Ohio, ▬▬ reportedly started crying and told ▬▬ that, in high school, he had wanted to "shoot up" his school. He also told ▬▬ that he was taking anti-psychotic medicine. ▬▬ shared that ▬▬ thought that this was "crazy' and that ▬▬ was shocked and terrified that she had brought him home with her. ▬▬ stated that, at that point, ▬▬ tried to ignore ▬▬ and that she cut off ▬▬ completely, which caused ▬▬ to aggressively text ▬▬ asking why she was not responding. When asked by Investigators what she meant by "aggressive texts," ▬▬ stated that they were very continuous; she also reported that she has never seen any of the texts between ▬▬ and ▬▬. She also stated that ▬▬ also called ▬▬ from an unknown number. ▬▬

---

[17] ▬▬ stated that she did not witness ▬▬ and ▬▬ returning and believes it happened only because that is what ▬▬ told her and because she noticed that there was more of ▬▬ stuff in the room when ▬▬ returned that night, which made her think that ▬▬ and ▬▬ must have brought more stuff back to the room.

[18] ▬▬ stated that they did not see any memorial, and he does not know if one exists.

16

shared that, after dinner, ▮▮▮▮ dropped ▮▮▮ off at her dorm (Wiley Hall), and ▮▮▮▮ went home.

▮▮▮▮ stated that, at dinner that night, ▮▮▮▮ did not tell her about any incident or altercation between ▮▮▮▮ and ▮▮▮▮ that had occurred earlier in the day at ▮▮▮▮ dorm room. ▮▮▮▮ shared that "much later" – approximately two weeks later – ▮▮▮▮ told her that ▮▮▮▮ had gotten physical with ▮▮▮▮ ▮▮▮▮ told ▮▮▮▮ that, in her dorm room after returning from Fall Break, ▮▮▮▮ asked ▮▮▮▮ to be his girlfriend and when she said "no," he grabbed ▮▮▮▮ arm and would not let go. ▮▮▮▮ stated that ▮▮▮▮ then punched ▮▮▮▮ and that ▮▮▮▮ left ▮▮▮▮ room. When asked by Investigators whether she stayed the night in ▮▮▮▮ dorm room after Fall Break, ▮▮▮▮ stated that after ▮▮▮▮ reported the incident to the ROTC, she let ▮▮▮▮ stay in her dorm room at Wiley but she did not recall spending the night in ▮▮▮▮ room. ▮▮▮▮ reported that ▮▮▮▮ was not comfortable staying in her own room.

Sutton shared that, on October 10, 2017, one of the students on her floor, ▮▮▮▮ told her that she felt that she was being stalked or threatened by ▮▮▮▮. ▮▮▮▮ reported that ▮▮▮▮ had been kicked out of school and was not allowed on campus because of his interactions with another female student. Sutton reported that ▮▮▮▮ told her that ▮▮▮▮ was sending her text messages threatening to "knock her out." Sutton did not see these messages, and ▮▮▮▮ denied that these texts were sent. According to Sutton, during this meeting on October 10, 2017, ▮▮▮▮ did not report any physical violence between ▮▮▮▮ and ▮▮▮▮.

*Incidents after October 10, 2017*

▮▮▮▮ reported that after her mother called her to tell her about ▮▮▮▮ calling her to say he was worried about ▮▮▮▮ "looked up" ▮▮▮▮ and figured out that he had a PNG. ▮▮▮▮ stated that she then called Army Master Sergeant Jason McCormick to inform him about the altercation with ▮▮▮▮. When McCormick did not answer, per her instructions from the ROTC, ▮▮▮▮ then called PUPD. She stated she was put to PUPD's voicemail and that she did not hear back from PUPD until about 4:30 p.m. the following day (October 11th). She stated that she met with Detective Donald Hartman at PUPD.

▮▮▮▮ shared that, on October 11, 2017, ▮▮▮▮ again contacted ▮▮▮▮ mother via telephone and told her that it is a "matter of your daughter's life or death if she calls me back." ▮▮▮▮ mother called ▮▮▮▮ to tell her what ▮▮▮▮ had said and told ▮▮▮▮ to go back to the police station ▮▮▮▮ stated that she was still in PUPD's parking lot at the time, so she went back in. ▮▮▮▮ stated that Hartman was on the phone and that, while she was waiting, ▮▮▮▮ called ▮▮▮▮ phone again, but she did not answer. ▮▮▮▮ shared that she then met with Katie Sherer.

17

▓▓▓▓▓ told Investigators that he stated that it was a "matter of life or death" if ▓▓▓▓▓ called him back because he was considering suicide.

▓▓▓▓▓ shared that, in her original report to Hartman, she did not mention that ▓▓▓▓▓ touched her arm or hit her or that ▓▓▓▓▓ had punched ▓▓▓▓▓ She stated that she did not mention these facts in her first meeting with PUPD because she was afraid that she would get in trouble and because she did not want ▓▓▓▓▓ to get angrier. ▓▓▓▓▓ shared that she did tell Sherer about the physical altercation between ▓▓▓▓▓ and ▓▓▓▓▓ ▓▓▓▓▓ noted that she initially did not want PUPD to call ▓▓▓▓▓ and tell him that she was there; she stated that she did not want to "be involved" but also wanted to keep him away from her.

▓▓▓▓▓ reported that, to her knowledge, ▓▓▓▓▓ has not returned to Owen Hall. She stated that McCormick would not let ▓▓▓▓▓ go back to her dorm room for a few days.

