



8:36 PM    with

Good, I'm going to bed. Night!    8:48 PM

9:03 PM    Goodnight!

I know you're asleep, but I need you to know something. I don't know if I can love you. I'm afraid my heart might be broken beyond repair. I haven't felt emotion in so long, and the last time I did, I was beaten down for it. I'm sorry for getting you into this with me, but I don't know if I can go o

 View all    〉

11:42 PM

Wednesday, October 11, 2017

11:21 AM

11:31 AM     please talk to me...

    Enter message    ☺

PU-DOE 1402

Tue, Oct 10, 2017 11:42 PM

I know you're asleep, but I need you to know something. I don't know if I can love you. I'm afraid my heart might be broken beyond repair. I haven't felt emotion in so long, and the last time I did, I was beaten down for it. I'm sorry for getting you into this with me, but I don't know if I can go on. You're an amazing person, and I do like spending time with you, but I haven't really felt anything for you, and that's the truth. I still want to continue with you, because there's still a chance that I'm not broken, and I can love again. I just need you to know what you're getting into.

PU-DOE 1403