**CASE SUPPLEMENTAL REPORT**

*Purdue University Police Department*                                            OCA: **2017001373**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *PENDING PROSECUTOR*   **Case Mng Status:** *PENDING PROSECUTOR*   **Occured:** *10/11/2017*

**Offense:** *THREATS/INTIMIDATION*

**Investigator:** *HARTMAN, D. E. (P65)*             **Date / Time:** *10/26/2017 16:14:35, Thursday*

**Supervisor:** *ROSENBARGER, M. J. (P44)*     **Supervisor Review Date / Time:** *10/26/2017 16:14:41, Thursday*

**Contact:**                                                       **Reference:** *Investigative Progress*

                                                                       **Agency:** PUPD

## THREAT/INTIMIDATION

Email contact was established with ▓▓▓▓▓ ▓▓▓▓▓, the roommate of ▓▓▓ in Owen Hall. I had learned through my interview with ▓▓▓ that ▓▓▓ was present in the room when he and ▓▓▓ returned to campus. A time was arranged to meet with ▓▓▓ on Wednesday October 25 at PUPD.

In the early morning of October 25 I received a voicemail message from ▓▓▓. When I called her back she stated that she learned a detective wanted to speak with her roommate. She then advised me that she had told her roommate details about the case and that her roommate was mistaken on what time she had returned to campus on that Tuesday. She then stated that her roommate was "not a real reliable person" and may not be a good source of information. I thanked ▓▓▓ for the information and set a time to meet with her on Thursday October 26.

On Wednesday October 25, at 1230 hours I met with ▓▓▓ as arranged at PUPD Headquarters. She stated that she had spoken with ▓▓▓ during the evening hours and learned that our meeting was about ▓▓▓ ▓▓▓ and the events that had transpired. ▓▓▓ stated that she was at the room in Owen Hall when ▓▓▓ and ▓▓▓ returned from Ohio but did not witness any altercation. She advised that ▓▓▓ told her the previous evening that the altercation happened when ▓▓▓ was not present. According to ▓▓▓, ▓▓▓ and ▓▓▓ departed the room but returned after she had left the room on that Tuesday. This is when ▓▓▓ told her the altercation happened.

She described ▓▓▓ as "odd" but stated that she was unaware of any problems between the two until recently. ▓▓▓ has never had a full conversation with ▓▓▓ and had no additional information to provide on his behavior. She did advise that she had seen him in their dorm room four different times over the past few months. She described ▓▓▓ as a person of high moral character. ▓▓▓ was thanked for her time and escorted to the lobby.

Investigation continues.