**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| **MARY DOE and NANCY ROE,** | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:18-cv-00089-JEM** |
| | ) | |
| **PURDUE UNIVERSITY and ALYSA ROLLOCK and KATIE SERMERSHEIM, in their official and individual capacities,** | ) | |
| **Defendants.** | ) | |

**APPENDIX OF EXHIBITS IN OPPOSITION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Nancy Roe, by counsel, pursuant to N.D. L.R. 5-4(a)(8), files her Appendix of Exhibits in Opposition to Defendants' Motion for Summary Judgment:

- Exhibit 1 – Excerpts from the Deposition of Nancy Roe
- Exhibit 2 – Appeal Letter of Nancy Roe (Exhibit 12 to the Deposition of Nancy Roe)
- Exhibit 3 – Full Investigators' Report (Complete Copy of Docket 54-13)
- Exhibit 4 – Deposition of Dean Katherine Sermersheim
- Exhibit 5 – September 1, 2017 Letter from Vice President Rollock
- Exhibit 6 – Statement of Damages (Exhibit 2 to the Deposition of Nancy Roe)

Respectfully submitted,

**MACEY SWANSON LLP**

/s/Jeffrey A. Macey
Jeffrey A. Macey, Atty No. 28378-49
Attorney for Plaintiffs
**MACEY SWANSON LLP**
445 North Pennsylvania Street Suite 401
Indianapolis, IN 46204-1800
Telephone: (317)637-2345

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 30, 2021, a copy of the foregoing was served via operation of the Court's electronic filing system on all Counsel of Record.

Respectfully submitted,

__/s/ Jeffrey A. Macey__________________
Jeffrey A. Macey, Atty No. 28378-49
Attorney for Plaintiffs

**MACEY SWANSON LLP**
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800
Telephone: (317)637-2345
Facsimile: (317)637-2369
E-Mail: jmacey@maceylaw.com