Based on the report and decision made by the Dean of Students and the panel, it seems that their decision to find [redacted] not responsible for sexually assaulting me the night of April 17 2017 was very much founded on the ideas that I was 1) not incapacitated (or at least not intoxicated enough for [redacted] realize I was "blacked out"), 2) that my actions prove that I have lied about the aforementioned incident, 3) that I am an uncredible witness, while [redacted] is credible, and finally 4) on completely irrelevant or untrue facts/opinions about me. I hope to provide evidence to counter these thoughts. Namely, to prove that I was, in fact, incapacitated to the point that [redacted] should have known I was too intoxicated to consent to any sexual activities, in addition to proving that [redacted] has lied about several important details of this case. Finally, that there was significant bias against me during not only the investigation portion of this case, but also during the panel hearing and in the decision letter I received from the Dean of Students.

When it comes to my level of intoxication, the investigators stated in their report that its is "undisputed that [redacted] drank a lot of alcohol at the party".[1] They even went so far as to say "it is likely that she may have blacked out during the evening of April 17th in that she does not recall the entire evening", but to them not enough for [redacted] to know I was incapacitated. However, I believe that the evidence collected says otherwise, that there was no way he could not have known this:

- "... [redacted] joined [redacted] and others who were hanging out. (He) thought [redacted] was acting more intoxicated than he would have expected given the four or five drinks he had served her"[2]
- "[redacted] drank heavily and quickly" (in reference to my drinking during To the Governor)[3]
- [redacted] initially stated in a text to another Acacia member that I was "very preoccupied, puking everywhere" while walking back to Harrison[4]
- My behavior was described as "loopy" and "floppy", I could not sit up straight and was slurring my speech[5]
- [redacted] rated by level of intoxication as an "8 out of 10", 10 being the most intoxicated[6]
- "[redacted] was swaying a bit and that she was at the point where she either needed to slow down her drinking or be cut off"- one of the Acacia brothers at the party[7]
- [redacted] put "[redacted]" in my phone instead of [redacted], because I would be "too drunk to remember" his name[8] [redacted] is an uncommon last name so using that would have worked)

---

[1] Pg 6, "The Party"
[2] Pg 7
[3] Pg 8
[4] Pg 8
[5] Pg 8
[6] Pg 9
[7] Pg 10
[8] Pg 13

DEPOSITION EXHIBIT 12 PENGAD 800-631-6989

- [redacted] stated that I was much drunker than usual[9] (compared to the few other times I had been at Acacia functions), he also told [redacted] that I was drunk and needed to be taken home

In addition to all of this, the amount of alcohol I had consumed, which [redacted] was admittedly aware of, was excessive to the point of it being dangerous. My estimated, and undisputed by [redacted], amount of drinks that night was 5-6 cups of wine and 1.5-3 beers. The wine was served in "Solo cups", which hold 16 oz. of liquid. Most of my drinks were filled to almost the top. If I were to calculate my Blood Alcohol Concentration (BAC) very conservatively, that is to say I had a total of 50 oz of wine that night, which is about equivalent of 9 traditional glasses of wine, and 1.5 beers, it would be 0.4081. For a point of reference, I have included a chart that shows how various levels of BAC manifest and the dangers associated with them. It is also important to note that I had consumed this amount of alcohol while having very little food in my system.

As BAC Increases, So Does Impairment




Overall, it is difficult for me to believe that [redacted], who has certainly been at countless fraternity parties and is familiar with SARMA regulations/training, would not be able to discern that a person of my size drinking that amount of alcohol would be extremely intoxicated to the point of blacking out. Or that, based on behavior, I was not extremely

---

[9] Appendix 3, pg 6-7

intoxicated. For example, I was unable to notice that [redacted] was making audio recordings of me, recordings that lasted for a significant amount of time. In addition, my behavior was extremely irrational, which should have been a red flag. Brothers knew, and informed [redacted], that I was too drunk, and I did things like hide him in the bathroom and forgot my keys were with [redacted], both things that a sober person would not do. During the assault, I allegedly even told him it was fine to not use a condom even though I am not only not on birth control, but I also have herpes, something that can be contracted through sexual activity, but prevented with the use of condoms.

I also attempted to prove my intoxication through providing video of a previous time I had been extremely intoxicated before to give insight into how I sound/act when I am blacked out. This video was taken in [redacted] RA's room and I sounded very similarly to how I sounded in the recordings provided by [redacted]. It is important to note that in this case, [redacted] RA considered taking me to the hospital because he was concerned about my well being. However, the investigators found this irrelevant.

The investigators also noted that someone who was incredibly intoxicated could not have gotten into Harrison Hall and to my room without having major issues. However, on a previous occasion last fall, I overdosed on Xanax and Lexapro in order to attempt suicide. While blacked out, I was able to text [redacted] find him in the lobby of Harrison and head back to his room. This also required me to lock my door, use the elevator, and other things that I was able to do in April. I was later admitted to the hospital. If I was able to navigate my dorm in that state, it isn't surprising that I was able to navigate it then. If the investigators had voiced this concern to me earlier, I could have more than likely obtained this video to show how I acted then in comparison to how I acted on April 17.

