PURDUE
UNIVERSITY

OFFICE OF INSTITUTIONAL EQUITY

## UNIVERSITY INVESTIGATOR'S REPORT

**TO:** Dr. Katherine Sermersheim, Dean of Students

**FROM:** Karen Bell Meyers, Title IX Specialist, Office of Institutional Equity KM
Christie Wright, Investigator CW

**DATE:** July 24, 2017

**RE:** University/[redacted]

### I. Investigators' Charge

On May 17, 2017, Dr. Katherine Sermersheim, Dean of Students, appointed Karen Bell Meyers, Title IX Specialist, Office of Institutional Equity, and Christie Wright, Investigator, Office of Institutional Equity, as the University Co-Investigators in the University-Initiated Investigation pursuant to the Formal Resolution Process of the Procedures for Resolving Complaints of Discrimination and Harassment ("Procedures"). The complaint alleged tha[redacted], undergraduate student, was sexually harassed by[redacted] undergraduate student, in violation of the University's *Anti-Harassment Policy* (III.C.1). The allegations included harassment (specifically, sexual violence and sexual exploitation). On June 13, 2017, Dean Sermersheim granted an extension of time until July 7, 2017 for the completion of the preliminary report.

### II. Relevant Provisions

*Anti-Harassment (III.C.1)*

Purdue University is committed to maintaining an environment that recognizes the inherent worth and dignity of every person; fosters tolerance, sensitivity, understanding and mutual respect; and encourages its members to strive to reach their potential. The most effective way to work toward preventing Harassment is through education that emphasizes respect for every individual.

Harassment in the workplace or the educational environment is unacceptable conduct and will not be tolerated. Purdue University is committed to maintaining an educational and work climate for faculty, staff and students that is positive and free from all forms of Harassment. This policy addresses Harassment in all forms,

EXHIBIT 1
WITNESS: WRIGHT
DATE: 2-3-2020
LISA C. PIERCE



Ernest C. Young Hall, 10th Floor • 155 S. Grant Street • West Lafayette, IN 47907-2114
(765) 494-7253 • TTY: (765) 496-1343 • Fax: (765) 496-1295
An Equal Access/Equal Opportunity University

including Harassment toward individuals with legally protected status for reasons of race, religion, color, sex, age, national origin or ancestry, genetic information, disability, status as a veteran, marital status, parental status, sexual orientation, gender identity or gender expression.

***Harassment*** is conduct toward another person or identifiable group of persons that has the purpose or effect of:

- Creating an intimidating or hostile educational environment, work environment or environment for participation in a University activity;
- Unreasonably interfering with a person's educational environment, work environment or environment for participation in a University activity; or
- Unreasonably affecting a person's educational or work opportunities or participation in a University activity.

Use of the term Harassment includes all forms of harassment, including Stalking, Racial Harassment and Sexual Harassment.

***Sexual Harassment is:***

A. Any act of Sexual Violence.
B. Any act of Sexual Exploitation.
C. Any unwelcome sexual advance, request for sexual favors or other written, verbal or physical conduct of a sexual nature when:
    a. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, education or participation in a University activity;
    b. Submission to, or rejection of, such conduct by an individual is used as the basis for, or a factor in, decisions affecting that individual's employment, education or participation in a University activity; or
    c. Such conduct has the purpose or effect of unreasonably interfering with an individual's employment or academic performance or creating an intimidating, offensive or hostile environment for that individual's employment, education or participation in a University activity.

***Sexual Violence*** is any non-Consensual sexual act, including but not limited to rape, sexual assault, sexual battery and sexual coercion. Sexual Violence also includes Relationship Violence. Examples of Sexual Violence include, but are not limited to:

- Non-Consensual sexual contact: touching, with any body part or object, another person's intimate parts (e.g., genitalia, groin, breast, buttocks), whether clothed or unclothed.
- Non-Consensual sexual intercourse: oral, anal and/or vaginal penetration, to any degree and with any body part or object.

- Compelling a person to touch his or her own or another person's intimate parts without Consent.

***Consent/Consensual*** is defined as affirmative, clear communication given by words or actions that shows an active, knowing and voluntary agreement to engage in mutually agreed-upon sexual activity. Consent is given freely and voluntarily. Consent may not be inferred from silence, passivity or when an individual is Incapacitated or otherwise prevented from giving Consent as a result of impairment due to a mental or physical condition or age. No Consent exists when there is a threat of force or physical or psychological violence. Although Consent may be given initially, it may be withdrawn at any point without regard to activity preceding the withdrawal of Consent. The voluntary nature of Consent will be subject to heightened scrutiny in circumstances in which a person engages in a sexual relationship with a person over whom he or she has any power or authority within the University.

***Incapacitated/Incapacitation*** is defined as a mental state in which an individual cannot make rational decisions because they lack the capacity to give knowing Consent (e.g., to understand the who, what, where, why and how of their sexual interaction). Such Incapacitation may be caused by alcohol or other drug use, sleep or unconsciousness. Intoxication is not equivalent to Incapacitation.

***Retaliation*** is prohibited and is defined as any overt or covert act of reprisal, interference, restraint, penalty, discrimination, intimidation, or harassment, against any person or group for exercising rights under this policy.

***Sexual Exploitation*** is an act that exploits someone sexually. Examples of Sexual Exploitation include, but are not limited to:

- Exposing one's own or another person's intimate parts without Consent.
- Recording video or audio, photographing, or transmitting intimate or sexual utterances, sounds or images without Consent of all parties involved.
- Allowing others to view sexual acts (whether in person or via a video camera or other recording device) without the Consent of all parties involved.
- Engaging in any form of voyeurism.

## III. Interviews and Document Review

Pursuant to this complaint, we interviewed the following people:

1. [redacted] ([redacted], Complainant), undergraduate student, political science, College of Liberal Arts
2. [redacted]Respondent), undergraduate student, anthropology, College of Liberal Arts

3. [redacted] undergraduate student, first year engineering, College of Engineering
4. [redacted] undergraduate student, materials science engineering, College of Engineering
5. [redacted] undergraduate student, nuclear engineering, College of Engineering
6. [redacted], undergraduate student, unmanned aerial systems, Polytechnic Institute
7. [redacted] undergraduate student, sociology, College of Liberal Arts
8. [redacted], undergraduate student, civil engineering, College of Engineering
9. [redacted] undergraduate student, mathematics, College of Science
10. Megan Skiba (Skiba), undergraduate student, communication, College of Liberal Arts
11. [redacted] undergraduate student, communication and marketing, College of Liberal Arts
12. [redacted] undergraduate student, anthropology, College of Liberal Arts

Pursuant to this complaint, we also reviewed the following documents/information:

1. [redacted] response to the complaint
2. Harrison Hall videos and still shot from April 18, 2017, starting at 2:19 a.m.
3. Messages between [redacted] and [redacted]
4. Messages between [redacted] and [redacted]
5. Messages between [redacted] and [redacted]
6. Messages between [redacted] and [redacted]
7. Messages between [redacted] and [redacted]
8. Written statement of [redacted]
9. Written statement of [redacted]
10. Audio recording of [redacted] and [redacted] on the evening of April 17, 2017

## IV. Allegations

The University elected to exercise its right to investigate the allegations of sexual harassment. It is alleged that on or about the evening of April 17, 2017, [redacted] attended a party at the fraternity at which [redacted] is a member, Acacia Fraternity. [redacted] served as the bartender during the party and later joined a group of people who were playing a drinking game. This group, which included [redacted] and her boyfriend, drank for two to three hours. [redacted] joined them and drank with them. [redacted] and [redacted] then walked back to her dorm room in Harrison Hall. While [redacted] was incapacitated and unable to consent to sexual activities, [redacted] forced her to perform oral sex on him, vaginally penetrated her with his penis, and inserted his

penis into her anus. It is further alleged that [redacted] recorded all or a portion of this sexual encounter with [redacted] without her knowledge or consent.

## V. Background

[redacted] is a rising junior majoring in political science. She transferred to Purdue in the fall of 2016. She lived in Harrison Hall during the 2016-17 academic year.

[redacted] is a fifth-year senior majoring in anthropology. He is a member of Acacia fraternity. He lived in the Acacia house during the 2016-17 academic year.

[redacted] has been dating [redacted] since September 2016. [redacted] is close friends with a member of Acacia fraternity, [redacted]. During the spring 2017 semester, [redacted] pledged Acacia. Consequently, [redacted] and [redacted] spent time at Acacia during the spring 2017 semester. [redacted] and [redacted] met at a party at Acacia in March 2017.

The alleged assault occurred the evening of April 17, 2017, which was the Monday of Grand Prix Week. [redacted] and her boyfriend, [redacted], attended a party at Acacia that evening. [redacted] and [redacted] then went back to [redacted] room in Harrison Hall.

[redacted] and [redacted] were both afforded an opportunity to review the Investigators' Preliminary Report. [redacted] reviewed the preliminary report and provided written feedback. (See attached.) [redacted] did not avail herself of the opportunity to review the preliminary report. However, [redacted] did meet with Investigators, prior to the development of the preliminary report, and listened to an audio recording [redacted] had provided; the audio recording was made while [redacted] and [redacted] were in [redacted] dorm room the evening of April 17th. After listening to the recording, [redacted] reported that she still did not recall what occurred in her dorm room that night. She reported that the way she was talking on the recording is the same way she has talked on other occasions when she blacked out after drinking.

## VI. Summary of Facts

During the day on Monday, April 17, 2017, the first day of Grand Prix week, [redacted] worked at the College of Pharmacy. After work, she took a nap with [redacted] in his room. [redacted] had invited them to a party they planned to attend that night at Acacia. [redacted] ate something from On the Go for dinner and did not eat much else that day. She and [redacted] walked to Acacia, arriving at the party around 8:00 p.m. There was a private fraternity/sorority function going on, and they were told to come back later. They walked around campus and went to [redacted] room for a brief time. They returned to the party around 10:00 p.m.

*The Party*

It is undisputed that [redacted] drank a lot of alcohol at the party. [redacted] and [redacted] played beer pong for a brief time in the basement. [redacted] drank ¾ of a can of beer and a full solo cup of wine, in about 30 minutes, while playing beer pong. A group of people then started to play a drinking game, Kings, in an area of the basement where several tables/booths are set up. [redacted] reported that she "drank a lot." She recalled drinking an additional four red Solo cups of wine and two cans of beer in a short amount of time, maybe two to three hours, while she participated in the drinking game.[1] At the start of the game, [redacted] got her own drinks from the bar; as the game progressed, fraternity members would bring her drinks. [redacted] was the bartender for the party. Once he finished his bartending shift around 1:00 a.m. [redacted] sat next to her to participate in the drinking game. [redacted] reported that [redacted] drank beer during the game.

It is estimated that, over the course of the night, [redacted] drank a total of 2 ¾ cans of beer and five cups of wine. [redacted] reported that this is more than she normally drinks. She reported that she would normally drink two cups of wine and one to two cans of beer. She reported that when she gets drunk, she normally blacks out. Others have told her that she gets very talkative and social; she gets "floppy" and cannot keep herself up or moves around a lot, or runs and skips. She reported that she has blacked out two times this school year and that she blacked out much more last year.

[redacted] reported that at some point while sitting at the table, [redacted] stood up to get another drink from the bar, and [redacted] stated that he would go with her. He told her that she might not be able to get the wine nozzle to work. This was the first time [redacted] stood up since she started to play the drinking game, and what she drank hit her "at once." [redacted] reported that she blacked out and does not remember much after standing up.

The next thing that she could recall was standing behind the bar with [redacted], and he had his arms around her. [redacted] reported that another fraternity brother, [redacted] came up to them and told [redacted] that [redacted] was "way too drunk" and "we really, really need to take her home."[2] [redacted] reported that [redacted] laughed and brushed off what was said.[3] [redacted] could not recall more of what happened at the fraternity. Others who were present recalled the following from the party:

---

[1] After playing Kings, the group starting playing another drinking game called "To the Governor." [redacted] thought she played the second game for only a few minutes but was later told by [redacted] that she played for an hour.

