PURDUE
UNIVERSITY

OFFICE OF THE VICE PRESIDENT FOR ETHICS AND COMPLIANCE

**CONFIDENTIAL**

**VIA ELECTRONIC MAIL**

September 1, 2017

[redacted]
[Email address intentionally withheld]

Re: Appeal

Dear [redacted]

I received your appeal of the determination of Dr. Katherine Sermersheim, Dean of Students, set forth in her letters to you and [redacted] of August 15, 2017.

After review of your appeal, as well as the Dean Sermersheim's letter to [redacted] that included the Notice of Allegations in this matter (the "Notice of Allegations"), [redacted] response to the Notice of Allegations, the report of the University Investigators in this matter, and Dean Sermersheim's letters to you and [redacted] of August 15, 2017, I uphold Dean Sermersheim's findings (1) that the preponderance of the information presented in this matter substantiates a finding that [redacted] engaged in Sexual Exploitation in violation of the Anti-Harassment policy, and the sanction imposed for such misconduct; and (2) that a preponderance of the information presented in this matter does not substantiate any additional findings that [redacted] violated of the Anti-Harassment policy.

I also considered Dean Sermersheim's finding regarding your credibility, including her concern regarding whether you furnished false information in connection with this matter. As a result, I direct that Dean Sermersheim (1) revoke her referral of you to the Office of Student Rights and Responsibilities; (2) make a specific finding whether you knowingly made a false statement or statements in connection with the resolution of this matter, and what discipline, if any, should be imposed for such misconduct; and (3) revise her letters of August 15, 2017, to reflect these directives and her findings. I further direct that Dean Sermersheim provide you, [redacted], and me with her letters of determination no later than 5:00 p.m. (EDT) on September 29, 2017. If you wish to provide additional information regarding your allegations and statements in this matter, please contact Ms. Christina Wright, University Investigator at wright438@purdue.edu.

In light of the reissuance of Dean Sermersheim's determination, you may supplement your appeal and [redacted] may appeal Dean Sermersheim's revised determination. Such supplement or appeal must be in writing and received by me by October 9, 2017.

Very truly yours,

Alysa Christmas Rollock
Vice President for Ethics and Compliance

C: Dr. Katherine L. Sermersheim
[redacted]
Ms. Christina Wright

EXHIBIT 15
WITNESS: ROLLOCK
DATE: 2-3-2020
LISA C. PIERCE

Ernest C. Young Hall, Room 1029 | 155 S. Grant Street | West Lafayette, IN 47907-2114
765-494-5830 | Fax: 765-496-1295
An Equal Access/Equal Opportunity University