## Estimate of Plaintiff [redacted] Damages:

**Damages:**

1. Purdue vs. University of Oregon Tuition[1]:
    a. Purdue: $9,992
    b. Oregon: $36,615
    c. Difference: $26,623 x 4 years = $106,492

2. Cost of moving from Purdue to Oregon
    a. Gas: $332
    b. Car repairs: $500
    c. Food/misc: $150
    d. Lodging: $300
    e. Total: $1,282

3. Housing Difference:
    a. Purdue: $400 monthly rent
    b. Oregon: $1075 monthly rent
    c. Difference: $8,100 yearly x 4 years = $32,400

4. Cost of Travel to Indiana
    a. Flight cost (two trips): $800
    b. Transportation to and from airport: $100

5. Wasted Credit Hours taken:
    a. Purdue: $4,996 for term suspended, $4,996 for term wasted prior
    b. Oregon: $10,652 for term dealing with PTSD from assault
    c. Total= $20,644

6. Therapist Fees:
    a. $25 per Hour x 12 sessions = $300
    b. Inpatient stay: Cost TBD
    c. Intensive outpatient therapy in Indiana: Cost TBD

7. Career Costs:
    a. $200 for LSAT, covered by Purdue if she had gone there
    b. Having withdrawals and the suspension on her record has affected which law schools she can attend

8. The value of a Purdue diploma is worth more than an Oregon diploma.

---

[1] Plaintiff was denied by two Indiana institutions, explicitly because of her sanction, which forced her to attend a school out of state.

PENGAD 800-631-6989
DEPOSITION EXHIBIT
2

9. The cost of living in Oregon is higher than West Lafayette. Also – at Purdue, Plaintiff had a consistent job, family support, a car, and was a member of several organizations and a sorority.

**Additional Notes:**

This is an estimate as of 12/1/2019 – Plaintiff reserves the right to amend or supplement consistent with the rules of Federal Civil Procedure.