IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARY DOE and NANCY ROE, | ) |
| Plaintiffs | ) ) ) |
| v. | ) Cause No. 4:18-cv-00089-JEM ) |
| PURDUE UNIVERSITY and ALYSSA ROLLOCK and KATIE SERMERSHEIM, in their official and individual capacities | ) ) ) ) ) |
| Defendants. | ) ) |

### PARTIES' JOINT NOTICE ACCEPTING PARTICIPATION IN SETTLEMENT CONFERENCE

The Parties, by counsel, hereby Accept participation in an in-person settlement conference on August 31, 2022.

Dated: August 3, 2022

Respectfully submitted,

/s/Jeffrey A. Macey
Jeffrey A. Macey, Atty No. 28378-49
Attorney for Plaintiffs
**MACEY SWANSON LLP**
445 North Pennsylvania Street
Suite 401
Indianapolis, IN 46204-1800
Telephone: (317)637-2345
Facsimile: (317)637-2369
E-Mail: jmacey@maceylaw.com

*/s/ William P. Kealey*
William P. Kealey (Atty No. 18973-79)
Joseph H. Harrison III (Atty No. 35248-53)
Stuart & Branigin LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
E-Mail: wpk@stuartlaw.com
           jhh@stuartlaw.com
*Attorneys for Defendants*