UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| MARY DOE and NANCY ROE,<br>    Plaintiffs,<br><br>        v.<br><br>PURDUE UNIVERSITY, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)   CAUSE NO.: 4:18-CV-89-JEM<br>)<br>)<br>) |

### ORDER FOR JURY MEALS

The Court hereby **ORDERS** that the Jury in this case be committed to the custody of a Bailiff, duly sworn, and furnished meals for each day of trial (including deliberation) as directed by the Court.

The Court further **ORDERS** that the Clerk of Court for the Northern District of Indiana be authorized to make payment for all food provided for the Jury and Bailiff out of the appropriation provided therefor at the expense of the United States of America.

SO ORDERED this 19th day of September, 2022.

> s/ John E. Martin
> MAGISTRATE JUDGE JOHN E. MARTIN
> UNITED STATES DISTRICT COURT