AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

NANCY ROE
    Plaintiff(s)

v.   Civil Action No. 4:18-cv-89

PURDUE UNIVERSITY
ALYSSA ROLLOCK, *in their official and individual capacities*
KATIE SERMERSHEIM, *in their official and individual capacities*
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X**   the Plaintiff, Nance Roe, recover from the Defendant <u>Purdue University</u> in compensatory damages in the amount of <u>Ten Thousand Dollars ($10,000),</u> plus post-judgment interest at the rate of <u> 3.91 </u> %.

the Plaintiff, Nancy Roe, recover from the Defendant <u>Katie Sermersheim</u> compensatory damages in the amount of <u>Zero Dollars ($0.00),</u> and punitive damages in the amount of <u>Zero Dollars ($0.00).</u>

the Plaintiff, Nancy Roe, recover from the Defendant <u>Alyssa Rollock</u> compensatory damages in the amount of <u>Zero Dollars ($0.00),</u> and punitive damages in the amount of <u>Zero Dollars ($0.00)</u>

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

This action was (*check one*):

**X** tried to a jury with Judge John E. Martin, presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

DATE:   9/23/2022           GARY T. BELL, CLERK OF COURT

        by   s/Susan Brown Nickerson
        *Signature of Clerk or Deputy Clerk*