UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARY DOE and NANCY ROE, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Cause No. 4:18-cv-00089-JEM |
| ) | |
| PURDUE UNIVERSITY and ) | |
| ALYSSA ROLLOCK ) | |
| and KATIE SERMERSHEIM, in their official and ) | |
| individual capacities ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL AS TO PLAINTIFF MARY DOE

Plaintiff Mary Doe, by counsel, and Defendants, The Trustees of Purdue University ("Purdue"), Alysa Rollock, and Katie Sermersheim, by counsel, hereby file this Joint Stipulation of Dismissal and request that the Court dismiss the above-captioned cause with prejudice only as to Plaintiff Mary Doe pursuant to Rule 41 of the Federal Rules of Civil Procedure and the docket entry of this Court entered on August 31, 2022 [DE 108]. The parties have entered into a voluntary, private settlement agreement that fully and finally resolves all claims between Plaintiff Mary Doe and all Defendants that were asserted or could have been asserted in this cause as to Plaintiff Mary Doe, and this cause only as to Plaintiff Mary should therefore be dismissed with prejudice.

1

Dated: September 30, 2022                               Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey A. Macey* | */s/ William P. Kealey* |
| Jeffrey A. Macey (Atty No. 28378-49) | William P. Kealey (Atty No. 18973-79) |
| Barry A. Macey (Atty No. 8964-49) | Joseph H. Harrison III (Atty No. 35248-53) |
| MACEY SWANSON LLP | STUART & BRANIGIN LLP |
| 429 N. Pennsylvania Street, Suite 204 | 300 Main Street, Suite 900 |
| Indianapolis, IN 46204-1800 | P.O. Box 1010 |
| Telephone: (317) 637-2345 | Lafayette, IN 47902-1010 |
| Facsimile: (317) 637-2369 | Telephone: 765-423-1561 |
| E-Mail: jmacey@maceylaw.com | Facsimile: 765-742-8175 |
| bmacey@maceylaw.com | E-Mail: wpk@stuartlaw.com |
| | jhh@stuartlaw.com |
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendants*** |