UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| MARY DOE and NANCY ROE,<br>     Plaintiffs,<br><br>v.<br><br>PURDUE UNIVERSITY, *et al.*,<br>     Defendants. | )<br>)<br>)<br>)   CAUSE NO.: 4:18-CV-89-JEM<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on a Joint Stipulation of Dismissal as to Plaintiff Mary Doe [DE 147], filed by the parties on September 30, 2022. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff Mary Doe has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims of Plaintiff Mary Doe only are **DISMISSED with prejudice**.

SO ORDERED this 30th day of September, 2022.

                                    s/ John E. Martin
                                    MAGISTRATE JUDGE JOHN E. MARTIN
                                    UNITED STATES DISTRICT COURT

cc:     All counsel of record

1