**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| NANCY ROE, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|             v. | ) Cause No. 4:18-cv-00089-JEM |
| | ) |
| PURDUE UNIVERSITY and | ) |
| ALYSSA ROLLOCK | ) |
| and KATIE SERMERSHEIM, in their official and | ) |
| individual capacities | ) |
| | ) |
|     Defendants. | ) |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendants, The Trustees of Purdue University, Alysa

Rollock, and Katie Sermersheim, by counsel, hereby appeal to the United States Court of

Appeals for the Seventh Circuit from the judgment entered on September 23, 2022 [DE 145,

146].

Dated: October 21, 2022                Respectfully submitted,


                                   */s/ William P. Kealey*
                                   William P. Kealey (Attorney No. 18973-79)
                                   Joseph H. Harrison III (Attorney No. 35248-53)
                                   STUART & BRANIGIN LLP
                                   300 Main Street, Suite 900
                                   P.O. Box 1010
                                   Lafayette, IN  47902-1010
                                   Telephone:  765-423-1561
                                   Facsimile: 765-742-8175
                                   E-Mail:  wpk@stuartlaw.com
                                   ***Attorneys for Defendants***

1528917v1