### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| NANCY ROE, )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>PURDUE UNIVERSITY, *et al.*, )<br>    Defendants, ) | CAUSE NO.: 4:18-CV-89-JEM |

### ORDER

This matter is before the Court on Plaintiff's Emergency Motion to Seal [DE 171], filed on November 7, 2022. Plaintiff requests that the Court seal a document containing links which reveal Roe's identity, despite her being granted leave to proceed by pseudonym in this case.

On review of the instant Motion and the document in question, the Court concludes that the information set forth should not be on the public docket. However, the entirety of the document need not be sealed.

Accordingly, the Court hereby **GRANTS** Plaintiff's Emergency Motion to Seal [DE 171] and **DIRECTS** the Clerk of the Court to retain the Response to Motion for Injunctive Relief [DE 170] **UNDER SEAL**. The instant Motion [DE 171] and this Order need NOT be maintained under seal. The Court **ORDERS** Defendants to file a redacted version of the response, redacting all reference to and links to documents that reveal Roe's identify, on or before **November 11, 2022**.

SO ORDERED this 7th day of November, 2022.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc:    All counsel of record