UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| MARY DOE AND NANCY ROE,<br>    Plaintiffs, | )<br>)<br>) |
| v. | )   CAUSE NO.: 4-18-CV-89-JEM<br>) |
| PURDUE UNIVERSITY, *et al.*<br>    Defendants. | )<br>) |

## MINUTE ORDER

This matter is before the Court on a telephonic hearing on Plaintiff Roe's Petition for Attorneys' Fees, held January 17, 2023. Plaintiff Roe appeared by attorney Jeffrey Macey. Defendants appeared by attorneys William Kealey and Joseph Harrison. For the reasons stated on the record, the Court **ORDERS** the Plaintiff to file, by **January 24, 2023**, a supplemental brief, revised affidavits, and annotated time records addressing the issues of:

> Was time spent on this matter recorded by members of the firm individually for each Plaintiff, as well as jointly or always jointly?
>
> Are all of the time entries on the records attached to the Petition either joint or Plaintiff Roe? Do any of them relate to Plaintiff Doe individually?
>
> Have Plaintiff Doe time entries been excised?
>
> How does the number of hours spent on Plaintiff Roe's work compare with the time spent on Plaintiff Doe's work?
>
> Each entry needs to be reviewed each entry to make sure it is either for Plaintiff Roe individually or jointly
>
> The filings need to reflect whether a credit was applied for the funds received by Plaintiff's firm as part of the Doe settlement?

The Court **ORDERS** Defendants to file a response to that by **January 31, 2023**, and Plaintiff to

1

file a reply, if any, by **February 7, 2023**.

      So ORDERED this 17th day of January, 2023.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:    All counsel of record