**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**LAFAYETTE DIVISION**

Nancy Roe, et al.

                Plaintiff,

v.                                      Case No.: 4:18–cv–00089–JEM

                                          Magistrate Judge John E Martin

, et al.

                Defendant.

## NOTICE OF COSTS TAXED

TO ALL COUNSEL AND/OR PARTIES OF RECORD:

Pursuant to [149] Bill of Costs filed by Nancy Roe , Costs are hereby taxed in the amount of $10,710.93 against Purdue University, Katherine Sermersheim, and Alysa Rollock .

Date:  March 31, 2023                      CHANDA J. BERTA
                                                  ACTING CLERK OF COURT

                                                  By:  s/   Natasha H Corle
                                                         Deputy Clerk