AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARY DOE
*TERMINATED: 09/30/2022*

NANCY ROE

      Plaintiffs

        v.                          Civil Action No. 4:18-cv-89

PURDUE UNIVERSITY
*TERMINATED: 09/30/2022*

ALYSSA ROLLOCK, *in their official and individual capacities*
*TERMINATED: 09/30/2022*

KATIE SERMERSHEIM, *in their official and individual capacities*
*TERMINATED: 09/30/2022*
      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: Judgment is ENTERED in favor of Plaintiff Nancy Roe and against Defendants Purdue University, Katherine Sermersheim and Alysa Rollock in the sum of One Hundred Twenty Four Thousand Eight Hundred and Sixty Dollars and Zero Cents ($124,860.00), plus post-judgment interest at the rate of 4.46% per annum, along with costs for attorneys' fees.

This action was (*check one*):

☐ tried to a jury with Judge _____

presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Magistrate Judge John E Martin on a Motion for Attorney Fees by Plaintiff Nancy Roe.

DATE:   3/31/2023                        CHANDA J. BERTA, ACTING CLERK OF COURT

                                            by      s/N. Corle
                                                *Signature of Clerk or Deputy Clerk*