# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

March 30, 2023

**By the Court:**

| | |
|---|---|
| NANCY ROE,<br>    Plaintiff-Appellee,<br><br>No. 22-2890       v.<br><br>TRUSTEES OF PURDUE UNIVERSITY, et al.,<br>    Defendants-Appellants. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Indiana, Hammond Division<br>] at Lafayette.<br>]<br>] No. 4:18-cv-00089-JEM<br>]<br>] John E. Martin,<br>]    Magistrate Judge. |

### O R D E R

On consideration of the status report filed by appellants on March 30, 2023,

IT IS ORDERED that appellants file, on or before April 14, 2023, a further status report regarding the disposition of their post-judgment motion.

Again, if the district court has not issued its decision, counsel should inquire of the magistrate judge when a ruling is expected and report back to this court.

Briefing shall continue to be SUSPENDED pending further court order.