Case: 23-1743   Document: 1-3   Filed: 04/19/2023   Pages: 1

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

April 19, 2023

**To:**   Chanda J. Berta
Acting Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 23-1743 <br><br> Caption: <br> NANCY ROE, <br>          Plaintiff - Appellee <br><br> v. <br><br> BOARD OF TRUSTEES OF PURDUE UNIVERSITY, et al., <br>          Defendants - Appellants |
| District Court No: 4:18-cv-00089-JEM <br> Magistrate Judge John E. Martin <br> Clerk/Agency Rep Chanda J. Berta <br><br> Date NOA filed in District Court: 04/18/2023 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)