AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MARY DOE; *TERMINATED: 09/30/2022*

NANCY ROE
    Plaintiff

v.                                                                     Civil Action No. 4:18-cv-89

PURDUE UNIVERSITY; *TERMINATED: 09/30/2022*
ALYSSA ROLLOCK, *in their official and individual capacities; TERMINATED: 09/30/2022*
KATIE SERMERSHEIM, *in their official and individual capacities; TERMINATED: 09/30/2022*
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____
the amount of _____ dollars ($_____
), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the
rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the
plaintiff *(name)* _____ .

**X** Other:     JUDGMENT IS ENTERED for attorney fees in favor of the Plaintiff Nancy Roe and against the Defendants Purdue University, Katherine Sermersheim and Alyssa Rollock. Attorney fees AWARDED to Plaintiff Nancy Roe in the amount of Thirty-Two Thousand Three Hundred Fifteen Dollars and 00/100 ($32,315.00).

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Magistrate Judge John E Martin on Supplemental Motion for Attorney Fees

DATE:       5/18/2023                              CHANDA J. BERTA, CLERK OF COURT

by      /s/ S. Kowalsky
*Signature of Clerk or Deputy Clerk*