UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NANCY ROE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Cause No. 4:18-cv-00089-JEM |
| | ) |
| PURDUE UNIVERSITY and | ) |
| ALYSSA ROLLOCK | ) |
| and KATIE SERMERSHEIM, in their official and | ) |
| individual capacities | ) |
| | ) |
| Defendants. | ) |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Defendants, The Trustees of Purdue University, Alysa Rollock, and Katie Sermersheim, by counsel, hereby appeal to the United States Court of Appeals for the Seventh Circuit from:

1. Judgment in a Civil Action entered on September 23, 2022 [DE 145].

2. Amended Judgment in a Civil Action entered on September 27, 2022 [DE 146].

3. Judgment in a Civil Action entered on March 31, 2023 [DE 191].

4. Notice of Costs Taxed entered on March 31, 2023 [DE 190].

5. Opinion and Order entered on March 31, 2023 [DE 189].

6. Opinion and Order entered on March 31, 2023 [DE 192].

7. Judgment in a Civil Action entered on May 18, 2023 [DE 202].

1

Dated: June 14, 2023	Respectfully submitted,

<u>/s/ William P. Kealey</u>
William P. Kealey (Attorney No. 18973-79)
Joseph H. Harrison III (Attorney No. 35248-53)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN  47902-1010
Telephone:  765-423-1561
Facsimile: 765-742-8175
E-Mail:  wpk@stuartlaw.com
**Attorneys for Defendants**

1558306v1

2