# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

June 15, 2023

**To:** Chanda J. Berta
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 23-2192
>
> Caption:
> NANCY ROE,
>     Plaintiff - Appellee
>
> v.
>
> BOARD OF TRUSTEES OF PURDUE UNIVERSITY, ALYSA
> ROLLOCK and KATIE SERMERSHEIM,
>     Defendants - Appellants
>
> District Court No: 4:18-cv-00089-JEM
> Magistrate Judge John E. Martin
> Clerk/Agency Rep Chanda J. Berta
>
> Date NOA filed in District Court: 06/14/2023

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

June 15, 2023

| No. 23-2192 | NANCY ROE,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>BOARD OF TRUSTEES OF PURDUE UNIVERSITY, ALYSA ROLLOCK and KATIE SERMERSHEIM,<br>　　　　Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No. 4:18-cv-00089-JEM<br>Northern District of Indiana, Hammond Division at Lafayette<br>Magistrate Judge John E. Martin<br>Clerk/Agency Rep Chanda J. Berta<br><br>Case filed: 06/15/2023<br>Case type: cv/pri<br>Fee status: Paid<br>Date of Judgment: 05/18/2023<br>Date NOA filed: 06/14/2023 ||

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 23-2192 | Board of Trustees of Purdue University | Docketing statement due | 06/21/2023 |
| 23-2192 | Alysa Rollock | Docketing statement due | 06/21/2023 |
| 23-2192 | Katie Sermersheim | Docketing statement due | 06/21/2023 |
| 23-2192 | Board of Trustees of Purdue University | Transcript information sheet | 06/29/2023 |

| | | | |
|---|---|---|---|
| 23-2192 | Alysa Rollock | Transcript information sheet | 06/29/2023 |
| 23-2192 | Katie Sermersheim | Transcript information sheet | 06/29/2023 |
| 23-2192 | Board of Trustees of Purdue University | Appellant's brief | 07/25/2023 |
| 23-2192 | Alysa Rollock | Appellant's brief | 07/25/2023 |
| 23-2192 | Katie Sermersheim | Appellant's brief | 07/25/2023 |

**THIS NOTICE SHALL NOT ACT AS A SUBSTITUTE FOR MOTIONS FOR NON-INVOLVEMENT / SUBSTITUTION OF COUNSEL. COUNSEL ARE STILL REQUIRED TO FILE THE APPROPRIATE MOTIONS.**

The docketing of an appeal in this court requires litigants and their counsel to comply with several requirements and rules. This notice calls to your attention that the Practitioner's Handbook For Appeals to the United States Court of Appeals for the Seventh Circuit should always be consulted to make sure you comply with all rules and court procedures. The full text of the most current versions of the Handbook, the Federal Rules of Appellate Procedure, the Circuit Rules, court forms and checklists are available at https://www.ca7.uscourts.gov or can be obtained from the Clerk's Office upon request. Counsel and parties are reminded to always check the most current rules.

Important Scheduling Notice!

If a case is designated to proceed to oral argument, hearing notices will be mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at https://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Docket_Notice**     (form ID: **108**)