# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## EXTENSION OF TIME TO FILE TRANSCRIPT
## PURSUANT TO F.R.A.P. 11(b) and C.R. 11(c)

June 21, 2023

*By the Court*:

| | |
|---|---|
| No. 23-1743 | NANCY ROE,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>BOARD OF TRUSTEES OF PURDUE UNIVERSITY, et al.,<br>　　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 4:18-cv-00089-JEM<br>Northern District of Indiana, Hammond Division at Lafayette<br>Magistrate Judge John E. Martin | |

Upon consideration of the **COURT REPORTER'S REQUEST UNDER FED. R. APP. P. 11(B) FOR EXTENSION OF TIME TO FILE TRANSCRIPT OF PROCEEDINGS**, filed on June 20, 2023, by the court reporter,

**IT IS ORDERED** that the motion for extension of time is **GRANTED** and the transcript of proceedings is now due by June 26, 2023.

**NOTE:**
The Judicial Conference of the United States, in March of 1982, adopted the following policy regarding the late delivery of transcripts:
"That for transcript of a case on appeal not delivered within 30 days of the date ordered and payment received therefor, or within such other time as may be prescribed by the circuit council, the reporter may charge only 90 percent of the prescribed fee; that for a transcript not delivered within 60 days of the date ordered and, payment received therefor, or within such other time as may be prescribed by the circuit council, the reporter may charge only 80 percent of the prescribed fee. No fee may be charged which would be higher than the fee corresponding to the actual delivery time. In the case of a transcript which is subject to F.R.A.P. Rule 11(b), the reduction in fee may be waived by the clerk of the court of appeals for good cause shown. Nothing contained herein should be construed as

sanctioning untimely delivery, nor should this provision be considered the only penalty that could be imposed by the court or circuit council on habitual offenders."

The Court Reporter's Manual, Chapter XXI, Paragraph G3 states:

"While true hardship cases may arise occasionally, the clerks of the courts of appeals should grant exceptions to the fee reductions sparingly. Only the clerk of the court of appeals may waive this requirement for good cause. Otherwise, the fee discount must be given. Approval of an extension by the court of appeals pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure does not constitute a waiver of the penalty by the clerk of the court of appeals. A waiver must be granted separate and apart from the request for an extension of time by the court reporter."

form name: **c7_CTR_ExTrans**    (form ID: **133**)