UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| NANCY ROE,   Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 4:18-CV-89-JEM ) |
| PURDUE UNIVERSITY, *et al.*,   Defendants, | ) ) ) |

**ORDER**

This matter is before the Court *sua sponte*. On July 3, 2023, Plaintiff filed a Notice of Intent to Request Redaction of Transcript [DE 213], and on July 17, 2023, filed a motion for an extension of time to complete the request, which was granted; Plaintiff's request for redaction was therefore due on or before August 4, 2023 [DE 215]. No request has been filed.

The Court **ORDERS** Plaintiff to file, on or before **October 6, 2023**, a Request for Redaction, or a status report advising the Court of the status of the request and **ADVISES** Plaintiff that a failure to do so will result in the Clerk of the Court releasing the transcripts without redaction.

SO ORDERED this 25th day of September, 2023.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record

1