IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **NANCY ROE,** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | Cause No. 4:18-cv-00089-JEM |
| ) | |
| **PURDUE UNIVERSITY and ALYSA ROLLOCK** ) | |
| **and KATIE SERMERSHEIM, in their official and** ) | |
| **individual capacities** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF WITHDRAWAL OF REDACTION REQUEST

Plaintiff, by counsel, hereby withdraws her Notice of Intent to Redact. Counsel for Plaintiff purchased and reviewed the transcript which accurately preserves Plaintiff's anonymity in this matter.

**MACEY SWANSON LLP**

/s/Jeffrey A. Macey
Jeffrey A. Macey, Atty No. 28378-49
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 6, 2023, a copy of the foregoing was served via operation of the Court's electronic filing system on all Counsel of Record.

                                        Respectfully submitted,

                                        __/s/ Jeffrey A. Macey_____
                                        Jeffrey A. Macey, Atty No. 28378-49
                                        Attorney for Plaintiff