# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 14, 2023

Before
ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| NANCY ROE,<br>    Plaintiff-Appellee,<br><br>Nos. 22-2890, 23-1743 and 23-2192   v.<br><br>TRUSTEES OF PURDUE UNIVERSITY, et al.,<br>    Defendants-Appellants. | Appeals from the United States District Court for the Northern District of Indiana, Hammond Division at Lafayette.<br><br>No. 4:18-cv-00089-JEM<br><br>John E. Martin,<br>    Magistrate Judge. |

The following are before the court:

1. **JOINT MOTION TO REMAND**, filed on November 12, 2023, by counsel for the parties.

2. **OPINION AND ORDER**, dated November 7, 2023.

**IT IS ORDERED** that the motion is **GRANTED** and these consolidated appeals are **REMANDED** to the district court pursuant to Federal Rule of Appellate Procedure 12.1(b) for proceedings consistent with its order issued on November 7, 2023. This court will retain jurisdiction over these appeals, and the parties shall file a status report or a motion for voluntary dismissal with this court within 10 days of the district court's modification of its judgment or, if the district court has not acted, by January 16, 2024.

form name: **c7_Order_3J**    (form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit