UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NANCY ROE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Cause No. 4:18-cv-00089-JEM |
| | ) |
| PURDUE UNIVERSITY and | ) |
| ALYSSA ROLLOCK | ) |
| and KATIE SERMERSHEIM, in their official and | ) |
| individual capacities | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR VACATUR OF JUDGMENTS

Plaintiff Nancy Roe ("Roe") and Defendants, The Trustees of Purdue University ("Purdue"), Alysa Rollock, and Katie Sermersheim (the "Individual Defendants")[1], each by counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 60(b)(6) for vacatur of the September 2022 and March 2023 and May 2023 judgments currently pending on appeal: Docket Entries 145, 146, 189, 190, 191, 192, and 202 (the "Judgments"). In support of this motion, the parties state:

1. The information and recitations in the Joint Motion for Indicative Ruling Regarding Settlement and Vacatur (DE 218) (the "Indicative Ruling Motion") are incorporated by reference.

2. On November 7, 2023, this Court granted the Indicative Ruling Motion and informed the "United States Court of Appeals for the Seventh Circuit that it is inclined to grant the joint request of the parties to vacate the 9/23/2022 judgment and the 9/27/2022 amended judgment in

---

[1] Defendant Rollock's name is misspelled in the caption of the case; the correct spelling is Alysa Rollock. Defendant Sermersheim's given name is incorrectly stated in the caption; her given name is Katherine Sermersheim.

this case [DE 145, 146], as well as the 3/31/2023 and 5/17/2023 attorney's fees awards, judgments, and injunctions [DE 189, 190, 191, 192, and 202]."

3. On November 14, 2023, the Seventh Circuit Court of Appeals granted the Parties' Motion to Remand "for proceedings consistent with its order issued on November 7, 2023." The remand was issued pursuant to Fed. R. App. P. 12.1, for the purposes of the determination of this Motion for Vacatur of Judgments.

4. The Parties now move for a Vacatur of the Judgments, consistent with this Court's November 7, 2023 Order.

Dated: November 30, 2023

Respectfully submitted,

/s/ Jeffrey A. Macey
Jeffrey A. Macey (Attorney No. 28378-49)
MACEY SWANSON LLP
429 N. Pennsylvania Street, Suite 204
Indianapolis, IN 46204
Telephone: (317) 637-2345
E-Mail: jmacey@maceylaw.com
Attorney for Plaintiff

/s/ William P. Kealey
William P. Kealey (Attorney No. 18973-79)
Joseph H. Harrison III (Attorney No. 35248-53)
Jason W. Bennett (Attorney No. 22895-79)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN  47902-1010
Telephone:  765-423-1561
Facsimile: 765-742-8175
E-Mail:  wpk@stuartlaw.com
*Attorneys for Defendants*