IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| NANCY ROE, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Cause No. 4:18-cv-00089-JEM |
| | ) |
| PURDUE UNIVERSITY and | ) |
| ALYSA ROLLOCK | ) |
| and KATIE SERMERSHEIM, in their official and | ) |
| individual capacities | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS

Consistent with this Court's Order on Vacatur [Dkt. 224], and the Seventh Circuit Court of Appeals Order Dismissing the Defendants' Appeals (7th Circuit Case No. 22-2890, Dkt. 31), the Parties jointly move for an Order of Dismissal with Prejudice in order to terminate the case. Both parties will bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/Jeffrey A. Macey | /s/ William P. Kealey (by consent) |
| Jeffrey A. Macey, Atty No. 28378-49 | William P. Kealey (Attorney No. 18973-79) |
| Attorney for Plaintiff | Attorney for Defendants |
| **MACEY SWANSON LLP** | **STUART & BRANIGIN LLP** |
| 429 North Pennsylvania Street | 300 Main Street, Suite 900 |
| Suite 204 | P.O. Box 1010 |
| Indianapolis, IN 46204-1800 | Lafayette, IN 47902-1010 |
| Telephone: (317)637-2345 | Telephone: 765-423-1561 |
| Facsimile: (317)637-2369 | Facsimile: 765-742-8175 |
| E-Mail: jmacey@maceylaw.com | E-Mail: wpk@stuartlaw.com |

1

## CERTIFICATE OF SERVICE

    The undersigned certifies that on January 24, 2024, a copy of the foregoing was served via operation of the Court's electronic filing system on all Counsel of Record.

                                     Respectfully submitted,

                                       /s/ Jeffrey A. Macey
                                    Jeffrey A. Macey, Atty No. 28378-49
                                    Attorney for Plaintiff

**MACEY SWANSON LLP**
429 North Pennsylvania Street
Suite 204
Indianapolis, IN 46204-1800
Telephone: (317)637-2345
Facsimile: (317)637-2369
E-Mail: jmacey@maceylaw.com