UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| NANCY ROE,<br>　　Plaintiff,<br><br>　　v.<br><br>PURDUE UNIVERSITY, et al.,<br>　　Defendants. | )<br>)<br>)<br>)   CAUSE NO.: 4:18-CV-89-JEM<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on a Joint Motion to Dismiss [DE 226], filed by the parties on January 24, 2024.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of the Court to terminate all pending motions.

SO ORDERED this 25th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　s/ John E. Martin
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE JOHN E. MARTIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

cc:　　All counsel of record