Sutton shared that ▓▓▓▓▓ met with her again on October 12, 2017 and shared more information. She stated that ▓▓▓▓▓ initially did not want to make her interactions with ▓▓▓▓▓ big deal, but after ▓▓▓▓▓ reported the incidents to ROTC and PUPD, ▓▓▓▓▓ shared more information with Sutton. Sutton reported that ▓▓▓▓▓ told her that, on around October 8, 2017,[19] ▓▓▓▓▓ had grabbed her arm, and ▓▓▓▓▓ pushed ▓▓▓▓▓ away. ▓▓▓▓▓ told Sutton that after ▓▓▓▓▓ punched ▓▓▓▓▓ in the stomach, ▓▓▓▓▓ punched ▓▓▓▓▓ in the head and "knocked him out." ▓▓▓▓▓ reported to Sutton that she had bruising to her ribs, but Sutton did not see the bruises. Sutton shared that she did not have concerns with ▓▓▓▓▓ delay in reporting the physical violence, noting that ▓▓▓▓▓ is a "tough girl" and that reporting the violence was hard for ▓▓▓▓▓

Sutton reported that she met again with ▓▓▓▓▓ sometime after October 12, 2017. She stated that ▓▓▓▓▓ told her that another female student ▓▓▓▓▓ at Purdue had negative interactions with ▓▓▓▓▓, and that student was reaching out to ▓▓▓▓▓ ▓▓▓▓▓ told Sutton that she did not want to talk to this student.

▓▓▓▓▓ reported that she learned of ▓▓▓▓▓ name in ▓▓▓▓▓ response to another investigation. She found ▓▓▓▓▓ on Facebook, and reached out to her through Facebook Messenger around October 12, 2017. ▓▓▓▓▓ responded and gave ▓▓▓▓▓ her cell phone number. They continued to send messages back and forth through Facebook Messenger. ▓▓▓▓▓ reported that she shared her personal experiences with ▓▓▓▓▓; and ▓▓▓▓▓ shared that the same things had happened to her. ▓▓▓▓▓ shared that she offered to listen to ▓▓▓▓▓ if she needed someone to talk to and that ▓▓▓▓▓ told her that she was scared of ▓▓▓▓▓ and that she appreciated ▓▓▓▓▓ offer. ▓▓▓▓▓ also reported that ▓▓▓▓▓ told her that ▓▓▓▓▓ threatened to kill her ▓▓▓▓▓ and

---

[19] Investigators note that this date, as provided by Sutton, is incorrect, since this is when ▓▓▓▓▓ and ▓▓▓▓▓ were in Ohio for Fall Break. However, we have included this date because that is what Sutton shared with us as the date given to her by ▓▓▓▓▓

18

that ▓▓▓▓ told her that ▓▓▓▓ had sexually assaulted her ▓▓▓▓. ▓▓ stated that ▓▓▓▓ told her that she had gone to the Center for Advocacy, Response, & Education (CARE), who told ▓▓▓▓ that ▓▓▓▓ was not supposed to be on campus.

Sutton also shared tha ▓▓▓▓ told her that, during one meeting she had with PUPD, ▓▓▓▓ called ▓▓▓▓ told Sutton that she answered ▓▓▓▓ call, and ▓▓▓▓ threatened to kill her. According to ▓▓▓▓ this threat to kill ▓▓▓▓ was overheard by the officer. Investigators contacted PUPD about this information, and PUPD Detectives denied that this call took place. ▓▓▓▓ denies ever threatening to kill ▓▓▓▓

▓▓▓▓ reported that ▓▓▓▓ father called ▓▓▓▓ mother on or about Tuesday, October 17, 2017, and told her that ▓▓▓▓ had threatened suicide and that it was ▓▓▓▓ fault.

▓▓▓▓ reported that his father called ▓▓▓▓ mother on October 12, 2017. He stated that he wanted his father to tell ▓▓▓▓ mother that he had attempted suicide, to ask ▓▓▓▓ why she was "dropping him," and to tell ▓▓▓▓ that he was sorry and that he did not mean it. He stated that his father did make contact with ▓▓▓▓ mother but stated that his father did not tell ▓▓▓▓ mother that he blamed ▓▓▓▓ for ▓▓▓▓ suicide attempt.

▓▓▓▓ reported that she received a Protective Order against ▓▓▓▓ on October 19, 2017. ▓▓▓▓ further reported that she had been missing a lot of class as a result of the incident and follow up interviews, and that she has felt unsafe.

On November 20 and 28, 2017, Investigators emailed ▓▓▓▓ in an attempt to schedule a follow-up interview with ▓▓▓▓ to discuss the text messages that had been provided by ▓▓▓▓ on November 23, 2017 and to discuss inconsistencies between her story and ▓▓▓▓ story.[20]

▓▓▓▓ informed Investigators on November 29, 2017 that she was removing herself from participating in the concluding actions and activities of the case, noting that it has taken a lot of time and energy, that she is focusing on finals, and that her grandfather is in poor health. ▓▓▓▓ stated that she did not want to participate in the beginning but shared her experience only because she thought it would help the case. ▓▓▓▓ stated:

> I feel as if, regardless of my case or the other woman's, that ▓▓▓▓ is a threat to campus and other individuals. His threat to shoot up the school should not be taken lightly. I do believe people can change- but not that significantly, even with psychological help,

---

[20] The emails are included as Appendix 8.

19