I also take issue with the claim from the investigators and the Dean of students that I am an "uncredible" witness in this case. From my rape kit, to my testimony, to what I told [redacted], my story has remained consistent, without any contradictions or changes that I could find. I do believe that because I was blacked out most of the time, and I couldn't remember things, they deferred to whatever [redacted] said without question or further scrutiny. If I had planned on being a dishonest witness, I would not have frequently repeated to the investigators that I couldn't remember many details when asked about a detail of what [redacted] said. I could have refuted everything he said, but unfortunately, I am unable to do that.

Another basis it seems for saying that I am unreliable is the way I discussed the events with [redacted] and [redacted] It is very common for victims of sexual assault to be in denial about what happened, this is why it is very common for people to not report right away. With my previous assault, [redacted] was aware that I had regretted not reporting it right away and not getting a rape kit. He never forced me to do anything, he had known my previous history and wanted to ensure I wouldn't regret anything. I also was in the process of reporting another sexual assault at my previous university and, as I told [redacted] I was unsure I could handle doing both of them at once.

Something that seemed to also be important in determining this case was related to the idea that I made this incident up and that me feeling guilty proves that. Related to first idea, if I

wanted to save my reputation, I would not have told anyone. If I wanted to save my relationship with [redacted] I would not have told him I cheated on him. If I wanted to save my relationship with [redacted], I would never had told her. If I wanted to dump [redacted] and pursue [redacted], I would have done so. The idea that I made this all up is absurd and not logical. When it comes to guilt, the investigators seem to think of it as something that rape victims don't feel, although it is an extremely common thing for sexual assault victims to feel. Shame and guilt are often used as a way to cope with these events, it is easier to blame yourself that think that someone did this to you.

Moving to the credibility of [redacted] and the investigator's evaluation that he was very honest overall, I take serious issue with this conclusion. Here are some examples:

- [redacted] told people I never threw up later, but in a text during the incident said that I had. He justifies this as a way to make the brothers think he wasn't doing anything with me and to explain why he was taking so long[10]
- [redacted] claims he was stumbling, yet in the video from Harrison Hall, he was not[11]
- [redacted] claims I called [redacted] during sexual activity ([redacted] phone records found later in this appeal prove otherwise, [redacted] never talked to me on the phone that night)[12]
  - Who ever walked [redacted] home says that I answered a call from him, which is disproved by the phone records, making him an unreliable witness
  - Note: this witness was a sober so his memory should, in theory, be untainted
- [redacted] claimed that during said alleged call, I told [redacted] that [redacted] walked me home, yet [redacted] had been at the party with [redacted] while I was gone so he would have known that was a lie[13]
- He says that making recordings was a way to ensure I would not claim rape, if there was any doubt he should not have had sex with me[14]
- [redacted] claimed he was drunk during the party, an Acacia brother said that he "did not think that [redacted] drank during the official party"[15]
- Initial story to [redacted] and [redacted] does not contain any information about a phone call between me and [redacted] (found in message from [redacted] to [redacted]
- Some of the brothers [redacted] claimed that I went and searched for [redacted] and tried to find his room using the south stairs, I have no knowledge of the layout of the house other than the basement and did not even know until reading the report that there were other stairs than the main ones

---

[10] Pg 9
[11] Pg 9
[12] Pg 9/10
[13] Appendix 5, pg 8
[14] Pg 12
[15] Appendix 5, pg 8

- [redacted] stated that the sex was mostly initiated by me, except I had bruising on my neck and in my throat from him being rough, in addition to soreness on several places on my body (see information from my exam found later in this appeal)

Finally, I feel as if I was not treated in an unbiased manner in this case. I understand that investigators need to scrutinize evidence and ask difficult questions, but this was seemingly only used with me. [redacted] was given the benefit of the doubt about a lot of his explanations, while evidence that I submitted was frequently written off as not useful. I was also taken aback by the statement in the report from the investigators that "[redacted] drinks frequently". Nowhere was this stated from any of the witnesses including myself and [redacted]. The only way I could understand them deciding this was because of the video that [redacted] submitted from after another party. However, that only accounts for a few times and does not warrant a comment in the report. This caused the panel to ask me questions like "are you seeking treatment for your alcohol use" or them asking, "if you have a history of blacking out, why would you ever drink". These questions are not only completely unrelated to the investigation, but it casts a poor, and unearned light, on me.

Once again, as I noted earlier in this appeal, the investigators stated in their report that it was more than likely that I was blacked out. Yet the Dean of Students believed, and stated clearly in the decision letter, that I was completely aware of my actions and that I had apparently maliciously lied about the events of that night, disregarding the evidence otherwise. So much so, she thought it necessary to refer me to OSR for a possible conduct violation. The Dean also claimed that I had not mentioned my previous assault during the panel meeting and implied that I was not being transparent, even though it was mentioned that I was assaulted in texts to [redacted] and also in [redacted] testimony. This untrue claim made it seem during the panel meeting that I was not being upfront about everything, which I am sure put doubt in the panel's mind about my credibility. Finally, I was as upfront about the events that happened Tuesday as I thought was needed when talking to the investigators, I wasn't asking for an investigation for that day, I was asking for one for Monday.