[2] [redacted] did not recall making any statement regarding [redacted] level of intoxication. However, he did recall discussing with [redacted] the need to get her to "stop making out with people." [redacted] reported that [redacted] was drunk but was able to walk relatively fine and did not throw up. He rated her as a 7 on a scale of 1-10, with 10 being the most intoxicated.

[3] After reviewing the preliminary report [redacted] reported that [redacted] reaction was to yell at [redacted] because [redacted] wanted [redacted] to join Acacia.

[redacted] reported that he had started drinking alcohol (champagne and mimosas) that day at 8:00 a.m. After his classes ended at 4:30 p.m., [redacted] returned to the fraternity house and started drinking beer. [redacted] reported that he still felt buzzed at 4:30 p.m. After drinking beer, he ate dinner and stopped drinking. He reported that he drank nothing else until after the Interfraternity Council's Safety and Risk Management Authority (SARMA) left the party around 9:30 p.m. because he was the bartender for the party and did not want to appear drunk while they were at the party. He then started to drink wine. He reported that he drank five to six full solo cups of wine.

[redacted] reported that he first interacted with [redacted] around 10:30 p.m. to 10:45 p.m. He was bartending, and she went to the bar to order a drink. [redacted] was with [redacted] at that time [redacted] recalled that [redacted] was switching between wine and beer throughout the night. [redacted] continued to tend bar and play music for the party. He believed that [redacted] went to the bar four or five times to get a drink, and that she had others getting her drinks, too. [redacted] was being very flirtatious when he interacted with her. She would lean over the bar and was paying him compliments as she leaned very close to his face. He could not recall any specific comment she made to him. [redacted] was not with [redacted] when she engaged in this behavior.

[redacted] reported that after the party officially ended, he grabbed a drink for himself. He then joined [redacted] and others who were hanging out. He thought [redacted] was acting more intoxicated than he would have expected given the four or five drinks he had served her. She was drinking beer at that time. [redacted] was trying to catch up to the others and was drinking quickly. He was sitting next to [redacted] and she put her hand on his leg. [redacted] was sitting on the other side of [redacted], and [redacted] did not feel comfortable with [redacted] touching him, so he moved away from her.

[redacted] left the group to get another drink, and [redacted] followed him. [redacted] did not notice her following him until he reached the bar. [redacted] was behind the bar when [redacted] grabbed him and started to kiss him. [redacted] was drunk at this point, and he returned the kiss. Another fraternity member, [redacted], saw [redacted] following [redacted] so he followed [redacted]. [redacted] walked in as [redacted] was pushing [redacted] away from him. [redacted] told [redacted] that he did not initiate the kiss. [redacted] decided to remove himself from the situation and went to his room. He finished a cup of wine and went to bed.

Others present, including [redacted], [redacted], and [redacted], reported that [redacted] kissed others while in the bar room. [redacted] saw [redacted] and [redacted] making out. He asked them what they were doing, at which point they stopped. [redacted] then started kissing [redacted] and [redacted] (who was dating [redacted] at the time) slid her arm in between them to break it up. [redacted] then kissed [redacted] and he pushed her away.

[redacted] reported that the group played "Kings" for about an hour and a half, until approximately 1:00 a.m. [redacted] then joined their table and suggested that the group

play a drinking game called, "To the Governor." They played this drinking game until approximately 2:00 a.m., and he and [redacted] drank heavily and quickly. [redacted] estimated that, in total for the night, [redacted] drank 1 ½ beers and 6 solo cups of wine.[4] He described [redacted] behavior during "To the Governor" as "loopy" and "floppy" and stated that she could not sit up straight. [redacted] was slurring her speech. He reported that when she is black-out drunk, she often speaks in a childish, toddler-like voice.[5] He stated that, during this game, [redacted] appeared sober.

[redacted] *Bedroom at Acacia*

Again, [redacted] reported that she does not recall much after standing up from the table in the basement to go get another drink. Others who were present provided the following information:

According to [redacted], [redacted] asked him where [redacted] bedroom was located. He told her, [redacted] went to bed, just leave him alone for the night." She was insistent, and they started walking up the stairs. Once they got up the first flight, [redacted] told her, [redacted] already went to bed, he's asleep—you're not going to get into his room." She then told [redacted] "If you show me where [redacted] room is, I'll make out with you." She pushed him against the wall and started making out with him. He said, "okay" and walked up to the second floor where they ran into another fraternity member, [redacted]. [redacted] asked where they were going. [redacted] [redacted] and [redacted] then went to [redacted] room.

Once they were in the room, [redacted] climbed out of his bed in his boxers. [redacted] approached him and started to touch him; she tried to push him onto a futon. [redacted] asked what was going on and was told that [redacted] needed to leave and wanted [redacted] to walk her home. [redacted] dressed and asked where [redacted] was. [redacted] told him that [redacted] was vomiting and others were taking care of him. [redacted] and [redacted] left Acacia without speaking with [redacted]

*Traveling from Acacia to Harrison Hall*

[redacted] reported that [redacted] walked her back to her residence hall, but she did not recall the walk.[6] She reported that "the brothers" told [redacted] they woke [redacted] so he could walk her home.[7]

---

[4] [redacted] estimated that each solo cup of wine equaled 2 ½ traditional glasses of wine; as such, 6 solo cups of wine would equate to approximately 15 traditional glasses of wine.

[5] [redacted] provided three audio recordings of [redacted] on occasions when, according to [redacted] she was intoxicated. The Investigators did not find the tapes to be probative in regard to the allegations against [redacted].

[6] After reviewing the preliminary report, [redacted] noted that [redacted] had requested that he walk her home.

[7] [redacted] reported that someone told him [redacted] had taken [redacted] home.

According to messages between [redacted] and his friend, [redacted], this walk took place around 2:00 a.m. [redacted] provided Investigators with the following messages between her and [redacted]

[redacted] I'm walking her home relax (sent at 2:09 a.m.)[8]
[redacted] Okay just get home (sent at 2:15 a.m.)
[redacted] I will. She's also very preoccupied, puking everywhere (sent at 2:29 a.m.)[9]
[redacted] Okay, but bye [redacted]
[redacted] What?
[redacted] You took her home (sent at 2:34 a.m.)
[redacted] Yea
[redacted] Is she okay
[redacted] She's alright
[redacted] That's good
[redacted] Gnight bb
[redacted] Gm [redacted] (sent at 2:39 a.m.)[10]

[redacted] recalled walking [redacted] to Harrison Hall. He reported that he was stumbling and slurring his words as they walked because he was an 8 or an 8.5 on a scale of 1-10, with 10 being the most intoxicated [redacted] reported that [redacted] was an 8 in terms of her level of intoxication. She was not stumbling as they walked, and she was supporting him as they held hands. He reported that he remembers everything from the walk. While they were walking, [redacted] was telling [redacted] what type of sexual things she wanted to do to him and what she was into, like calling people "daddy." Once they arrived, [redacted] was going to leave her at the door of the residence hall, but she wanted him to walk her to her room.

[redacted] reported that he called [redacted] approximately ten times, after she had left Acacia, and called [redacted] one time, but neither of them answered their phones. He sent [redacted] a text message stating that he had the keys to her dorm room; later, [redacted] sent [redacted] a text message stating that she got back to her room safely.

[redacted] reported that he walked [redacted] home from Acacia that evening and that, during the walk home, [redacted] expressed concern that [redacted] would cheat on him by

---

[8] Some of the messages are time-stamped; others are not.

[9] [redacted] reported that [redacted] never threw up while he was with her, and he is not aware of her having thrown up. He reported that he told people [redacted] was throwing up because he wanted to justify the amount of time he was spending with [redacted] (since she did not want [redacted] to find out [redacted] and [redacted] were together). [redacted] reported that she does not remember whether she threw up that night, though it is possible. She stated that there was no evidence of such on her clothing or in her room the next day. She does remember throwing up Tuesday morning, both in [redacted] room and in the bathroom when they went to breakfast.

[10] [redacted] reported that she always takes care to make sure female friends are taken care of. She also stated that [redacted] has a reputation for being a "ladies' man." She was not sure how drunk [redacted] was and did not want him to "do anything stupid."

having sexual intercourse with [redacted] [redacted] was worried because [redacted] was really "into" [redacted] [redacted] reported having told [redacted] not to worry and that someone other than [redacted] walked [redacted] home. At the time, he believed that [redacted] had walked [redacted] home. [redacted] called [redacted] several times during their walk, but [redacted] initially did not answer the phone. It was not until they reached [redacted] dorm that [redacted] finally answered [redacted] call [on speaker phone]; [redacted] told [redacted] that [redacted] – not [redacted] – had walked her home.

*Arrival at Harrison Hall*

[redacted] reported that when he and [redacted] arrived at her room, [redacted] did not have her key. [redacted] told her to talk to her RA and started to leave. [redacted] stopped him and had him wait in a stall in the women's restroom. There was a female in the shower, and [redacted] did not want to leave, so he waited for [redacted] to return.

The Harrison Hall lobby video camera captured a still shot of [redacted] and [redacted] walking into the lobby at 2:19 a.m. on Tuesday, April 18, 2017. There is a video from that time, also. The video shows the two of them walking across the lobby, toward a secured door; as they were walking, [redacted] reached over to touch [redacted] with her arm, and they stopped to embrace and kiss. She then swiped them into the secured area, and he held the door and followed her. They were both walking fine without stumbling or swaying.

Since [redacted] did not have her room keys, she went to her Resident Assistant (RA), Megan Skiba, to ask to be let into her room. Skiba had gone to bed but was awakened by [redacted] knocking on her door. [redacted] told Skiba that she did not have her key and asked Skiba if she could let her into her room. However, Skiba stated that is against the rules. Skiba advised [redacted] to go down to the office for assistance. Skiba could tell [redacted] had been out that night because it was Grand Prix week, and [redacted] was "not quite herself." When Skiba told her to go down to the office, it took [redacted] a moment, and then she apologized "for a minute." This was not [redacted] normal behavior; typically, [redacted] is more straight-forward in her communications. Skiba reported that, as an RA, she is trained to determine when a resident requires medical assistance because of alcohol. She stated that her assessment was that [redacted] did not need medical attention: [redacted] was not stumbling down the hallway, was not slurring her words, and was "kind of comprehending her." [redacted] understood she needed to go to the main office for assistance and apologized to Skiba for waking her up. Skiba watched [redacted] walk to the elevator lobby and assumed she would head down to the main office. Skiba also knew that when [redacted] went to the main office to get a key, the office clerk also would assess whether Skiba required medical attention.

[redacted] recalled going to the front desk to get an extra key. She was by herself at this time. [redacted] could not recall anything else that happened after getting her key. She reported that [redacted] told someone later that she had hid him in a bathroom stall and told him to wait there while she went to get a key.

A second Harrison Hall lobby video, from 2:28 a.m., shows [redacted] walking by herself toward the secured door. She swiped in and walked through the door. Again, she was walking fine, and she was not stumbling or swaying.

*In [redacted] Room at Harrison Hall*

There is a dispute regarding what occurred in [redacted] room and who initiated the sexual conduct.

[redacted] stated that, at first, she did not recall what had happened with [redacted] She reported that some of the details came back to her once she was asked specific details by the SANE nurse on Thursday, April 20, 2017. [redacted] recalled lying on her bed with [redacted] She was no longer wearing clothes, and she could not recall if [redacted] was wearing clothes. [redacted] forced his penis into her mouth, causing bruising [redacted] had his hands on her head, pushing her head down and his penis deeper into her mouth. He was on top of her, choking her. She reported that there was bruising on her neck the next day, and she had difficulty eating and swallowing the next day. She recalled that [redacted] engaged in vaginal intercourse with her. She recalled that [redacted] asked if she had any lubrication, and she found a bottle of "lube" lying on the floor the next day. When she saw the bottle on the floor, she recalled [redacted] behind her, engaging in anal intercourse with her. [redacted] was on her stomach, and she recalled [redacted] putting lubrication on his penis. She recalled feeling sick and then she blacked out again. She recalled [redacted] asking her if she was on birth control, and she told him she was not. She also recalled [redacted] asking her if she had condoms. [redacted] did not wear a condom during intercourse. She knew he did not wear a condom because she "found the stuff coming out the next day." She reported that she had a vaginal discharge the next day, and the SANE nurse told her it was semen. She did not recall any kissing. She reported that the entire incident seemed "very forceful." She described the bruising she received on her neck.