Note: According to the phone company, the average phone call that goes to voicemail lasts around 35 seconds, and most phone companies round the call length up to a minute after 30 seconds. Therefore, a phone call that goes to voicemail is recorded as one minute. The two minute call was a voicemail left by [redacted] He also called [redacted] (the Illinois number) who did not answer this call.

Sprint

A3 of 9
Account Number: 422358856
Bill Period: Apr 04 - May 03, 2017

*Call Details - [redacted] - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 11:42 pm | [redacted] | IANAPLS,IN | NW/AU | 02:00 | |
| | 11:53 pm | | IANAPLS,IN | NW/AU | 01:00 | |
| Apr 13 | 04:08 pm | | oming | AU | 01:00 | |
| | 05:40 pm | | oming | AU | 01:00 | |
| Apr 14 | 06:17 am | | DIANAPLS,IN | NW/AU | 01:00 | |
| | 08:18 am | | DIANAPLS,IN | NW/AU | 01:00 | |
| | 02:12 pm | | DIANAPLS,IN | AU | 01:00 | |
| | 07:18 pm | | coming | AU | 22:00 | |
| | 07:40 pm | | coming | AU | 108:00 | |
| | 09:27 pm | | IDIANAPLS,IN | NW/AU | 15:00 | |
| | 09:54 pm | | IDIANAPLS,IN | NW/AU | 22:00 | |
| | 10:18 pm | | NDIANAPLS,IN | NW/AU | 01:00 | |
| | 10:18 pm | | IDIANAPLS,IN | NW/AU | 01:00 | |
| | 10:18 pm | | IDIANAPLS,IN | NW/AU | 01:00 | |
| | 10:19 pm | | NDIANAPLS,IN | NW/AU | 01:00 | |
| | 10:20 pm | | NDIANAPLS,IN | NW/AU | 01:00 | |
| | 10:23 pm | | NDIANAPLS,IN | NW/AU | 47:00 | |
| Apr 15 | 03:47 pm | | ncoming | NW/AU | 02:00 | |
| | 04:44 pm | | Incoming | NW/AU | 01:00 | |
| Apr 17 | 11:13 am | | INDIANAPLS,IN | AU | 01:00 | |
| | 04:48 pm | | INDIANAPLS,IN | AU | 07:00 | |
| Apr 18 | 01:46 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 01:47 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 01:48 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 01:48 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 01:48 am | | INDIANAPLS,IN | NW/AU | 02:00 | |
| | 02:18 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 02:18 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 02:22 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 02:22 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 02:23 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 02:25 am | | HINSDALE,IL | NW/AU | 01:00 | |
| | 02:46 am | | INDIANAPLS,IN | NW/AU | 01:00 | |
| | 08:48 am | | Incoming | AU | 09:00 | |
| | 09:04 am | | Incoming | AU | 01:00 | |
| | 03:34 pm | | INDIANAPLS,IN | AU | 02:00 | |
| | 03:47 pm | | INDIANAPLS,IN | AU | 01:00 | |
| | 07:07 pm | | Incoming | AU | 01:00 | |
| Apr 19 | 03:41 pm | | INDIANAPLS,IN | AU | 01:00 | |
| | 03:44 pm | | Incoming | AU | 01:00 | |
| | 05:45 pm | | Incoming | AU | 01:00 | |
| | 09:55 pm | | INDIANAPLS,IN | NW/AU | 01:00 | |
| Apr 20 | 01:28 am | | ANDERSON,IN | NW/AU | 03:00 | |
| | 07:26 am | | LAFAYETTE,IN | AU | 02:00 | |
| | 09:00 am | | INDIANAPLS,IN | AU | 01:00 | |
| | 09:04 am | | INDIANAPLS,IN | AU | 01:00 | |
| | 09:05 am | | INDIANAPLS,IN | AU | 01:00 | |
| | 09:35 am | | Incoming | AU | 01:00 | |
| | 10:01 am | | INDIANAPLS,IN | AU | 01:00 | |
| | 10:02 am | | INDIANAPLS,IN | AU | 01:00 | |
| | 10:03 am | | INDIANAPLS,IN | AU | 01:00 | |
| | 10:04 am | | INDIANAPLS,IN | AU | 01:00 | |
| | 10:07 am | | INDIANAPLS,IN | AU | 02:00 | |
| | 10:13 am | | INDIANAPLS,IN | AU | 01:00 | |

*Call Details - [redacted] - Voice continues ...*

Rate Type
AU Anytime/PL
NW Night and \

[redacted], [redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20

Addendum at the End of Note

[redacted] Pt #: 0029302608 DOB: [redacted] Age: 19 yrs Sex: Female
4/20/2017 3:50 PM with MURRAY, KELLY J MSNP for **WC SCHEDULED CARE**
Encounter #: A1307638-37 Appointment Reason:

## WOMEN'S HEALTH ENCOUNTER NOTE

### Vitals

BP=103/67 Right Arm, Sitting, Regular Cuff; Temp=98.9 F Oral; Pulse=98; Resp=16; Height=5 ft 5.5 in; SpO2=99
*4/20/2017 3:52 pm by WILSON, JULIE S C.M.A.*

## INITIAL ASSESSMENT

### Chief Complaint / Presenting Issue

Patient identity verified

Undersignature: Signed by Julie Wilson, C.M.A. on 4/20/2017 3:54:04 PM

## SUBJECTIVE

Patient identity verified.