[redacted] version of the events, on the other hand, paints [redacted] as the initiator. He reported that once in [redacted] room, she removed his pants and started to perform oral sex on him. There was no discussion between them prior to [redacted] engaging in this. [redacted] was concerned because [redacted] had a boyfriend, but he did not stop her. [redacted] stood up, and they started to kiss. [redacted] walked to her bed and removed her clothing. [redacted] removed his clothing, as well. They sat on the bed and started to kiss. [redacted] told [redacted] that she had to call [redacted] to let him know she had made it home safely. While she was on the phone, [redacted] pushed [redacted] head between her legs and he performed oral sex on her. [redacted] told [redacted] that [redacted] had walked her home. Once the phone call ended, [redacted] had him lie on his back and performed oral sex on him again. [redacted] said that she wanted to "show [redacted] how good she was at blow jobs."

[redacted] reported that [redacted] removed a condom from a dresser drawer and put it on him. She straddled him and started "riding" him. They engaged in sexual intercourse with [redacted] on top of [redacted] [redacted] was calling him "daddy" and asking him if it felt good. [redacted] told [redacted] that she liked intercourse "doggie style," so they repositioned themselves and engaged in intercourse with [redacted] on her hands and knees and [redacted] behind her. [redacted] told [redacted] that she enjoyed being spanked, and he slapped her on the buttocks. [redacted] had [redacted] lie in her stomach, and they continued engaging in intercourse. [redacted] told [redacted] that she enjoyed anal intercourse, and he "could stick it in her ass if he wanted to." [redacted] removed his penis from her vagina, and [redacted] told him that he did not have to wear a condom during anal intercourse, so he removed the condom. [redacted] retrieved a bottle of lubrication and handed it to [redacted] He applied the lubrication to his penis and her anus, and they engaged in anal sex. [redacted] told him that it was "too much" and she wanted to engage in vaginal intercourse again. [redacted] asked [redacted] if she wanted him to put a condom on, and she said that she did not care. They engaged in vaginal intercourse with [redacted] on her stomach and [redacted] behind her. [redacted] stated, "I want you to cum inside me, daddy," and [redacted] ejaculated inside [redacted].

[redacted] reported that [redacted] initiated the sexual contact, and he did nothing to stop her. [redacted] recorded some of the conversation he had with [redacted] after they had engaged in intercourse. [redacted] provided Investigators with a copy of an audio recording in which [redacted] and [redacted] are speaking to each other and discussing intimate matters.[11] They are kissing during the recording and, at least at the beginning, [redacted] is moaning. They discuss their prior sexual activities; their desire to engage in future sexual activities; make a plan to see each other the following day; discuss the need to keep their interaction confidential; and discuss whether [redacted] would date [redacted]. The recording is attached to this report. Investigators provided the recording to [redacted]; after listening, she stated that she did not remember anything that occurred during the recording. She reported that on another occasion, a couple of weeks before April 17, she had attended a party at Acacia and drank 4-5 Solo cups of wine; afterward, she was in the room o[redacted] RA, throwing up. She blacked out and does not remember what occurred in the RA's room. [redacted] took a video of that. [redacted] reported that she sounds the same on the video [redacted] took as she does on the audio recording [redacted] provided to Investigators.[12]

According to [redacted], after they had intercourse, [redacted] told [redacted] that she wanted to see him again, and he gave her his phone number. [redacted] put [redacted] number into her phone, and she sent him a text message. [redacted] and [redacted] both provided to

[11] [redacted] stated that he made this audio recording because he had heard of a situation in which a man had sex with a woman who was in a relationship with another man, and the woman later alleged that she was raped. He reported that the recording reflects the consensual nature of his sexual interaction with [redacted].

[12] As stated above, [redacted] provided three undated audio recordings of [redacted] The Investigators did not find the audio recordings to be probative as to whether [redacted] was incapacitated the night of April 17, 2017.

Investigators the messages they exchanged that evening and the next day.[13] At 3:44 a.m. on Tuesday, April 18, 2017, they had the following exchange:

[redacted] Hey this is [redacted]
[redacted] Made it home
[redacted] Yeah that's good
I wish you could chuck me right now
[redacted] Choke?
Or fuck?
Or both?[14]

*The Next Morning (Tuesday, April 18)*

[redacted] reported that she was "still drunk" the next morning and does not recall meeting [redacted] for breakfast. [redacted] told her that she went to his room and hung out and then they went to breakfast.[15] [redacted] told her that she was still acting drunk and was "not able to control" herself. She did recall being in her room before she went to class. She reported that her room was a mess, and she saw the bottle of lubrication on the floor. All the clothes she wore to the party were on the floor. [redacted] was no longer in her room. She had only a faint memory of [redacted] being in her room. She thought maybe he had walked her back to the residence hall and walked her to her room. She did not recall his leaving the dorm and does not recall walking him out. [redacted] reported that in her first class, her professor made a comment about how she hoped the students were not still drunk and looked directly at [redacted].

On Tuesday, April 18, 2017, [redacted] texted [redacted] to ask how the previous night had gone. [redacted] informed her that she had a lot to drink Monday night and made out with several people, including [redacted] During the day on Tuesday, [redacted] saw [redacted] in the lab. He told her that [redacted] had gotten drunk the previous night and tried to kiss him; he shared that he walked [redacted] home, and nothing further happened.

[redacted] *Meeting at Acacia*

On Tuesday, [redacted] received a messaged from [redacted] stating, "We have a problem—it's about [redacted]" [redacted] invited [redacted] to Acacia that day to come talk about it. That afternoon, [redacted] went to Acacia and met with [redacted] and

---

13 [redacted] later asked [redacted] why he had put his name into her phone as '[redacted] He told her that he thought [redacted] was too drunk to remember who he was. After reviewing the preliminary report, [redacted] noted that he does this for everyone because [redacted] is a common name, and he wants to better establish who he is.

14 [redacted] stated that she does not remember sending these messages to [redacted] She said she saw them on her phone the next day.

15 When meeting with Investigators, [redacted] recalled throwing up in [redacted] room and at breakfast (in the bathroom).

[redacted]. [redacted] was told that [redacted] had tried to make out with both of them, but they had pushed her off. [redacted]nd [redacted] told [redacted] that [redacted] also had tried to kis[redacted] After this meeting at Acacia, [redacted] met with [redacted] and shared the details of his conversation with [redacted] and [redacted]

*Tuesday Afternoon in [redacted] Dorm Room*

[redacted] reported that she and [redacted] had sex on Tuesday and that it was consensual.[16] They began exchanging messages at 9:26 a.m. on Tuesday:

| | | |
|---|---|---|
| 9:26 a.m. | [redacted] | Morning |
| | [redacted] | God I am still drunk right now |
| | [redacted] | Same haha |
| | [redacted] | I haven't done that in a while lol |
| | [redacted] | Done what? Been drunk in the morning? |
| | [redacted] | That and getting fucked up on a Monday night |
| | [redacted] | Does your bf only fuck you on certain days?? [laughing emoji] |
| | [redacted] | Fuck up not fucked hah |
| | [redacted] | Jesus, can you tell I'm fucked up? [laughing emoji] |
| | | But yea, it's all about the weekday turn up haha |
| | [redacted] | Yeah I can tell just a bit hah. I'm just impressed with myself that I made it to my morning class |
| | [redacted] | When was your first class |
| | [redacted] | I'm in it right now |
| | [redacted] | Nice lol, mine was at 9 |
| | [redacted] | I would have definitely skipped that |
| | [redacted] | I wish, it's with my research prof, he would have been pissed |
| | [redacted] | Oh yeah it's probably good that you went then, good job being responsible |
| | [redacted] | I do my best haha. Still wanna hangout today? |
| | [redacted] | As long as you're fine dealing with me looking rachet [sic] and hung over haha |
| | [redacted] | I don't mind, I'm probably gonna nap till 1:30 though, I didn't exactly get much sleep haha |
| | [redacted] | Yeah I don't blame you, my day is pretty free so just let me know |
| 1:28 p.m. | [redacted] | Alright I'm omw over, if you still want me to |
| | [redacted] | Yeah sorry I was sleeping, you're good to come |
| | [redacted] | Omw |
| | | Your dorm is so damn far haha |

[16] [redacted] did not volunteer this information during the first interview with OIE. However, she did share with OIE (on her own volition) her text messages with [redacted] During a second interview with OIE, she stated that the sexual activity with [redacted] on Tuesday was consensual.

[redacted] Lol sorry
[redacted] Why one aye [sic] you in again?
Harrison S side?
[redacted] Yup
[redacted] Here
[redacted] Okay

[redacted] reported that he and [redacted] have discussed the fact that [redacted] and [redacted] had sex on Tuesday. According to [redacted], [redacted] had sexual intercourse with [redacted] on Tuesday as a coping mechanism and to regain "control" over the situation.[17] When meeting with Investigators, [redacted] did not comment on the encounter with [redacted] on Tuesday, April 18th, other than to say it was consensual.

*Party at Acacia the evening of Tuesday, April 18*

[redacted] and [redacted] went to Acacia on Tuesday, April 18th, around 10:00 p.m. for a party.[18] [redacted] saw [redacted] and said "hello," but they had no further conversation.

[redacted] reported that [redacted] was acting more friendly with [redacted] the party than [redacted] would have expected since, according to [redacted] and [redacted] only knew each other through [redacted] In addition, [redacted] seemed to be encouraging [redacted] to stay and hook up with [redacted] However [redacted] and [redacted] left the party fairly early.

*Wednesday, April 19*

[redacted] reported that on Wednesday, April 19th [redacted] and [redacted] were together during the day in their research lab.[19] [redacted] told [redacted] that he had walked [redacted] home on Monday night, and [redacted] had tried to convince him to have sex with her. [redacted] told [redacted] that he said "no" and went back home. When [redacted] informed [redacted] of her conversation with [redacted] told [redacted] that she and [redacted] had sex on Monday night.

[redacted] description of her conversation with [redacted] is slightly different than what [redacted] reported. She stated that she, [redacted], and [redacted] attended a party at Acacia on Wednesday night. Around midnight, [redacted] asked [redacted] if they could talk privately. They went off into a corner to talk at which point [redacted] told [redacted] that she and [redacted] had hooked up Monday night and Tuesday afternoon. [redacted] did not provide much detail about what had happened and gave no indication to [redacted] that either occasion

---

[17] After reviewing the preliminary report [redacted] stated that [redacted] had said on Tuesday that "sex with [redacted] is amazing" and that she could not stand her "pussy boyfriend." [redacted] noted that [redacted] made plans to continue having sex with him and eventually leave her boyfriend. [redacted] asserted that this "control" argument is [redacted]'s coping mechanism.

[18] [redacted] noted that she and [redacted] are friends. She reported that [redacted] and [redacted] knew each other from their research work and sometimes "hooked up."

[19] According to [redacted] it was Tuesday that she and [redacted] worked in the lab together, not Wednesday.

was nonconsensual. According to [redacted] expressed guilt (because [redacted] though [redacted] had a "thing" for [redacted] as well as a concern that [redacted] would break up with her. [redacted] told [redacted] that she wanted to make it right and that she was going to tell [redacted] what had happened.

[redacted] then went over to [redacted] and asked him if he had slept with [redacted] He said, "Yes." [redacted] reported that she was upset by this because [redacted] knew [redacted] had a boyfriend, and she did not think [redacted] behavior was ethical. [redacted] shared with her that he had left the party and gone upstairs but that [redacted] had come looking for him; he told [redacted] that [redacted] was the instigator of the sexual activity, both on Monday and Tuesday. [redacted] reported that she argued with [redacted] and then left the party by herself.

On Wednesday night, [redacted] received text messages from [redacted] asking her if she had gotten home ok. [redacted] also informed her that [redacted] had confronted her [redacted] asking [redacted] why she had told [redacted] that [redacted] and [redacted] had had sex.

[redacted] sent [redacted] the following message:

> [redacted] [redacted] came up to me and was like what the fuck why did you tell [redacted] and I was like why did you lie to everyone. So I knew I had to be honest and suck it up even though it sucks and [redacted] is probably going to leave me.