LMP 4/3/17
Patient presents accompanied by her boyfriend, [redacted] and Monica Bloom (CARE).
[redacted] relates the following events:
She and [redacted] were at a party at Acacia Fraternity on Monday night. She consumed a lot of alcohol and was to the point were she was blacking out off and on.
She was sitting next to [redacted] on the couch and they went to the bar to get more alcohol. At the bar they were kissing. Another "brother" came up and said to [redacted] "No, dude, she is too drunk, she needs to go home." She remembers [redacted] walking her back to her room at Harrison Hall. She does not have a roommate. She remembers [redacted] was in her room. She is still having blackout times and remembers "waking up" and he was having sex with her. She has memories of [redacted] pushing her head down to perform oral sex on him. She remembers [redacted] pulling her hair from behind. She remembers [redacted] choking her from the front with his left hand. She remembers [redacted] asking if she had any lubricant. She does not think that he wore a condom because she found what she thought was ejaculate coming from her vagina "in the morning". She vomited once "in the morning". She did not notice anything unusual about the emesis (no particulate matter noted).

### Medications
*Reviewed by Kelly Murray, MSNP on 4/21/2017 11:23 AM*
EFFEXOR XR

### Allergies
*Reviewed by Kelly Murray, MSNP on 4/21/2017 11:24 AM*
NO KNOWN DRUG ALLERGY
NO KNOWN MATERIAL ALLERGY
CHART REVIEW: ALLERGY LIST RECONCILED

### Problem List/History

### Problem List
None

### Surgery/Procedure
None

**Hospitalization/Other**
None

**Family History**
FH Coronary Artery Disease
  Father
FH Diabetes Mellitus
  Paternal Grandmother
  Paternal Grandfather
FH Hypertension
  Paternal Grandmother
  Paternal Grandfather

**Social History**
Hometown - - NOBLESVILLE, IN
Major - - Poli Sci 5/2020

**OBJECTIVE**

Informed Consent reviewed and signed.
Vital signs noted
**Physical Exam**

GENERAL
see SAFE form for location of findings.

**Diagrams**



[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20



**ASSESSMENT**

**Diagnoses**
Encounter for examination and observation following alleged adult rape (Z04.41)
Contact with and (suspected) exposure to infections with a predominantly sexual mode of transmission (Z20.2)

**Encounter Code**
Professional: LEVEL 5 ESTAB (99215);

**PLAN**

Pt will come tomorrow to have blood testing done.
Pt will bring clothing, undergarments and bed linens to PUSH for deposit as evidence (probably tomorrow).
Recommend continued follow up with CARE (Casey is primary contact for her), her therapist at home (will be home for the summer).
Recommend HIV, RPR in one month (pt states that she feels comfortable having that done with her doctor at home).

Pt will be notified of lab/test results via: Secure Message

Patient verbalizes agreement with plan of care.

**Orders**

**MEDICATION ORDERS**
**ECONTRA EZ 1.5 MG TABS**; 1 TIME ONLY; 1 DAYS; QTY 1 TABLET; 0 REFILLS (New) *Rx Issued via Documentation Only*
Comment to Pharmacy: Lot 6358A004 exp 10.31.18
Ordered By: MURRAY, KELLY J MSNP

[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20



[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20



[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20



[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20

**Start of Page 1**

4/20/2017 3:50 PM Posted 4/20/2017 4:45 PM
[redacted] 0029302608
MURRAY, KELLY J MSNP WC SCHEDULED CARE
[illegible]

## A. PATIENT HISTORY

1. Name of person providing history: Patient | Relationship to patient:
2. Pertinent medical history: HSV 1 (genital location)
   - Last menstrual period: 4/3/17
   - Any recent (60 days) anal-genital injuries, surgeries, diagnostic procedures, or medical treatment that may affect the interpretation of current physical findings? [ ] No [ ] Yes
     If yes, describe:
   - Any other pertinent medical condition(s) that may affect the interpretation of current physical findings? [x] No [ ] Yes
     If yes, describe: HSV - last flare up 2mo ago
   - Any pre-existing physical injuries? [ ] No [x] Yes
     If yes, describe: (R) knee bruise - tripped 1wk ago; [illegible] - scars on arm/legs - 2 [illegible]
3. Pertinent pre- and post-assault related history:

| | No | Yes | Unsure |
|---|---|---|---|
| Other intercourse within past 5 days? | [ ] | [x] | |
| If yes, anal (within past 5 days)? When: 4/10/17 | [x] | [ ] | |
| vaginal (within past 5 days)? When: [redacted] | [ ] | [x] | |
| oral (within past 24 hours)? When: | [x] | [ ] | |
| If yes, did ejaculation occur? | [ ] | [x] | [ ] |
| If yes, where? Vagina w/ condom | | | |
| If yes, was a condom used? | [ ] | [x] | [ ] |
| Any voluntary alcohol use within 12 hours prior to assault? | [ ] | [x] | |
| Any voluntary drug use within 96 hours prior to assault? | [x] | [ ] | |
| Any voluntary drug or alcohol use between the time of the assault and the forensic exam? | [ ] | [x] 4/11/17 | |