[redacted] reported that she spoke with [redacted] that evening, after the party, and told him she could not recall what happened with [redacted] and was very confused. She could only vaguely remember [redacted] being in her room on Monday night. As they spoke, she started to remember more details. [redacted] reported that she was having vaginal and pelvic pain, as well as pain in her throat and experiencing other things that "were not normal." She reported that the area around her vagina was painful and swollen.

[redacted] reported the conversation with [redacted] which occurred Wednesday night, differently than what [redacted] reported above. He stated that after the party, [redacted] told him, "We need to talk." She then stated, "I cheated on you with [redacted] [redacted] and I had sex Monday night." [redacted] responded, "You were drunk. Did you consent?" [redacted] stated, "I don't know." She then stated, [redacted] and I had sex again on Tuesday when you were at ROTC and at Acacia." According to [redacted], [redacted] wanted him to break up with her, but he kept asking her, "Did you consent on Monday?" She stated, "I don't know—I don't remember." [redacted] told her, "If you don't know, then it's rape. [redacted] raped you." [redacted] reported that [redacted] started crying, and he started crying, as well. [redacted] called [redacted] and told him that [redacted] had raped [redacted] on Monday night.

*Thursday, April 20*

On Thursday morning, [redacted] went to CARE to discuss the matter. He asked [redacted] to come along, but she refused. The CARE staff told him it was [redacted] choice whether to file a report, but that if he could, he should try to get her to get a SANE exam. [redacted] reported that for the rest of the day, he tried to get [redacted] to go get a SANE exam.

Messages between [redacted] and [redacted] from Thursday include the following:

| | |
|---|---|
| [redacted] | [redacted] just texted me asking if we could meet up and talk. Idk if I'll have time to meet him today but if I do I'll tell him my opinion. Which is that you need him right now and you've made some mistakes but so has everyone else. I think it was really shitty of [redacted] to do this. Any of it. But really brave of you to tell [redacted] and I don't think you should be screwed over for doing the right thing. |
| [redacted] | Okay if you want to talk to him and have time go ahead. Yeah it sucks but I messed up and have to deal with it. |
| [redacted] | As long as you're gonna get through this<br>What about the [redacted] thing? Is he leaving you alone and stuff? |
| [redacted] | I'll try my best. He texted me twice last night after I left |
| [redacted] | Nothing too terrible I hope |
| [redacted] | No he wanted to know if I got home and to text him when I wake up |
| [redacted] | Look, it was consensual and everything right? Cause I know you were both really drunk and I just assumed it was last night so it was right? |
| [redacted] | The first time I don't remember much at all |
| [redacted] | But like what do you remember? I'm sorry if this is bringing unpleasant stuff up, I just wanted to make sure that nothing like that happened and I feel like an ass for just assuming nothing like that happened |
| [redacted] | I remember having to get my key from the front desk and then I remember him on top of me in my room. Like I told you I'm |

pretty sure he didn't use a condom. And then I woke up in the morning

[redacted] Ugh, I'm sorry you don't remember much. I'm sorry about this whole situation

[redacted] It's still my fault though

[redacted] Doesn't mean it doesn't suck. I'll talk to [redacted] and whatever he says, it'll be okay.[20]

[redacted] had a SANE exam performed the evening of Thursday, April 20. As she spoke more and was asked specific questions by the SANE nurse, she recalled more details. [redacted] reported that when she came out of the exam room, she was "shocked, nervous, and scared." She told him she had bruises on her neck that she had not realized she had. She told him her throat was swollen and she could not eat solid foods.

[redacted] reported that, on Thursday [redacted] told him [redacted] was alleging that [redacted] had raped [redacted] and [redacted] was filing a report with the University. [redacted] sent a message to [redacted] asking to talk to her. She did not respond.

At 8:24 p.m. on Thursday night, [redacted] messaged [redacted] and told [redacted] she got a rape kit and that she had bruising on her neck and in her throat. Their conversation continued:

[redacted] What does that mean? From Monday? What's going on?

[redacted] Yeah from Monday

[redacted] Wait, so [redacted] raped you? Sorry if that was an insensitive way of putting it

[redacted] Yes

[redacted] Why didn't you say something last night about it? Did you remember some other stuff?

[redacted] Because I didn't want to believe he would do that to me. I trusted him.

[redacted] What about Tuesday? Like the second time

---

[20] [redacted] reported that the first time [redacted] described the situation as rape was after talking with [redacted] the night of Wednesday, April 19th. [redacted] also met with [redacted] and [redacted] during the weekend of April 22nd. [redacted] reported to Investigators that the decision to report the rape was "very much a joint decision between [redacted] and [redacted]."

[redacted] I did what I did last year, if I take control of the situation then it makes it okay and he's not hurting me. I was still drunk that morning

At 1:54 a.m. (Friday morning), [redacted] messaged [redacted] asking for [redacted] to tell him everything that had happened. [redacted] and [redacted] then exchanged messages (attached) in which [redacted] informed him that [redacted] and [redacted] had sex on Monday night, at [redacted] urging, and planned to "do it again the next day." [redacted] told [redacted] that he and [redacted] had sex again the next afternoon (Tuesday). [redacted] wrote: "I also kind of anticipated this situation. With her having sex with me, you finding out, then her pretending it was rape so you wouldn't be mad. So that night I actually recorded some of what she was saying to me."

*Report to RA Megan Skiba*

On Saturday, April 22, 2017, [redacted] sent Skiba a message stating that she had been sexually assaulted the previous Monday night (April 17, 2017). She informed Skiba that she would be asking the University to initiate an investigation into the incident. Skiba told her she would file a report since she is a mandatory reporter.

Later in the afternoon of April 22, 2017, [redacted] sent a message on the floor's communal GroupMe page (all 50 residents) stating that she had been sexually assaulted and that [redacted] another resident of the floor, had been bullying her by accusing [redacted] of cheating on [redacted] Skiba's understanding was that [redacted] had run into [redacted] in the lobby the evening of April 17, and that [redacted] knew what had happened.[21]

## VII. Conclusion

*Credibility*

The determination as to whether parties and witnesses are credible is not a determination as to whether they are honest people. Rather, credibility assessments require the fact-finders to weigh the accuracy and veracity of evidence. Relevant factors in this assessment include such matters as the individual's demeanor; consistency of information provided; the inherent plausibility of each person's story; whether there is corroborating evidence that would tend to support or contradict each person's story; and, possible bias (motive to falsify or exaggerate).

[21] Skiba's understanding is not accurate. Investigators spoke with [redacted] and were informed that [redacted] did not see [redacted] the night of April 17, 2017.

[redacted]

We are informed that individuals who experience trauma may have difficulty remembering all, or a portion, of the traumatic event and that recall may increase over time. However, even considering these possible limitations, we have significant concerns regarding [redacted] credibility. The video of [redacted] walking in the Harrison Hall lobby at 2:19 a.m. on April 18, 2017, undermines her contention that she was incapacitated; she had no problem walking through the lobby or swiping herself into the secured area. The audio from [redacted]s recording undermines [redacted] contention that she was incapacitated while she and [redacted] were in her dorm room and that the sexual conduct between the two was non-consensual. [redacted] was exhibiting clear thinking during the recorded discussion, including concern that [redacted] not find out about her encounter with [redacted] In addition, there are inconsistencies in the accounts [redacted] provided to [redacted] and [redacted] as compared with the information she provided to Investigators. For example, when [redacted] told [redacted] that she had had sex with [redacted] she expressed guilt – and a concern that [redacted] would break up with her; [redacted] did not recount her conversation with [redacted] in that manner when speaking with Investigators. [redacted] account of her discussion with [redacted] on Wednesday evening varies from [redacted]s recollection. [redacted] reported to Investigators that [redacted] told him, "I cheated on you with [redacted]" When speaking with Investigators, [redacted] stated that when she told [redacted] what had happened with [redacted] she could not recall what happened and was very confused. [redacted] reported that [redacted] said she wanted him to break up with her.[22]

[redacted]

With one exception, [redacted] was consistent in the information he provided to the witnesses and to Investigators. The exception is that he informed [redacted] by text that [redacted] was throwing up, either on the way back to Harrison Hall or in her dorm room, whereas, when speaking with Investigators, [redacted] stated that that was not true. He reported to Investigators that he had made that statement to [redacted] because he wanted to justify the amount of time he was taking with [redacted] [redacted] knew that [redacted] and some of the Acacia brothers, might know how long he was gone from the house (and knew he had taken [redacted] home). It makes sense that he would not want them to think he had engaged in any sexual activities with [redacted], so would need to have a justification for being gone a while. [redacted] does not have any recollection of throwing up in her room and did not find any evidence of that the following day. Therefore, it is more likely than not that she was not throwing up, and that [redacted] was preparing his story, knowing that he intended to spend some time with [redacted] that night and did not want people to know the real reason.

[22] This is consistent with [redacted] statement that [redacted] told him she wanted to break up with [redacted]

Aside from the above [redacted] version of the events was corroborated by the witnesses and by the audio recording he made. Consequently, we find his version of the events to be more credible than [redacted]

*Incapacitation*

Under the University's Anti-Harassment Policy, ***Incapacitated/Incapacitation*** is defined as a mental state in which an individual cannot make rational decisions because they lack the capacity to give knowing Consent (e.g., to understand the who, what, where, why and how of their sexual interaction). Such Incapacitation may be caused by alcohol or other drug use, sleep or unconsciousness. Intoxication is not equivalent to Incapacitation.

[redacted] was at the party from about 10:00 p.m. to 2:00 a.m. During that time, she drank approximately five large solo cups of wine and almost three beers. This amounts to about 18 drinks over a four-hour time span. [redacted] drinks frequently, although not to this extent. She stated that when she gets drunk, she blacks out. It is likely that she may have blacked out during the evening of April 17th in that she does not recall the entire evening. However, based on the evidence obtained, including the information provided by witnesses who observed her at Acacia, the video of her walking in Harrison Hall, her interaction with RA Megan Skiba, and the audio of the encounter with [redacted] in her dorm room, we do not find that she was incapacitated under the above definition. She clearly knew she wanted to pursue a sexual encounter with [redacted] and went about doing so in an obvious manner. This was observed by several people at Acacia. She was able to walk from Acacia to Harrison, hide [redacted] in a women's restroom, interact with her RA without raising significant concerns, obtain a key from the office clerk, speak to her boyfriend on the phone (misrepresenting to him that [redacted] had walked her home), and discuss, with [redacted] a possible relationship with him, as well as her summer plans, while in her dorm room. While she certainly consumed a large amount of alcohol for an average-sized woman, her behavior was that of someone who is in control of her faculties. There would be no reasonable cause for [redacted] to have suspected she was incapacitated, as opposed to intoxicated.

*Consent*

Under the University's Anti-Harassment Policy, ***Consensual*** is defined as affirmative, clear communication given by words or actions that shows an active, knowing and voluntary agreement to engage in mutually agreed-upon sexual activity. Consent is given freely and voluntarily. Consent may not be inferred from silence, passivity or when an individual is Incapacitated or otherwise prevented from giving Consent as a result of impairment due to a mental or physical condition or age. No Consent exists when there is a threat of force or physical or psychological violence. Although Consent may be given initially, it may be withdrawn at any point without regard to activity preceding the withdrawal of Consent.

Based on the credibility determinations we have made, as well as the audio recording provided by [redacted] the preponderance of the evidence establishes that [redacted] consented to the conduct with [redacted] the evening of April 17th. She initiated the conduct and stated on the recording that she not only enjoyed it but wanted to engage in sexual conduct with [redacted] in the future. Her consent was affirmative and clear, and there would be no reasonable cause for [redacted] to have questioned whether she was consenting to the conduct.