4. Post assault hygiene/activity

| | No | Yes |
|---|---|---|
| Urinated | [ ] | [x] |
| Defecated | [ ] | [x] |
| Genital or body wipes — If yes, describe: | [x] | [ ] |
| Douched — If yes, with what: | [x] | [ ] |
| Removed/inserted tampon / diaphragm / ring | [x] | [ ] |
| Oral gargle/rinse | [x] | [ ] |
| Bath/shower/wash | [ ] | [x] |
| Brushed teeth | [ ] | [x] |
| Ate or drank | [ ] | [x] |
| Changed clothing — If yes, describe: pt walking in clothing | [ ] | [x] |

5. Assault related history:

| | No | Yes |
|---|---|---|
| Loss of memory? If yes, describe: periodic "black out" lasting 30min - several hours | [ ] | X |
| Lapse of consciousness? If yes, describe: unsure | [ ] | [ ] |
| Vomited? If yes, describe: 4/15/17 morning - nothing unusual in emesis | [ ] | [x] |
| Non-genital injury, pain and/or bleeding? If yes, describe: (R) forearm is tender | [ ] | [x] |
| Anal-genital injury, pain and/or bleeding? If yes, describe: tenderness in supra pubic, labial, vaginal, and rectal areas | [ ] | [x] |

## B. ASSAULT HISTORY

1. Date of assault(s): 4/15/17 - early morning | Patient [illegible] time of assault(s):
2. Pertinent physical surroundings of assault(s): Acacia fraternity, Harrison Hall
3. Alleged assailant(s)

| Name(s) | Age | Gender | Ethnicity | Relationship to patient: Known | Unknown |
|---|---|---|---|---|---|
| #1 [redacted] | | (M) F | | X | |
| #2 | | M F | | | |
| #3 | | M F | | | |
| #4 | | M F | | | |

4. Methods employed by assailant(s):

| | No | Yes | If yes, describe |
|---|---|---|---|
| Weapons | [x] | [ ] | |
| Threatened? | [x] | [ ] | |
| Injuries inflicted? | [x] | [ ] | |
| Type(s) of weapon(s)? | | | |
| Physical blows | [x] | [ ] | |
| Grabbing/holding/pinching | [x] | [ ] | |
| Physical restraints | [x] | [x] | |
| Choking/strangulation | [ ] | [x] | choked from the front w/ his left hand |
| Burns (thermal and/or chemical) | [x] | [ ] | |
| Threat(s) of harm | [x] | [ ] | |
| Target(s) of threat(s) | [x] | [ ] | |
| Other methods | [ ] | [x] | pulled on her hair from behind her |

Involuntary ingestion of alcohol/drugs [ ] No [ ] Yes [x] Unsure
If yes, [ ] Alcohol [ ] Drugs
If yes, [ ] Forced [ ] Coerced [ ] Suspected
If yes, toxicology samples collected [ ] Blood [ ] Urine [x] Urine
5. Injuries inflicted upon the assailant(s) during assault? [x] No [ ] Yes
If yes, describe injuries, possible locations on the body, and how they were inflicted

**End of Page 1**

[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20

**Start of Page 2**

4/20/2017 3:50 PM Printed 4/20/2017 4:45 PM
[redacted] 0029302608
MURRAY, KELLY J MSNP WC SCHEDULED CARE
Women's Health Services 301

Patient Identification

## C. ACTS DESCRIBED BY PATIENT

- Any penetration of the genital or anal opening, however slight, constitutes the act.
- If more than one assailant, identify by number.

1. Penetration of vagina by:

| | No | Yes | Attempted | Unsure |
|---|---|---|---|---|
| Penis | ☐ | ☒ | ☐ | ☐ |
| Finger | ☐ | ☐ | ☐ | ☒ |
| Object | ☒ | ☐ | ☐ | ☐ |

If yes, describe the object:

Describe: "I remember he was having sex with me"

2. Penetration of anus by:

| | No | Yes | Attempted | Unsure |
|---|---|---|---|---|
| Penis | ☐ | ☒ | ☐ | ☐ |
| Finger | ☐ | ☐ | ☐ | ☒ |
| Object | ☒ | ☐ | ☐ | ☐ |

If yes, describe the object

Describe: "I'm pretty sure he had anal sex with me" because he asked if I had any lube"

3. Oral contact of genitals:

| | No | Yes | Attempted | Unsure |
|---|---|---|---|---|
| Of patient by assailant | ☐ | ☒ | ☐ | ☐ |
| Of assailant by patient | ☐ | ☒ | ☐ | ☐ |

Describe: "I remember him pushing my head down"

4. Oral contact of anus:

| | No | Yes | Attempted | Unsure |
|---|---|---|---|---|
| Of patient by assailant | ☐ | ☐ | ☐ | ☒ |
| Of assailant by patient | ☐ | ☐ | ☐ | ☒ |

Describe:

5. Non-genital acts:

| | No | Yes | Attempted | Unsure |
|---|---|---|---|---|
| Licking | ☐ | ☐ | ☐ | ☒ |
| Sucking | ☐ | ☒ | ☐ | ☐ |
| Masturbation | ☒ | ☐ | ☐ | ☐ |
| Biting | ☒ | ☐ | ☐ | ☐ |