*Sexual Exploitation*

The policy defines Sexual Exploitation by way of examples, such as "Recording video or audio, photographing, or transmitting intimate or sexual utterances, sounds or images without Consent of all parties involved." Again, Consent must be an affirmative, clear communication given by words or actions that shows an active, knowing and voluntary agreement to engage in mutually agreed-upon sexual activity. [redacted] does not contend that [redacted] was aware of or agreed to the audio recording attached to this report, and [redacted] reported that she was not aware of it and did not consent to it. Consequently, there is no dispute regarding the fact that [redacted] made the recording without [redacted] consent. The only question is whether the audio involves intimate or sexual utterances. The words and sounds on the tape speak for themselves. In our opinion, they reflect both intimate and sexual utterances.

We conclude, based on the preponderance of the evidence standard, there is sufficient evidence to support a determination that [redacted]s conduct was in violation of the Anti-Harassment (III.C.1) Policy, specifically, the provision prohibiting Sexual Exploitation.

# UNIVERSITY INVESTIGATOR'S REPORT

**TO:** Dr. Katherine Sermersheim, Dean of Students

**FROM:** Karen Bell Meyers, Title IX Specialist, Office of Institutional Equity
Christie Wright, Investigator

**DATE:** September 10, 2019

**RE:** University/[redacted]

## I. Investigators' Charge

On May 17, 2017, Dr. Katherine Sermersheim, Dean of Students, appointed Karen Bell Meyers, Title IX Specialist, Office of Institutional Equity, and Christie Wright, Investigator, Office of Institutional Equity, as the University Co-Investigators in the University-Initiated Investigation pursuant to the Formal Resolution Process of the Procedures for Resolving Complaints of Discrimination and Harassment ("Procedures"). The complaint alleged that [redacted] undergraduate student, was sexually harassed by [redacted], undergraduate student, in violation of the University's *Anti-Harassment Policy* (III.C.1). The allegations included harassment (specifically, sexual violence and sexual exploitation). On June 13, 2017, Dean Sermersheim granted an extension of time until July 7, 2017 for the completion of the preliminary report.

## II. Relevant Provisions

### *Anti-Harassment (III.C.1)*

Purdue University is committed to maintaining an environment that recognizes the inherent worth and dignity of every person; fosters tolerance, sensitivity, understanding and mutual respect; and encourages its members to strive to reach their potential. The most effective way to work toward preventing Harassment is through education that emphasizes respect for every individual.

Harassment in the workplace or the educational environment is unacceptable conduct and will not be tolerated. Purdue University is committed to maintaining an educational and work climate for faculty, staff and students that is positive and free from all forms of Harassment. This policy addresses Harassment in all forms,

including Harassment toward individuals with legally protected status for reasons of race, religion, color, sex, age, national origin or ancestry, genetic information, disability, status as a veteran, marital status, parental status, sexual orientation, gender identity or gender expression.

***Harassment*** is conduct toward another person or identifiable group of persons that has the purpose or effect of:

- Creating an intimidating or hostile educational environment, work environment or environment for participation in a University activity;
- Unreasonably interfering with a person's educational environment, work environment or environment for participation in a University activity; or
- Unreasonably affecting a person's educational or work opportunities or participation in a University activity.

Use of the term Harassment includes all forms of harassment, including Stalking, Racial Harassment and Sexual Harassment.

***Sexual Harassment is:***

A. Any act of Sexual Violence.
B. Any act of Sexual Exploitation.
C. Any unwelcome sexual advance, request for sexual favors or other written, verbal or physical conduct of a sexual nature when:
   a. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, education or participation in a University activity;
   b. Submission to, or rejection of, such conduct by an individual is used as the basis for, or a factor in, decisions affecting that individual's employment, education or participation in a University activity; or
   c. Such conduct has the purpose or effect of unreasonably interfering with an individual's employment or academic performance or creating an intimidating, offensive or hostile environment for that individual's employment, education or participation in a University activity.

***Sexual Violence*** is any non-Consensual sexual act, including but not limited to rape, sexual assault, sexual battery and sexual coercion. Sexual Violence also includes Relationship Violence. Examples of Sexual Violence include, but are not limited to:

- Non-Consensual sexual contact: touching, with any body part or object, another person's intimate parts (e.g., genitalia, groin, breast, buttocks), whether clothed or unclothed.
- Non-Consensual sexual intercourse: oral, anal and/or vaginal penetration, to any degree and with any body part or object.

- Compelling a person to touch his or her own or another person's intimate parts without Consent.

***Consent/Consensual*** is defined as affirmative, clear communication given by words or actions that shows an active, knowing and voluntary agreement to engage in mutually agreed-upon sexual activity. Consent is given freely and voluntarily. Consent may not be inferred from silence, passivity or when an individual is Incapacitated or otherwise prevented from giving Consent as a result of impairment due to a mental or physical condition or age. No Consent exists when there is a threat of force or physical or psychological violence. Although Consent may be given initially, it may be withdrawn at any point without regard to activity preceding the withdrawal of Consent. The voluntary nature of Consent will be subject to heightened scrutiny in circumstances in which a person engages in a sexual relationship with a person over whom he or she has any power or authority within the University.

***Incapacitated/Incapacitation*** is defined as a mental state in which an individual cannot make rational decisions because they lack the capacity to give knowing Consent (e.g., to understand the who, what, where, why and how of their sexual interaction). Such Incapacitation may be caused by alcohol or other drug use, sleep or unconsciousness. Intoxication is not equivalent to Incapacitation.

***Retaliation*** is prohibited and is defined as any overt or covert act of reprisal, interference, restraint, penalty, discrimination, intimidation, or harassment, against any person or group for exercising rights under this policy.

***Sexual Exploitation*** is an act that exploits someone sexually. Examples of Sexual Exploitation include, but are not limited to:

- Exposing one's own or another person's intimate parts without Consent.
- Recording video or audio, photographing, or transmitting intimate or sexual utterances, sounds or images without Consent of all parties involved.
- Allowing others to view sexual acts (whether in person or via a video camera or other recording device) without the Consent of all parties involved.
- Engaging in any form of voyeurism.

## III. Interviews and Document Review

Pursuant to this complaint, we interviewed the following people:

1. [redacted] ([redacted] Complainant), undergraduate student, political science, College of Liberal Arts
2. [redacted], Respondent), undergraduate student, anthropology, College of Liberal Arts

3. [redacted] undergraduate student, first year engineering, College of Engineering
4. [redacted] undergraduate student, materials science engineering, College of Engineering
5. [redacted]), undergraduate student, nuclear engineering, College of Engineering
6. [redacted]), undergraduate student, unmanned aerial systems, Polytechnic Institute
7. [redacted]) undergraduate student, sociology, College of Liberal Arts
8. [redacted] undergraduate student, civil engineering, College of Engineering
9. [redacted] undergraduate student, mathematics, College of Science
10. Megan Skiba (Skiba), undergraduate student, communication, College of Liberal Arts
11. [redacted] undergraduate student, communication and marketing, College of Liberal Arts
12. [redacted] undergraduate student, anthropology, College of Liberal Arts

Pursuant to this complaint, we also reviewed the following documents/information:

1. [redacted] response to the complaint
2. Harrison Hall videos and still shot from April 18, 2017, starting at 2:19 a.m.
3. Messages between [redacted] and [redacted]
4. Messages between [redacted] and [redacted]
5. Messages between [redacted] and [redacted]
6. Messages between [redacted] and [redacted]
7. Messages between [redacted] and [redacted]
8. Written statement of [redacted]
9. Written statement of [redacted]
10. Audio recording of [redacted] and [redacted] on the evening of April 17, 2017

## IV. Allegations

The University elected to exercise its right to investigate the allegations of sexual harassment. It is alleged that on or about the evening of April 17, 2017, [redacted] attended a party at the fraternity at which [redacted] is a member, Acacia Fraternity. [redacted] served as the bartender during the party and later joined a group of people who were playing a drinking game. This group, which included [redacted] and her boyfriend, drank for two to three hours. [redacted] joined them and drank with them. [redacted] and [redacted] then walked back to her dorm room in Harrison Hall. While [redacted] was incapacitated and unable to consent to sexual activities, [redacted] forced her to perform oral sex on him, vaginally penetrated her with his penis, and inserted his

penis into her anus. It is further alleged that [redacted] recorded all or a portion of this sexual encounter with [redacted] without her knowledge or consent.

## V. Background

[redacted] is a rising junior majoring in political science. She transferred to Purdue in the fall of 2016. She lived in Harrison Hall during the 2016-17 academic year.

[redacted] is a fifth-year senior majoring in anthropology. He is a member of Acacia fraternity. He lived in the Acacia house during the 2016-17 academic year.

[redacted] has been dating [redacted] since September 2016. [redacted] is close friends with a member of Acacia fraternity, [redacted]. During the spring 2017 semester, [redacted] pledged Acacia. Consequently, [redacted] and [redacted] spent time at Acacia during the spring 2017 semester. [redacted] and [redacted] met at a party at Acacia in March 2017.

The alleged assault occurred the evening of April 17, 2017, which was the Monday of Grand Prix Week. [redacted] and her boyfriend, [redacted], attended a party at Acacia that evening. [redacted] and [redacted] then went back to [redacted] room in Harrison Hall.

[redacted] and [redacted] were both afforded an opportunity to review the Investigators' Preliminary Report. [redacted] reviewed the preliminary report and provided written feedback. (See attached.) [redacted] did not avail herself of the opportunity to review the preliminary report. However, [redacted] did meet with Investigators, prior to the development of the preliminary report, and listened to an audio recording [redacted] had provided; the audio recording was made while [redacted] and [redacted] were in [redacted] dorm room the evening of April 17th. After listening to the recording, [redacted] reported that she still did not recall what occurred in her dorm room that night. She reported that the way she was talking on the recording is the same way she has talked on other occasions when she blacked out after drinking.

## VI. Summary of Facts

During the day on Monday, April 17, 2017, the first day of Grand Prix week, [redacted] worked at the College of Pharmacy. After work, she took a nap with [redacted] in his room. [redacted] had invited them to a party they planned to attend that night at Acacia. [redacted] ate something from On the Go for dinner and did not eat much else that day. She and [redacted] walked to Acacia, arriving at the party around 8:00 p.m. There was a private fraternity/sorority function going on, and they were told to come back later. They walked around campus and went to [redacted] room for a brief time. They returned to the party around 10:00 p.m.

*The Party*

It is undisputed that [redacted] drank a lot of alcohol at the party. [redacted] and [redacted] played beer pong for a brief time in the basement. [redacted] drank ¾ of a can of beer and a full solo cup of wine, in about 30 minutes, while playing beer pong. A group of people then started to play a drinking game, Kings, in an area of the basement where several tables/booths are set up. [redacted] reported that she "drank a lot." She recalled drinking an additional four red Solo cups of wine and two cans of beer in a short amount of time, maybe two to three hours, while she participated in the drinking game.[1] At the start of the game, [redacted] got her own drinks from the bar; as the game progressed, fraternity members would bring her drinks. [redacted] was the bartender for the party. Once he finished his bartending shift around 1:00 a.m., [redacted] sat next to her to participate in the drinking game. [redacted] reported that [redacted] drank beer during the game.

It is estimated that, over the course of the night, [redacted] drank a total of 2 ¾ cans of beer and five cups of wine. [redacted] reported that this is more than she normally drinks. She reported that she would normally drink two cups of wine and one to two cans of beer. She reported that when she gets drunk, she normally blacks out. Others have told her that she gets very talkative and social; she gets "floppy" and cannot keep herself up or moves around a lot, or runs and skips. She reported that she has blacked out two times this school year and that she blacked out much more last year.

[redacted] reported that at some point while sitting at the table, [redacted] stood up to get another drink from the bar, and [redacted] stated that he would go with her. He told her that she might not be able to get the wine nozzle to work. This was the first time [redacted] stood up since she started to play the drinking game, and what she drank hit her "at once." [redacted] reported that she blacked out and does not remember much after standing up.

The next thing that she could recall was standing behind the bar with [redacted], and he had his arms around her. [redacted] reported that another fraternity brother, [redacted], came up to them and told [redacted] that [redacted] was "way too drunk" and "we really, really need to take her home."[2] [redacted] reported that [redacted] laughed and brushed off what was said.[3] [redacted] could not recall more of what happened at the fraternity. Others who were present recalled the following from the party:

---

[1] After playing Kings, the group starting playing another drinking game called "To the Governor." [redacted] thought she played the second game for only a few minutes but was later told by [redacted] that she played for an hour.