Describe:

6. Other act(s)

| No | Yes | Attempted | Unsure |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

Describe

7. Did ejaculation occur?

| No | Yes | Unsure |
|---|---|---|
| ☐ | ☒ | ☐ |

If yes, note location(s)
- ☐ Mouth
- ☒ Vagina
- ☐ Anus/Rectum
- ☒ Body surface external vagina
- ☐ On clothing
- ☐ On bedding
- ☐ Other

Describe

8. Contraceptive or lubricant products:

| | No | Yes | Unsure |
|---|---|---|---|
| Foam used? | ☒ | ☐ | ■ |
| Jelly used? | ☒ | ☐ | ☐ |
| Lubricant used? | ☐ | ☒ | ☐ |
| Condom used? | ☒ | ☐ | ☐ |

Describe type/brand, if known: Pt thinks lubricant used for anal sex

2

**End of Page 2**

[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20

Start of Page 3

[redacted]
1/20/2017 3:50 PM Printed [illegible]
[redacted] 0029302608
MURRAY, KELLY J MSNP WC SCHEDULED CARE
[illegible] Health Services 3N

Patient Identification

**D. GENERAL PHYSICAL EXAMINATION**

Record all findings using diagrams, legend, and a consecutive numbering system.

| 1. Blood Pressure | Pulse | Resp | Temp | 2. Date/time of examination: Started | Completed |
|---|---|---|---|---|---|
| 103/67 | 96 | 16 | 98.0 | 16:00 | 17:45 |

3. Describe general physical appearance: [illegible] dressed, [illegible] groomed

4. Describe general demeanor: quiet, soft spoken, eye contact only when speaking

5. Describe the condition of clothing upon arrival: intact (not clothing worn at time of assault)

6. Collect outer and underclothing if indicated. ☐ Not collected — pt. will bring back to PUSH

7. Conduct a physical examination. ☒ Findings ☐ No Findings

8. Collect dried and moist secretions, stains, and foreign materials from the body. Scan the entire body with a Wood's Lamp. ☐ Findings ☒ No Findings

9. Collect fingernail scrapings or cuttings according to local policy: not done

Diagram A — Diagram B




**LEGEND: Types of Findings**

AB Abrasion; BI Bite; BU Burn; CS [illegible]; DE [illegible]; DF Deformity; DS Dry Secretion; EC Ecchymosis (bruise); ER Erythema (redness); FN [illegible]; FB Foreign Body; IN Induration; IW Incised Wound; LA Laceration; [illegible]; OF Other Foreign Materials (describe); OI Other Injury (describe); PE Petechiae; PS Potential Saliva; SHX Sample Per History; SI Suction Injury; SW Swelling; TB [illegible]; TE Tenderness; VS Vegetation/Soil; WL Wood's Lamp[illegible]

| Locator # | Type | Description | Locator # | Type | Description |
|---|---|---|---|---|---|
| 1 | TE | approx 7cm x 4cm area* | | | |
| 2 | OI | scars from self cutting* | | | |
| 3 | TE | approx 13cm x 4cm area | | | |
| 4 | OI | scars from self cutting - | | | |
| 5 | EC, ER | EC 1.5cm x 1.0cm* | | | |
| 6 | TE | 12cm x 3mm area * | * | photo | |

*RECORD ALL CLOTHING AND SPECIMENS COLLECTED ON PAGE 8

OES 923 — 3 — 07/01/01

End of Page 3

[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20

**Start of Page 4**

E HEAD, NECK, AND ORAL EXAMINATION
Record all findings using diagrams, legend, and a numbered/locator system

1. Examine the face, head, hair, scalp, and neck for injury and foreign materials. [X] Findings [ ] No Findings
2. Collect dried and moist secretions, stains, and foreign materials from the face, head, hair, scalp, and neck. [ ] Findings [X] No Findings
3. Examine the oral cavity for injury and foreign materials (if indicated by assault history). Collect foreign materials. Exam done: [ ] Not applicable [ ] Yes [X] Findings [ ] No Findings
4. Collect 2 swabs from the oral cavity up to 12 hours post assault

4/20/2017 3:50 PM Printed 4/20/2017 6:40 PM
[redacted] 0029302608
MURRAY, KELLY J MSNP WC SCHEDULED CARE
Women's Health Services 31

Diagram C



Diagram D



Diagram E



Diagram F




LEGEND: Types of Findings

| | | | | | |
|---|---|---|---|---|---|
| AB Abrasion | DE Deformity | FB Foreign Body | MS Moist Secretion | PE Petechiae | TB Toluidine Blue+ |
| BI Bite | DS Dry Secretion | IN Induration | OF Other Foreign Materials (describe) | PS Potential Saliva | TE Tenderness |
| BU Burn | EC Ecchymosis (bruise) | IW Incised Wound | | SHX Sample Per History | VS Vegetation/Soil |
| CS Control Swab | ER Erythema (redness) | LA Laceration | OI Other Injury (describe) | SI Suction Injury | WL Wood's Lamp+ |
| [illegible] | [illegible] | | | SW Swelling | |

| Locator # | Type | Description | Locator # | Type | Description |
|---|---|---|---|---|---|
| 1 | EC | * faint discoloration | | | |
| 2 | EC, TE | *: light source visible in one photo | | | |
| | | | *: | | photo |