[2] [redacted] did not recall making any statement regarding [redacted] level of intoxication. However, he did recall discussing with [redacted] the need to get her to "stop making out with people." [redacted] reported that [redacted] was drunk but was able to walk relatively fine and did not throw up. He rated her as a 7 on a scale of 1-10, with 10 being the most intoxicated.

[3] After reviewing the preliminary report, [redacted] reported that [redacted] reaction was to yell at [redacted] because [redacted] wanted [redacted] to join Acacia.

[redacted] reported that he had started drinking alcohol (champagne and mimosas) that day at 8:00 a.m. After his classes ended at 4:30 p.m., [redacted] returned to the fraternity house and started drinking beer. [redacted] reported that he still felt buzzed at 4:30 p.m. After drinking beer, he ate dinner and stopped drinking. He reported that he drank nothing else until after the Interfraternity Council's Safety and Risk Management Authority (SARMA) left the party around 9:30 p.m. because he was the bartender for the party and did not want to appear drunk while they were at the party. He then started to drink wine. He reported that he drank five to six full solo cups of wine.

[redacted] reported that he first interacted with [redacted] around 10:30 p.m. to 10:45 p.m. He was bartending, and she went to the bar to order a drink. [redacted] was with [redacted] at that time. [redacted] recalled that [redacted] was switching between wine and beer throughout the night. [redacted] continued to tend bar and play music for the party. He believed that [redacted] went to the bar four or five times to get a drink, and that she had others getting her drinks, too. [redacted] was being very flirtatious when he interacted with her. She would lean over the bar and was paying him compliments as she leaned very close to his face. He could not recall any specific comment she made to him. [redacted] was not with [redacted] when she engaged in this behavior.

[redacted] reported that after the party officially ended, he grabbed a drink for himself. He then joined [redacted] and others who were hanging out. He thought [redacted] was acting more intoxicated than he would have expected given the four or five drinks he had served her. She was drinking beer at that time. [redacted] was trying to catch up to the others and was drinking quickly. He was sitting next to [redacted] and she put her hand on his leg. [redacted] was sitting on the other side of [redacted] and [redacted] did not feel comfortable with [redacted] touching him, so he moved away from her.

[redacted] left the group to get another drink, and [redacted] followed him. [redacted] did not notice her following him until he reached the bar. [redacted] was behind the bar when [redacted] grabbed him and started to kiss him. [redacted] was drunk at this point, and he returned the kiss. Another fraternity member, [redacted], saw [redacted] following [redacted] so he followed [redacted]. [redacted] walked in as [redacted] was pushing [redacted] away from him. [redacted] told [redacted] that he did not initiate the kiss. [redacted] decided to remove himself from the situation and went to his room. He finished a cup of wine and went to bed.

Others present, including [redacted], [redacted], and [redacted], reported that [redacted] kissed others while in the bar room. [redacted] saw [redacted] and [redacted] making out. He asked them what they were doing, at which point they stopped. [redacted] then started kissing [redacted], and [redacted] (who was dating [redacted] at the time) slid her arm in between them to break it up. [redacted] then kissed [redacted], and he pushed her away.

[redacted] reported that the group played "Kings" for about an hour and a half, until approximately 1:00 a.m. [redacted] then joined their table and suggested that the group

play a drinking game called, "To the Governor." They played this drinking game until approximately 2:00 a.m., and he and [redacted] drank heavily and quickly. [redacted] estimated that, in total for the night, [redacted] drank 1 ½ beers and 6 solo cups of wine.[4] He described [redacted] behavior during "To the Governor" as "loopy" and "floppy" and stated that she could not sit up straight. [redacted] was slurring her speech. He reported that when she is black-out drunk, she often speaks in a childish, toddler-like voice.[5] He stated that, during this game, [redacted] appeared sober.

[redacted] *Bedroom at Acacia*

Again [redacted] reported that she does not recall much after standing up from the table in the basement to go get another drink. Others who were present provided the following information:

According to [redacted] [redacted] asked him where [redacted] bedroom was located. He told her, [redacted] went to bed, just leave him alone for the night." She was insistent, and they started walking up the stairs. Once they got up the first flight, [redacted] told her, "[redacted] already went to bed, he's asleep—you're not going to get into his room." She then told [redacted], "If you show me where [redacted] room is, I'll make out with you." She pushed him against the wall and started making out with him. He said, "okay" and walked up to the second floor where they ran into another fraternity member, [redacted]. [redacted] asked where they were going. [redacted], [redacted] and [redacted] then went to [redacted] room.

Once they were in the room, [redacted] climbed out of his bed in his boxers. [redacted] approached him and started to touch him; she tried to push him onto a futon. [redacted] asked what was going on and was told that [redacted] needed to leave and wanted [redacted] to walk her home. [redacted] dressed and asked where [redacted] was. [redacted] told him that [redacted] was vomiting and others were taking care of him. [redacted] and [redacted] left Acacia without speaking with [redacted]

*Traveling from Acacia to Harrison Hall*

[redacted] reported that [redacted] walked her back to her residence hall, but she did not recall the walk.[6] She reported that "the brothers" told [redacted] they woke [redacted] so he could walk her home.[7]

---

4 [redacted] estimated that each solo cup of wine equaled 2 ½ traditional glasses of wine; as such, 6 solo cups of wine would equate to approximately 15 traditional glasses of wine.

5 [redacted] provided three audio recordings of [redacted] on occasions when, according to [redacted], she was intoxicated. The Investigators did not find the tapes to be probative in regard to the allegations against [redacted]

6 After reviewing the preliminary report, [redacted] noted that [redacted] had requested that he walk her home.

7 [redacted] reported that someone told him [redacted] had taken [redacted] home.

According to messages between [redacted] and his friend, [redacted], this walk took place around 2:00 a.m. [redacted] provided Investigators with the following messages between her and [redacted]

[redacted]: I'm walking her home relax (sent at 2:09 a.m.)[8]
[redacted] Okay just get home (sent at 2:15 a.m.)
[redacted] I will. She's also very preoccupied, puking everywhere (sent at 2:29 a.m.)[9]
[redacted]: Okay, but bye [redacted]
[redacted]
[redacted] You took her home (sent at 2:34 a.m.)
[redacted] Yea
[redacted] Is she okay
[redacted]: She's alright
[redacted] That's good
[redacted] Gnight bb
[redacted]: Gm [redacted] (sent at 2:39 a.m.)[10]

[redacted] recalled walking [redacted] to Harrison Hall. He reported that he was stumbling and slurring his words as they walked because he was an 8 or an 8.5 on a scale of 1-10, with 10 being the most intoxicated. [redacted] reported that [redacted] was an 8 in terms of her level of intoxication. She was not stumbling as they walked, and she was supporting him as they held hands. He reported that he remembers everything from the walk. While they were walking, [redacted] was telling [redacted] what type of sexual things she wanted to do to him and what she was into, like calling people "daddy." Once they arrived, [redacted] was going to leave her at the door of the residence hall, but she wanted him to walk her to her room.

[redacted] reported that he called [redacted] approximately ten times, after she had left Acacia, and called [redacted] one time, but neither of them answered their phones. He sent [redacted] a text message stating that he had the keys to her dorm room; later, [redacted] sent [redacted] a text message stating that she got back to her room safely.

[redacted] reported that he walked [redacted] home from Acacia that evening and that, during the walk home, [redacted] expressed concern that [redacted] would cheat on him by

---

[8] Some of the messages are time-stamped; others are not.

[9] [redacted] reported that [redacted] never threw up while he was with her, and he is not aware of her having thrown up. He reported that he told people [redacted] was throwing up because he wanted to justify the amount of time he was spending with [redacted] (since she did not want [redacted] to find out [redacted] and [redacted] were together). [redacted] reported that she does not remember whether she threw up that night, though it is possible. She stated that there was no evidence of such on her clothing or in her room the next day. She does remember throwing up Tuesday morning, both in [redacted] room and in the bathroom when they went to breakfast.

[10] [redacted] reported that she always takes care to make sure female friends are taken care of. She also stated that [redacted] has a reputation for being a "ladies' man." She was not sure how drunk [redacted] was and did not want him to "do anything stupid."

having sexual intercourse with [redacted]. [redacted] was worried because [redacted] was really "into" [redacted]; [redacted] reported having told [redacted] not to worry and that someone other than [redacted] walked [redacted] home. At the time, he believed that [redacted] had walked [redacted] home. [redacted] called [redacted] several times during their walk, but [redacted] initially did not answer the phone. It was not until they reached [redacted] dorm that [redacted] finally answered [redacted] call [on speaker phone]; [redacted] told [redacted] that [redacted] – not [redacted] – had walked her home.

*Arrival at Harrison Hall*

[redacted] reported that when he and [redacted] arrived at her room [redacted] did not have her key. [redacted] told her to talk to her RA and started to leave. [redacted] stopped him and had him wait in a stall in the women's restroom. There was a female in the shower, and [redacted] did not want to leave, so he waited for [redacted] to return.

The Harrison Hall lobby video camera captured a still shot of [redacted] and [redacted] walking into the lobby at 2:19 a.m. on Tuesday, April 18, 2017. There is a video from that time, also. The video shows the two of them walking across the lobby, toward a secured door; as they were walking, [redacted] reached over to touch [redacted] with her arm, and they stopped to embrace and kiss. She then swiped them into the secured area, and he held the door and followed her. They were both walking fine without stumbling or swaying.

Since [redacted] did not have her room keys, she went to her Resident Assistant (RA), Megan Skiba, to ask to be let into her room. Skiba had gone to bed but was awakened by [redacted] knocking on her door. [redacted] told Skiba that she did not have her key and asked Skiba if she could let her into her room. However, Skiba stated that is against the rules. Skiba advised [redacted] to go down to the office for assistance. Skiba could tell [redacted] had been out that night because it was Grand Prix week, and [redacted] was "not quite herself." When Skiba told her to go down to the office, it took [redacted] a moment, and then she apologized "for a minute." This was not [redacted] normal behavior; typically, [redacted] is more straight-forward in her communications. Skiba reported that, as an RA, she is trained to determine when a resident requires medical assistance because of alcohol. She stated that her assessment was that [redacted] did not need medical attention: [redacted] was not stumbling down the hallway, was not slurring her words, and was "kind of comprehending her." [redacted] understood she needed to go to the main office for assistance and apologized to Skiba for waking her up. Skiba watched [redacted] walk to the elevator lobby and assumed she would head down to the main office. Skiba also knew that when [redacted] went to the main office to get a key, the office clerk also would assess whether Skiba required medical attention.

[redacted] recalled going to the front desk to get an extra key. She was by herself at this time. [redacted] could not recall anything else that happened after getting her key. She reported that [redacted] told someone later that she had hid him in a bathroom stall and told him to wait there while she went to get a key.

A second Harrison Hall lobby video, from 2:28 a.m., shows [redacted] walking by herself toward the secured door. She swiped in and walked through the door. Again, she was walking fine, and she was not stumbling or swaying.

*In [redacted] Room at Harrison Hall*

There is a dispute regarding what occurred in [redacted] room and who initiated the sexual conduct.

[redacted] stated that, at first, she did not recall what had happened with [redacted] She reported that some of the details came back to her once she was asked specific details by the SANE nurse on Thursday, April 20, 2017. [redacted] recalled lying on her bed with [redacted] She was no longer wearing clothes, and she could not recall if [redacted] was wearing clothes. [redacted] forced his penis into her mouth, causing bruising. [redacted] had his hands on her head, pushing her head down and his penis deeper into her mouth. He was on top of her, choking her. She reported that there was bruising on her neck the next day, and she had difficulty eating and swallowing the next day. She recalled that [redacted] engaged in vaginal intercourse with her. She recalled that [redacted] asked if she had any lubrication, and she found a bottle of "lube" lying on the floor the next day. When she saw the bottle on the floor, she recalled [redacted] behind her, engaging in anal intercourse with her. [redacted] was on her stomach, and she recalled [redacted] putting lubrication on his penis. She recalled feeling sick and then she blacked out again. She recalled [redacted] asking her if she was on birth control, and she told him she was not. She also recalled [redacted] asking her if she had condoms. [redacted] did not wear a condom during intercourse. She knew he did not wear a condom because she "found the stuff coming out the next day." She reported that she had a vaginal discharge the next day, and the SANE nurse told her it was semen. She did not recall any kissing. She reported that the entire incident seemed "very forceful." She described the bruising she received on her neck.