RECORD ALL SPECIMENS COLLECTED ON PAGE 7

4

**End of Page 4**

[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20

**Start of Page 5**

## F. GENITAL EXAMINATION - FEMALES

Record all findings using diagrams, legend, and a consecutive numbering

1. Examine the inner thighs, external genitalia, and perineal area. Check the box(es) if there are assault related findings:
   - [ ] No Findings
   - [ ] Inner thighs
   - [x] Perineum
   - [x] Labia majora
   - [x] Labia minora
   - [ ] Clitoris/surrounding area
   - [ ] Periurethral [illegible]
   - [ ] Periurethral tissue (vestibule)
   - [ ] Hymen
   - [ ] Fossa navicularis
   - [ ] Posterior fourchette
2. Collect dried and moist secretions, stains, and foreign materials. Scan the area with a Wood's Lamp. [x] Findings (semen ✓) [ ] No Findings
3. Collect: pubic hair combing or brushing [ ] yes [x] No
4. Examine the vagina and cervix. Check the box(es) if there are assault related findings.
   [x] No Findings [ ] Vagina [ ] Cervix
5. Collect 2 cervical swabs (if over 48 hours post assault) ✓
6. Examine the buttocks, anus, and rectum (if indicated by history). Exam done. [x] Yes [ ] Not applicable
   Check the box(es) if there are assault related findings
   - [ ] No findings
   - [ ] Buttocks
   - [x] Perianal skin
   - [x] Anal verge/folds/rugae
   - [x] Rectum
7. Collect dried and moist secretions, stains, and foreign materials
   [ ] Findings [x] No Findings
8. Conduct an anal exam if rectal injury is suspected or if there is any sign of rectal bleeding. [x] Not applicable
   Rectal bleeding: [x] No [ ] Yes
   If yes, describe ______
9. Exam position used:
   [ ] Supine [x] Other Describe: lithotomy

**LEGEND: Types of Findings**

AB Abrasion; BI Bite; BU Burn; CS Control Swab; DE Debris; DF Dry [illegible]; DS Dry Secretion; EC Ecchymosis (bruise); ER Erythema (redness); FB Foreign Body; IN Induration; IW Incised Wound; LA Laceration; MS Moist Secretion; OF Other Foreign Materials (describe); OI Other Injury (describe); PE Petechiae; PS Potential Saliva; SHX Sample Per History; SI Suction Injury; SW Swelling; TB Toluidine Blue +; TE Tenderness; VS Vegetation [illegible]; WL Wood's Lamp +

| Locator # | Type | Description |
| --- | --- | --- |
| 1 | TE, SH | |
| 2 | SHx | |
| 3 | TE | |
| | | |

1/20/2017 3:50 PM Printed 1/20/2017 6:40 PM
[redacted] 0029302608
MURRAY, KELLY J MSNP WC SCHEDULED CARE
Womens Health Services

Diagram G




Diagram H



Diagram I




Diagram J




RECORD ALL SPECIMENS COLLECTED ON PAGE 7

5

**End of Page 5**

[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20

**Start of Page 6**

4/20/2017 3:50 PM Printed 4/20/2017 6:40 PM
[redacted] 0029302608
[redacted]
MURRAY, KELLY J MSNP WC SCHEDULED CARE
Womens Health Services 3H

## G. GENITAL EXAMINATION – MALES

Record all findings using diagrams, legend, and a consecutive numbering system.

1. Examine the inner thighs, external genitalia, and perineal area. Check the box(es) if there are assault related findings.
   - [ ] No Findings
   - [ ] Inner thighs
   - [ ] Perineum
   - [ ] Foreskin
   - [ ] Glans penis
   - [ ] Penile shaft
   - [ ] Urethral meatus
   - [ ] Scrotum
   - [ ] Testes
2. Circumcised: [ ] No [ ] Yes
3. Collect dried and moist secretions, stains, and foreign materials. Scan the area with a Wood's Lamp. [ ] Findings [ ] No Findings
4. Collect pubic hair combing or brushing. [ ] Yes [ ] No
5. Collect 2 penile swabs, if indicated by assault history. [ ] N/A
6. Collect 2 scrotal swabs, if indicated by assault history. [ ] N/A
7. Examine the buttocks, anus, and rectum (if indicated by history)

   Exam done: [ ] Yes [ ] Not applicable

   Check the box(es) if there are assault related findings:
   - [ ] No Findings
   - [ ] Buttocks
   - [ ] Perianal skin
   - [ ] Anal verge/folds/rugae
   - [ ] Rectum
8. Collect dried and moist secretions, stains, and foreign materials.
   [ ] Findings [ ] No Findings

   Collect 2 anal and/or rectal swabs

   Conduct an anoscopic exam if rectal injury is suspected or if there is any sign of rectal bleeding. [ ] Not applicable

   Rectal bleeding: [ ] No [ ] Yes

   If yes, describe: ______
9. Exam position used:
   [ ] Supine [ ] Other Describe:

N/A

### LEGEND: Types of Findings

| | | | |
|---|---|---|---|
| AB Abrasion | EC Ecchymosis (bruise) | MS Moist Secretion | SI Suction Injury |
| BI Bite | ER Erythema (redness) | OF Other Foreign | SW Swelling |
| BU Burn | FH Fiber/Hair | Materials (describe) | TB Toluidine Blue (+) |
| CS Control Swab | FB Foreign Body | OI Other Injury (describe) | TE Tenderness |
| DF Deformity | IN Induration | PE Petechiae | VS Vegetation/Soil |
| DR Debris | IW Incised Wound | PS Potential Saliva | WL Wood's Lamp (+) |
| DS Dry Secretion | LA Laceration | SHX Sample Per History | |

| Locator # | Type | Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Patient Identification

Diagram K



Diagram L



Diagram M



Diagram N



RECORD ALL SPECIMENS COLLECTED ON PAGE 7

6

**End of Page 6**

[redacted] - Pt#: 0029302608 - DOB: [redacted] - Sex: Female - Age: 20

**Start of Page 7**

H. EVIDENCE COLLECTED

1. Clothing placed in evidence kit: pt will bring clothing at later date

Other clothing placed in bags: and bed linens to PAH.

2. Foreign materials collected

| | No | Yes | Collected by |
|---|---|---|---|
| Dried secretions / blood | X | ☐ | |
| Fibers/loose hairs | X | ☐ | |
| Vegetation | X | ☐ | |
| Debris | X | ☐ | |
| Swabs of suspected semen | X | ☐ | |
| Swabs of suspected saliva | X | ☐ | |
| Swabs/Wash (sample area(s)) | X | ☐ | |
| Control swabs | X | ☐ | |
| Fingernail scrapings/cuttings | X | ☐ | |
| Matted hair cuttings | X | ☐ | |
| Pubic hair combings/brushings | X | ☐ | |
| Intravaginal foreign body (If yes, describe) | X | ☐ | |
| Other types (If yes, describe) | X | ☐ | |

3. Orifice/genital/rectal samples

| | # Swabs | # Slides | Time collected | Collected by |
|---|---|---|---|---|
| Oral | 2 | | 17:40 | KJM |
| Vaginal | | | | |
| Cervical | 2 | | 17:32 | KJM |
| Anal | 2 | | 17:31 | KJM |
| Rectal | | | | |
| External genitalia speculum / Penile | 2 | | 17:23 | KJM |
| Scrotal | 2 | | 17:32 | KJM |

Anoscopy (required) ☒ No ☐ Yes

4. Vaginal wet mount slide

| | No | Yes | Time | Examiner |
|---|---|---|---|---|
| Slide prepared | X | | | |
| Motile sperm observed | X | | | |
| Non motile sperm observed | X | | | |

I. TOXICOLOGY SAMPLES

| | No | Yes | Time | Collected by |
|---|---|---|---|---|
| Blood alcohol/toxicology (gray top tube) | X | | | |
| Urine toxicology | X | | | |

J. REFERENCE SAMPLES

| | No | Yes | Collected by |
|---|---|---|---|
| Blood red/yellow/purple top tube - circle tubes collected | X | | |
| Buccal swabs (optional) | | X | KJM - special sample |
| Saliva sample | X | | |
| Head hair | X | | |
| Pubic hair | X | | |

K. PHOTO DOCUMENTATION METHODS

| | No | Yes | Colposcope/ Zoom | Macro lens/ 35mm | Digital/Video camera | Other Optics |
|---|---|---|---|---|---|---|
| Body | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Genitals | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Photographed by: Kelly J Murray

1/20/2017 3:50 PM Printed 4/20/2017 6:40 PM
[redacted] 0029302608
[redacted]
MURRAY, KELLY J MSNP WC SCHEDULED CARE
Women's Health Review 3/1

Patient Identification

L. RECORD EXAM METHODS

| | No | Yes | | No | Yes |
|---|---|---|---|---|---|
| Direct visualization only | ☐ | ☒ | Toluidine blue dye | ☒ | ☐ |
| Colposcopy | ☒ | ☐ | Anoscopic exam | ☒ | ☐ |
| Other magnifier | ☒ | ☐ | Anal speculum exam | ☒ | ☐ |
| Other | ☒ | ☐ | | | |

If yes, describe: Woods Light

M. RECORD EXAM FINDINGS

☒ Physical Findings ☐ No Physical Findings

N. SUMMARIZE FINDINGS

Ecchymosis on neck, tenderness in suprapubic, labial, vaginal introitus and ano rectal areas. Tenderness on right inner arm, left side/back. Tenderness and faint ecchymosis on soft palate

O. PRINT NAMES OF PERSONNEL INVOLVED

History taken by: Kelly J Murray, NP

Telephone: Vital Signs J Wilkerson

Exam performed by: Kelly Murray, NP

Specimens labeled and sealed by: Kelly J Murray, NP

Assisted by: ☒ N/A

Signature of examiner: Kelly Murray NP

P. EVIDENCE DISTRIBUTION

| | |
|---|---|
| Clothing (if not placed in evidence kit) | Ø |
| Evidence kit | KJM |
| Reference blood samples | Ø |
| Toxicology samples | Ø |

Q. NAME OF OFFICER RECEIVING EVIDENCE

Print name and ID #

Agency

Date Phone

7

**End of Page 7**