[redacted] version of the events, on the other hand, paints [redacted] as the initiator. He reported that once in [redacted] room, she removed his pants and started to perform oral sex on him. There was no discussion between them prior to [redacted] engaging in this. [redacted] was concerned because [redacted] had a boyfriend, but he did not stop her. [redacted] stood up, and they started to kiss. [redacted] walked to her bed and removed her clothing. [redacted] removed his clothing, as well. They sat on the bed and started to kiss. [redacted] told [redacted] that she had to call [redacted] to let him know she had made it home safely. While she was on the phone, [redacted] pushed [redacted] head between her legs and he performed oral sex on her. [redacted] told [redacted] that [redacted] had walked her home. Once the phone call ended, [redacted] had him lie on his back and performed oral sex on him again. [redacted] said that she wanted to "show [redacted]] how good she was at blow jobs."

[redacted] reported that [redacted] removed a condom from a dresser drawer and put it on him. She straddled him and started "riding" him. They engaged in sexual intercourse with [redacted] on top of [redacted]. [redacted] was calling him "daddy" and asking him if it felt good. [redacted] told [redacted] that she liked intercourse "doggie style," so they repositioned themselves and engaged in intercourse with [redacted] on her hands and knees and [redacted] behind her. [redacted] told [redacted] that she enjoyed being spanked, and he slapped her on the buttocks. [redacted] had [redacted] lie in her stomach, and they continued engaging in intercourse. [redacted] told [redacted] that she enjoyed anal intercourse, and he "could stick it in her ass if he wanted to." [redacted] removed his penis from her vagina, and [redacted] told him that he did not have to wear a condom during anal intercourse, so he removed the condom. [redacted] retrieved a bottle of lubrication and handed it to [redacted]. He applied the lubrication to his penis and her anus, and they engaged in anal sex. [redacted] told him that it was "too much" and she wanted to engage in vaginal intercourse again. [redacted] asked [redacted] if she wanted him to put a condom on, and she said that she did not care. They engaged in vaginal intercourse with [redacted] on her stomach and [redacted] behind her. [redacted] stated, "I want you to cum inside me, daddy," and [redacted] ejaculated inside [redacted]

[redacted] reported that [redacted] initiated the sexual contact, and he did nothing to stop her. [redacted] recorded some of the conversation he had with [redacted] after they had engaged in intercourse. [redacted] provided Investigators with a copy of an audio recording in which [redacted] and [redacted] are speaking to each other and discussing intimate matters.[11] They are kissing during the recording and, at least at the beginning, [redacted] is moaning. They discuss their prior sexual activities; their desire to engage in future sexual activities; make a plan to see each other the following day; discuss the need to keep their interaction confidential; and discuss whether [redacted] would date [redacted] The recording is attached to this report. Investigators provided the recording to [redacted] after listening, she stated that she did not remember anything that occurred during the recording. She reported that on another occasion, a couple of weeks before April 17, she had attended a party at Acacia and drank 4-5 Solo cups of wine; afterward, she was in the room of [redacted] RA, throwing up. She blacked out and does not remember what occurred in the RA's room. [redacted] took a video of that. [redacted] reported that she sounds the same on the video [redacted] took as she does on the audio recording [redacted] provided to Investigators.[12]

According to [redacted], after they had intercourse, [redacted] told [redacted] that she wanted to see him again, and he gave her his phone number. [redacted] put [redacted] number into her phone, and she sent him a text message. [redacted] and [redacted] both provided to

[11] [redacted] stated that he made this audio recording because he had heard of a situation in which a man had sex with a woman who was in a relationship with another man, and the woman later alleged that she was raped. He reported that the recording reflects the consensual nature of his sexual interaction with [redacted]

[12] As stated above, [redacted] provided three undated audio recordings of [redacted] The Investigators did not find the audio recordings to be probative as to whether [redacted] was incapacitated the night of April 17, 2017.

Investigators the messages they exchanged that evening and the next day.[13] At 3:44 a.m. on Tuesday, April 18, 2017, they had the following exchange:

[redacted] Hey this is [redacted]
Made it home
Yeah that's good
I wish you could chuck me right now
[redacted] Choke?
Or fuck?
Or both?[14]

*The Next Morning (Tuesday, April 18)*

[redacted] reported that she was "still drunk" the next morning and does not recall meeting [redacted] for breakfast. [redacted] told her that she went to his room and hung out and then they went to breakfast.[15] [redacted] told her that she was still acting drunk and was "not able to control" herself. She did recall being in her room before she went to class. She reported that her room was a mess, and she saw the bottle of lubrication on the floor. All the clothes she wore to the party were on the floor. [redacted] was no longer in her room. She had only a faint memory of [redacted] being in her room. She thought maybe he had walked her back to the residence hall and walked her to her room. She did not recall his leaving the dorm and does not recall walking him out. [redacted] reported that in her first class, her professor made a comment about how she hoped the students were not still drunk and looked directly at [redacted]

On Tuesday, April 18, 2017, [redacted] texted [redacted] to ask how the previous night had gone. [redacted] informed her that she had a lot to drink Monday night and made out with several people, including [redacted]. During the day on Tuesday, [redacted] saw [redacted] in the lab. He told her that [redacted] had gotten drunk the previous night and tried to kiss him; he shared that he walked [redacted] home, and nothing further happened.

[redacted] *Meeting at Acacia*

On Tuesday, [redacted] received a messaged from [redacted], stating, "We have a problem—it's about [redacted] [redacted] invited [redacted] to Acacia that day to come talk about it. That afternoon, [redacted] went to Acacia and met with [redacted] and

---

[13] [redacted] later asked [redacted] why he had put his name into her phone as [redacted]." He told her that he thought [redacted] was too drunk to remember who he was. After reviewing the preliminary report, [redacted] noted that he does this for everyone because [redacted]" is a common name, and he wants to better establish who he is.

[14] [redacted] stated that she does not remember sending these messages to [redacted]. She said she saw them on her phone the next day.

[15] When meeting with Investigators, [redacted] recalled throwing up in [redacted] room and at breakfast (in the bathroom).

[redacted]. [redacted] was told that [redacted] had tried to make out with both of them, but they had pushed her off. [redacted] and [redacted] told [redacted]e that [redacted] also had tried to kiss [redacted]. After this meeting at Acacia, [redacted] met with [redacted] and shared the details of his conversation with [redacted], and [redacted]

*Tuesday Afternoon in* [redacted] *Dorm Room*

[redacted] reported that she and [redacted] had sex on Tuesday and that it was consensual.[16] They began exchanging messages at 9:26 a.m. on Tuesday:

9:26 a.m. [redacted] Morning
God I am still drunk right now
Same haha
I haven't done that in a while lol
Done what? Been drunk in the morning?
That and getting fucked up on a Monday night
Does your bf only fuck you on certain days?? [laughing emoji]
Fuck up not fucked hah
Jesus, can you tell I'm fucked up? [laughing emoji]
But yea, it's all about the weekday turn up haha
Yeah I can tell just a bit hah. I'm just impressed with myself that I made it to my morning class
When was your first class
I'm in it right now
Nice lol, mine was at 9
I would have definitely skipped that
I wish, it's with my research prof, he would have been pissed
Oh yeah it's probably good that you went then, good job being responsible
I do my best haha. Still wanna hangout today?
As long as you're fine dealing with me looking rachet [sic] and hung over haha
I don't mind, I'm probably gonna nap till 1:30 though, I didn't exactly get much sleep haha
Yeah I don't blame you, my day is pretty free so just let me know
1:28 p.m. Alright I'm omw over, if you still want me to
Yeah sorry I was sleeping, you're good to come
Omw
Your dorm is so damn far haha

[16] [redacted] did not volunteer this information during the first interview with OIE. However, she did share with OIE (on her own volition) her text messages with [redacted]. During a second interview with OIE, she stated that the sexual activity with [redacted] on Tuesday was consensual.

[redacted] Lol sorry
Why one aye [sic] you in again?
Harrison S side?
Yup
Here
Okay

[redacted] reported that he and [redacted] have discussed the fact that [redacted] and [redacted] had sex on Tuesday. According to [redacted] had sexual intercourse with [redacted] on Tuesday as a coping mechanism and to regain "control" over the situation.[17] When meeting with Investigators, [redacted] did not comment on the encounter with [redacted] on Tuesday, April 18th, other than to say it was consensual.

*Party at Acacia the evening of Tuesday, April 18*

[redacted], [redacted], and [redacted] went to Acacia on Tuesday, April 18th, around 10:00 p.m. for a party.[18] [redacted] saw [redacted] and said "hello," but they had no further conversation.

[redacted] reported that [redacted] was acting more friendly with [redacted] at the party than [redacted] would have expected since, according to [redacted], [redacted] and [redacted] only knew each other through [redacted]. In addition, [redacted] seemed to be encouraging [redacted] to stay and hook up with [redacted] However, [redacted] and [redacted] left the party fairly early.

*Wednesday, April 19*

[redacted] reported that on Wednesday, April 19th, [redacted] and [redacted] were together during the day in their research lab.[19] [redacted] told [redacted] that he had walked [redacted] home on Monday night, and [redacted] had tried to convince him to have sex with her. [redacted] told [redacted] that he said "no" and went back home. When [redacted] informed [redacted] of her conversation with [redacted] told [redacted] that she and [redacted] had sex on Monday night.

[redacted] description of her conversation with [redacted] is slightly different than what [redacted] reported. She stated that she, [redacted], and [redacted] attended a party at Acacia on Wednesday night. Around midnight, [redacted] asked [redacted] if they could talk privately. They went off into a corner to talk at which point [redacted] told [redacted] that she and [redacted] had hooked up Monday night and Tuesday afternoon. [redacted] did not provide much detail about what had happened and gave no indication to [redacted] that either occasion

---

[17] After reviewing the preliminary report, [redacted] stated that [redacted] had said on Tuesday that "sex with [redacted] is amazing" and that she could not stand her "pussy boyfriend." [redacted] noted that [redacted] made plans to continue having sex with him and eventually leave her boyfriend. [redacted] asserted that this "control" argument is [redacted] coping mechanism.
[redacted] noted that she and [redacted] are friends. She reported that [redacted] and [redacted] knew each other from their research work and sometimes "hooked up."
[19] According to [redacted] it was Tuesday that she and [redacted] worked in the lab together, not Wednesday.

was nonconsensual. According to [redacted] [redacted] expressed guilt (because [redacted] thought [redacted] had a "thing" for [redacted]) as well as a concern that [redacted] would break up with her. [redacted] told [redacted] that she wanted to make it right and that she was going to tell [redacted] what had happened.

[redacted] then went over to [redacted] and asked him if he had slept with [redacted]. He said, "Yes." [redacted] reported that she was upset by this because [redacted] knew [redacted] had a boyfriend, and she did not think [redacted] behavior was ethical. [redacted] shared with her that he had left the party and gone upstairs but that [redacted] had come looking for him; he told [redacted] that [redacted] was the instigator of the sexual activity, both on Monday and Tuesday. [redacted] reported that she argued with [redacted] and then left the party by herself.

On Wednesday night, [redacted] received text messages from [redacted] asking her if she had gotten home ok. [redacted] also informed her that [redacted] had confronted her [redacted], asking [redacted] why she had told [redacted] that [redacted] and [redacted] had had sex.

[redacted] sent [redacted] the following message:

> [redacted] [redacted] came up to me and was like what the fuck why did you tell [redacted] and I was like why did you lie to everyone. So I knew I had to be honest and suck it up even though it sucks and [redacted] is probably going to leave me.

[redacted] reported that she spoke with [redacted] that evening, after the party, and told him she could not recall what happened with [redacted] and was very confused. She could only vaguely remember [redacted] being in her room on Monday night. As they spoke, she started to remember more details. [redacted] reported that she was having vaginal and pelvic pain, as well as pain in her throat and experiencing other things that "were not normal." She reported that the area around her vagina was painful and swollen.

[redacted] reported the conversation with [redacted] which occurred Wednesday night, differently than what [redacted] reported above. He stated that after the party [redacted] told him, "We need to talk." She then stated, "I cheated on you with [redacted]. [redacted]s and I had sex Monday night." [redacted] responded, "You were drunk. Did you consent?" [redacted] stated, "I don't know." She then stated, "[redacted] and I had sex again on Tuesday when you were at ROTC and at Acacia." According to [redacted], [redacted] wanted him to break up with her, but he kept asking her, "Did you consent on Monday?" She stated, "I don't know—I don't remember." [redacted] told her, "If you don't know, then it's rape. [redacted] raped you." [redacted] reported that [redacted] started crying, and he started crying, as well. [redacted] called [redacted] and told him that [redacted] had raped [redacted] on Monday night.

*Thursday, April 20*

On Thursday morning, [redacted] went to CARE to discuss the matter. He asked [redacted] to come along, but she refused. The CARE staff told him it was [redacted] choice whether to file a report, but that if he could, he should try to get her to get a SANE exam. [redacted] reported that for the rest of the day, he tried to get [redacted] to go get a SANE exam.

Messages between [redacted] and [redacted] from Thursday include the following:

[redacted] [redacted] just texted me asking if we could meet up and talk. Idk if I'll have time to meet him today but if I do I'll tell him my opinion. Which is that you need him right now and you've made some mistakes but so has everyone else. I think it was really shitty of [redacted] to do this. Any of it. But really brave of you to tell [redacted] and I don't think you should be screwed over for doing the right thing.

[redacted] Okay if you want to talk to him and have time go ahead. Yeah it sucks but I messed up and have to deal with it.

As long as you're gonna get through this
What about the [redacted] thing? Is he leaving you alone and stuff?

I'll try my best. He texted me twice last night after I left

Nothing too terrible I hope

No he wanted to know if I got home and to text him when I wake up

Look, it was consensual and everything right? Cause I know you were both really drunk and I just assumed it was last night so it was right?

The first time I don't remember much at all

[redacted] But like what do you remember? I'm sorry if this is bringing unpleasant stuff up, I just wanted to make sure that nothing like that happened and I feel like an ass for just assuming nothing like that happened

[redacted] I remember having to get my key from the front desk and then I remember him on top of me in my room. Like I told you I'm

pretty sure he didn't use a condom. And then I woke up in the morning

[redacted] Ugh, I'm sorry you don't remember much. I'm sorry about this whole situation

[redacted] It's still my fault though

[redacted] Doesn't mean it doesn't suck. I'll talk to [redacted] and whatever he says, it'll be okay.[20]

[redacted] had a SANE exam performed the evening of Thursday, April 20. As she spoke more and was asked specific questions by the SANE nurse, she recalled more details. [redacted] reported that when she came out of the exam room, she was "shocked, nervous, and scared." She told him she had bruises on her neck that she had not realized she had. She told him her throat was swollen and she could not eat solid foods.

[redacted] reported that, on Thursday, [redacted] told him [redacted] was alleging that [redacted] had raped [redacted] and [redacted] was filing a report with the University. [redacted] a sent a message to [redacted], asking to talk to her. She did not respond.

At 8:24 p.m. on Thursday night, [redacted] messaged [redacted] and told [redacted] she got a rape kit and that she had bruising on her neck and in her throat. Their conversation continued:

[redacted] What does that mean? From Monday? What's going on?

[redacted] Yeah from Monday

[redacted] Wait, so [redacted] raped you? Sorry if that was an insensitive way of putting it

[redacted] Yes

[redacted] Why didn't you say something last night about it? Did you remember some other stuff?

[redacted] Because I didn't want to believe he would do that to me. I trusted him.

[redacted] What about Tuesday? Like the second time

[20] [redacted] reported that the first time [redacted] described the situation as rape was after talking with [redacted] the night of Wednesday, April 19th. [redacted] also met with [redacted] and [redacted] during the weekend of April 22nd. [redacted] reported to Investigators that the decision to report the rape was "very much a joint decision between [redacted] and [redacted]

[redacted] I did what I did last year, if I take control of the situation then it makes it okay and he's not hurting me. I was still drunk that morning

At 1:54 a.m. (Friday morning), [redacted] messaged [redacted] asking for [redacted] to tell him everything that had happened. [redacted] and [redacted] then exchanged messages (attached) in which [redacted] informed him that [redacted] and [redacted] had sex on Monday night, at [redacted] urging, and planned to "do it again the next day." [redacted] told [redacted] that he and [redacted] had sex again the next afternoon (Tuesday). [redacted] wrote: "I also kind of anticipated this situation. With her having sex with me, you finding out, then her pretending it was rape so you wouldn't be mad. So that night I actually recorded some of what she was saying to me."

*Report to RA Megan Skiba*

On Saturday, April 22, 2017, [redacted] sent Skiba a message stating that she had been sexually assaulted the previous Monday night (April 17, 2017). She informed Skiba that she would be asking the University to initiate an investigation into the incident. Skiba told her she would file a report since she is a mandatory reporter.

Later in the afternoon of April 22, 2017, [redacted] sent a message on the floor's communal GroupMe page (all 50 residents) stating that she had been sexually assaulted and that [redacted], another resident of the floor, had been bullying her by accusing [redacted] of cheating on [redacted]e. Skiba's understanding was that [redacted] had run into [redacted] in the lobby the evening of April 17, and that [redacted] knew what had happened.[21]

## VII. Conclusion

*Credibility*

The determination as to whether parties and witnesses are credible is not a determination as to whether they are honest people. Rather, credibility assessments require the fact-finders to weigh the accuracy and veracity of evidence. Relevant factors in this assessment include such matters as the individual's demeanor; consistency of information provided; the inherent plausibility of each person's story; whether there is corroborating evidence that would tend to support or contradict each person's story; and, possible bias (motive to falsify or exaggerate).

[21] Skiba's understanding is not accurate. Investigators spoke with [redacted] and were informed that [redacted] did not see [redacted] the night of April 17, 2017.

[redacted]

We are informed that individuals who experience trauma may have difficulty remembering all, or a portion, of the traumatic event and that recall may increase over time. However, even considering these possible limitations, we have significant concerns regarding [redacted] credibility. The video of [redacted] walking in the Harrison Hall lobby at 2:19 a.m. on April 18, 2017, undermines her contention that she was incapacitated; she had no problem walking through the lobby or swiping herself into the secured area. The audio from [redacted] recording undermines [redacted] contention that she was incapacitated while she and [redacted] were in her dorm room and that the sexual conduct between the two was non-consensual. [redacted] was exhibiting clear thinking during the recorded discussion, including concern that [redacted] not find out about her encounter with [redacted]. In addition, there are inconsistencies in the accounts [redacted] provided to [redacted] and [redacted] as compared with the information she provided to Investigators. For example, when [redacted] told [redacted] that she had had sex with [redacted], she expressed guilt – and a concern that [redacted] would break up with her; [redacted] did not recount her conversation with [redacted] in that manner when speaking with Investigators. [redacted] account of her discussion with [redacted] on Wednesday evening varies from [redacted] recollection. [redacted] reported to Investigators that [redacted] told him, "I cheated on you with [redacted]." When speaking with Investigators, [redacted] stated that when she told [redacted] what had happened with [redacted], she could not recall what happened and was very confused. [redacted] reported that [redacted] said she wanted him to break up with her.[22]

[redacted]

With one exception, [redacted] was consistent in the information he provided to the witnesses and to Investigators. The exception is that he informed [redacted] by text that [redacted] was throwing up, either on the way back to Harrison Hall or in her dorm room, whereas, when speaking with Investigators, [redacted] stated that that was not true. He reported to Investigators that he had made that statement to [redacted] because he wanted to justify the amount of time he was taking with [redacted] knew that [redacted], and some of the Acacia brothers, might know how long he was gone from the house (and knew he had taken [redacted] home). It makes sense that he would not want them to think he had engaged in any sexual activities with [redacted], so would need to have a justification for being gone a while. [redacted] does not have any recollection of throwing up in her room and did not find any evidence of that the following day. Therefore, it is more likely than not that she was not throwing up, and that [redacted] was preparing his story, knowing that he intended to spend some time with [redacted] that night and did not want people to know the real reason.

[22] This is consistent with [redacted] statement that [redacted] told him she wanted to break up with [redacted].

Aside from the above, [redacted] version of the events was corroborated by the witnesses and by the audio recording he made. Consequently, we find his version of the events to be more credible than [redacted]

*Incapacitation*

Under the University's Anti-Harassment Policy, ***Incapacitated/Incapacitation*** is defined as a mental state in which an individual cannot make rational decisions because they lack the capacity to give knowing Consent (e.g., to understand the who, what, where, why and how of their sexual interaction). Such Incapacitation may be caused by alcohol or other drug use, sleep or unconsciousness. Intoxication is not equivalent to Incapacitation.

[redacted] was at the party from about 10:00 p.m. to 2:00 a.m. During that time, she drank approximately five large solo cups of wine and almost three beers. This amounts to about 18 drinks over a four-hour time span. [redacted] drinks frequently, although not to this extent. She stated that when she gets drunk, she blacks out. It is likely that she may have blacked out during the evening of April 17th in that she does not recall the entire evening. However, based on the evidence obtained, including the information provided by witnesses who observed her at Acacia, the video of her walking in Harrison Hall, her interaction with RA Megan Skiba, and the audio of the encounter with [redacted] in her dorm room, we do not find that she was incapacitated under the above definition. She clearly knew she wanted to pursue a sexual encounter with [redacted] and went about doing so in an obvious manner. This was observed by several people at Acacia. She was able to walk from Acacia to Harrison, hide [redacted] in a women's restroom, interact with her RA without raising significant concerns, obtain a key from the office clerk, speak to her boyfriend on the phone (misrepresenting to him that [redacted] had walked her home), and discuss, with [redacted] a possible relationship with him, as well as her summer plans, while in her dorm room. While she certainly consumed a large amount of alcohol for an average-sized woman, her behavior was that of someone who is in control of her faculties. There would be no reasonable cause for [redacted] to have suspected she was incapacitated, as opposed to intoxicated.

*Consent*

Under the University's Anti-Harassment Policy, ***Consensual*** is defined as affirmative, clear communication given by words or actions that shows an active, knowing and voluntary agreement to engage in mutually agreed-upon sexual activity. Consent is given freely and voluntarily. Consent may not be inferred from silence, passivity or when an individual is Incapacitated or otherwise prevented from giving Consent as a result of impairment due to a mental or physical condition or age. No Consent exists when there is a threat of force or physical or psychological violence. Although Consent may be given initially, it may be withdrawn at any point without regard to activity preceding the withdrawal of Consent.

Based on the credibility determinations we have made, as well as the audio recording provided by [redacted] preponderance of the evidence establishes that [redacted] consented to the conduct with [redacted] the evening of April 17th. She initiated the conduct and stated on the recording that she not only enjoyed it but wanted to engage in sexual conduct with [redacted] in the future. Her consent was affirmative and clear, and there would be no reasonable cause for [redacted] to have questioned whether she was consenting to the conduct.

*Sexual Exploitation*

The policy defines Sexual Exploitation by way of examples, such as "Recording video or audio, photographing, or transmitting intimate or sexual utterances, sounds or images without Consent of all parties involved." Again, Consent must be an affirmative, clear communication given by words or actions that shows an active, knowing and voluntary agreement to engage in mutually agreed-upon sexual activity. [redacted] does not contend that [redacted] was aware of or agreed to the audio recording attached to this report, and [redacted] reported that she was not aware of it and did not consent to it. Consequently, there is no dispute regarding the fact that [redacted] made the recording without [redacted] consent. The only question is whether the audio involves intimate or sexual utterances. The words and sounds on the tape speak for themselves. In our opinion, they reflect both intimate and sexual utterances.

We conclude, based on the preponderance of the evidence standard, there is sufficient evidence to support a determination that [redacted] conduct was in violation of the Anti-Harassment (III.C.1) Policy, specifically, the provision prohibiting Sexual Exploitation.